IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTIS ELLIS, § | |
| § | |
| PLAINTIFF § | |
| VS. § | |
| § | CASE NO. 4:14-CV-02126 |
| EDUCATIONAL COMMISSION FOR § | |
| FOREIGN MEDICAL GRADUATES § | |
| § | JURY DEMANDED |
| DEFENDANT, § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

In accordance with the Court's Order for Pretrial Conference and Disclosure of Interested Parties, counsel of record for Plaintiff files this Certificate of Interested Parties. The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are or may be financially interested in the outcome of this litigation:

1. Artis Ellis – Plaintiff;

2. Terrence B. Robinson, Kennard, Blankenship & Robinson, P.C. – Counsel for Plaintiff;

3. Brian J. Levy, Kennard, Blankenship & Robinson, P.C. – Counsel for Plaintiff;

4. Kennard, Blankenship & Robinson, P.C. – Counsel for Plaintiff;

5. Educational Commission for Foreign Medical Graduates – Defendant;

6. Erin E. O'Driscoll – Counsel for Defendant;

7. Morgan, Lewis & Bockius LLP – Counsel for Defendant; and

8. All persons and entities listed on Defendants' Certificate of Interested Parties.

Respectfully Submitted,



*/s/ Terrence B. Robinson*
Terrence B. Robinson
Texas SBN: 17112900
5433 Westheimer Road, Suite 825
Houston, Texas 77056
(713) 742-0900 (main)
(713) 742-0951 (facsimile)
Terrence.Robinson@kennardlaw.com
**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

**OF COUNSEL**

Brian J. Levy
Texas SBN: 24067728
KENNARD, BLANKENSHIP, AND ROBINSON, P.C.
5433 Westheimer Road, Suite 825
Houston, Texas 77056
713.742.0900 (main)
713.742.0951 (facsimile)
Brian.Levy@kennardlaw.com

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served on all Defendants via the Court's CM/ECF system on August 8, 2014.

Erin E. O'Driscoll
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4200
Houston, Texas 77002

/s/ *Terrence B. Robinson*
Terrence B. Robinson