IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | 4:14-CV-02126 |
| FOREIGN MEDICAL GRADUATES, | § | |
| | § | |
| DEFENDANT. | § | |

**PROPOSED ORDER**

On this day the Court considered the Defendant Educational Commission for Foreign Medical Graduate's Partial Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Based on the motion by Defendant, any response filed by Plaintiff, and the oral argument of the parties if any, the Court hereby GRANTS the Motion as follows.

It is therefore, ORDERED that Plaintiff's claims of "failure to accommodate" under the Americans with Disabilities Act, as amended, and Texas Labor Code, are hereby dismissed with prejudice. It is so ORDERED,

On this _____ day of _____, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE