IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § § § | |
| PLAINTIFF | § | |
| VS. | § § | CASE NO. 4:14-CV-02126 |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | § § § | JURY DEMANDED |
| DEFENDANT, | § | |

___

**ORDER DENYING DEFENDANT'S PARTIAL MOTION TO DISMISS
AND GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES**
___

After considering Defendant's Partial Motion to Dismiss and Plaintiff's Response thereto and Request for Attorneys' Fees, the Court finds that Plaintiff's Response to Defendant's Partial Motion to Dismiss and Request for Attorneys' Fees is well taken.  Accordingly, the Court

DENIES Defendant's Partial Motion to Dismiss and retains the case on the docket;

GRANTS Plaintiff's Request for Attorney's Fees because the Court, having considered Defendant's conduct, FINDS that assessing such fees against Defendant is appropriate.

_____
UNITED STATES DISTRICT JUDGE