# EXHIBIT B



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.**

1. **Personal Information**

Last Name: Ellis    First Name: Artis    MI: ___
Street or Mailing Address: 3915 Oakside Dr.    Apt Or Unit #: ___
City: Houston    County: Harris    State: Texas    ZIP: 77053
Phone Numbers: Home: (713) 434-7702    Work: (___) ___
Cell: (___) ___    Email Address: kellis6871@yahoo.com
Date of Birth: 3/15/1968    Sex: Male ☐ Female ☒    Do You Have a Disability? ☒ Yes ☐ No

Please answer each of the next three questions.    i. Are you Hispanic or Latino? ☐ Yes ☒ No
ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaska Native ☐ Asian ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? African-American

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: Terrence B. Robinson    Relationship: Attorney
Address: 5433 Westheimer, Suite 825    City: Houston    State: TX    Zip Code: 77056
Home Phone: (713) 742-0900    Other Phone: (___) ___

2. I believe that I was discriminated against by the following organization(s): (Check those that apply)
☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) ___

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: Education Commission for Medical Graduates (ECFMG)
Address: 3624 Market Street    County: Philadelphia
City: Philadelphia    State: PA    Zip: 19104    Phone: (215) 823-2117
Type of Business: Education testing    Job Location if different from Org. Address: Houston, Texas
Human Resources Director or Owner Name: Betty Lehew    Phone: (215)823-2117
Number of Employees in the Organization at All Locations: Please Check (√) One
☐ Fewer Than 15  ☐ 15 - 100  ☐ 101 - 200  ☐ 201 - 500  ☒ More than 500

3. Your Employment Data (Complete as many items as you can)    Are you a Federal Employee? ☐ Yes ☒ No

Date Hired: 4/2005    Job Title At Hire: Assistant Manager
Pay Rate When Hired: n/a    Last or Current Pay Rate: $87,210.22/yr
Job Title at Time of Alleged Discrimination: Center Manager    Date Quit/Discharged: 9112012
Name and Title of Immediate Supervisor: Chris Paul

**If Job Applicant, Date You Applied for Job** _____ **Job Title Applied For** _____

**4. What is the reason (basis) for your claim of employment discrimination?**
*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race  ☐ Sex  ☐ Age  ☒ Disability  ☐ National Origin  ☐ Religion  ☒ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing  ☐ ii. family medical history  ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain). _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A) Date: _____ Action: Please See Charge of Discrimination

Name and Title of Person(s) Responsible: _____

B) Date: _____ Action: Please See Charge of Discrimination

Name and Title of Person(s) Responsible: _____

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
Please See Charge of Discrimination

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**
Please See Charge of Discrimination

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment  Please See Charge of Discrimination

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment  Please See Charge of Discrimination

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   - [X] Yes, I have a disability
   - [ ] I do not have a disability now but I did have one
   - [ ] No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
Mental and Physical Impairment due to brain surgery and brain tumor. It limits and/or limited me in working and caring for myself. Due to surgery, I became nearly blind for a time and I was prevented from seeing.

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?

    Yes [X]   No [ ]

If "Yes," what medication, medical equipment or other assistance do you use?
Metoprolol, Levothyroxine, Desmopressin Acetate, Sertraline HCL, Junel, Hydrocortisone, Doxycycline, Doxycycline, Zolpidem

12. Did you ask your employer for any changes or assistance to do your job because of your disability?

    Yes [X]   No [ ]

If "YES", when did you ask? on or about 10/22/2012     How did you ask (verbally or in writing)? Verbally

Who did you ask? (Provide full name and job title of person)

Sharon Roman-Trowell, Human Resources Manager

Describe the changes or assistance that you asked for:
I told my human resource manager that I needed work half days during my first week back to work beginning October 22, 2012, per a discussion with my doctor. I also informed her that the doctor ordered me to stay away from any stressful situations.

How did your employer respond to your request?
I was not provided with the opportunity to work half days. The day I returned to work, I was put in a stressful situation. (Please See Charge of Discrimination)

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| See attached witness list | | |

What do you believe this person will tell us?
See attached witness list

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| See attached witness list | | |

What do you believe this person will tell us?
See attached witness list

14. Have you filed a charge previously in this matter with EEOC or another agency?   Yes ☐   No ☒

15. If you have filed a complaint with another agency, provide name of agency and date of filing:

16. Have you sought help about this situation from a union, an attorney, or any other source?   Yes ☒   No ☐
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
Kennard, Blankenship & Robinson, P.C.
Terrence B. Robinson and Lisa Uresti

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

Box 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

Box 2  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____   4/30/13
Signature                   Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974. Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08)
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.