# EXHIBIT D

| | |
|---|---|
| **From:** | Moll, Stefanie R. |
| **To:** | Terrence Robinson; Brian J. Levy |
| **Cc:** | O"Driscoll, Erin E. |
| **Subject:** | RE: Ellis Artis v. ECFMG Answer |
| **Date:** | Wednesday, August 27, 2014 8:14:45 PM |

We really appreciate it.

**Stefanie Moll**
**Morgan, Lewis & Bockius LLP**
1000 Louisiana Street, Suite 4000 | Houston TX 77002
Direct: +1.713.890.5780 | Main: +1.713.890.5000 | Fax: +1.713.890.5001
smoll@morganlewis.com | www.morganlewis.com
Assistant: Lisa Hagemeister | +1.713.890.5132 | lhagemeister@morganlewis.com

**From:** Terrence Robinson [mailto:terrence.robinson@kennardlaw.com]
**Sent:** Wednesday, August 27, 2014 7:04 PM
**To:** Moll, Stefanie R.; Brian J. Levy
**Cc:** O'Driscoll, Erin E.
**Subject:** Re: Ellis Artis v. ECFMG Answer

Hi Stefanie,

Lol, miss her like the flu, yeah.

No problem on extension.


Terrence B. Robinson | Shareholder
Main: 713.742.0900 | Fax: 713.742.0951
Terrence.Robinson@kennardlaw.com

Kennard, Blankenship & Robinson, P.C.
5433 Westheimer | Suite 825 | Houston, Texas 77056
Main: 713.742.0900 | Toll Free: 855.KENNLAW
www.kennardlaw.com | www.ourcompanycounsel.com

Board Certified
Labor and Employment Law
Texas Board of Legal Specialization

Texas SuperLawyer for
2010, 2011, 2012, and 2013

AV Rated by Lexis Nexis (top designation awarded)

Sent from my HTC One™ X, an AT&T 4G LTE smartphone

I.R.S. Circular 230 Disclosure: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

Confidentiality Statement: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.


----- Reply message -----
From: "Moll, Stefanie R." <smoll@morganlewis.com>
To: "Brian J. Levy" <Brian.Levy@kennardlaw.com>, "Terrence Robinson" <terrence.robinson@kennardlaw.com>
Cc: "O'Driscoll, Erin E." <EODriscoll@morganlewis.com>
Subject: Ellis Artis v. ECFMG Answer
Date: Wed, Aug 27, 2014 6:27 PM

Terrence,

Long time no speak.  Do you miss Lena Giangrasso as much as I?  I bet you do!  Hello, Brian.  We haven't met before.

Anyhow, I am emailing for a favor.  We did not find out about service of this lawsuit until 10 days after it occurred.  Also, our answer is due this Friday and we are all trying to get out early for the holiday weekend.  If we file a motion to extend the deadline to answer or otherwise respond until next Friday would you be opposed?  I appreciate your anticipated professional courtesy when considering this request.  Thank you.

**Stefanie Moll**
**Morgan, Lewis & Bockius LLP**
1000 Louisiana Street, Suite 4000 | Houston TX 77002
Direct: +1.713.890.5780 | Main: +1.713.890.5000 | Fax: +1.713.890.5001
smoll@morganlewis.com | www.morganlewis.com
Assistant: Lisa Hagemeister | +1.713.890.5132 | lhagemeister@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.