# EXHIBIT E

# Brian J. Levy

| | |
|---|---|
| **From:** | O'Driscoll, Erin E. <EODriscoll@morganlewis.com> |
| **Sent:** | Wednesday, September 17, 2014 6:38 PM |
| **To:** | Brian J. Levy; Moll, Stefanie R. |
| **Cc:** | Terrence Robinson |
| **Subject:** | RE: Ellis v. ECMFG |
| **Categories:** | Copied to LegalWorks |

Thank you for sending.  We will review and get back to you.

**Erin E. O'Driscoll**
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000 | Houston, TX 77002
Direct: +1.713.890.5169 | Main: 713.890.5000 | Fax: 713.890.5001
eodriscoll@morganlewis.com | www.morganlewis.com
Assistant: Valerie A. Williams | 713.890.5412 | vwilliams@morganlewis.com

**From:** Brian J. Levy [mailto:Brian.Levy@kennardlaw.com]
**Sent:** Wednesday, September 17, 2014 5:52 PM
**To:** O'Driscoll, Erin E.; Moll, Stefanie R.
**Cc:** Terrence Robinson
**Subject:** RE: Ellis v. ECMFG

Erin,

It was nice speaking with you this morning.  Please find Ms. Ellis' EEOC Intake Questionnaire and Rebuttal, both of which specifically provide the factual basis for her failure to accommodate claim, attached for your convenience.  As you are aware, a complaint to the EEOC is not limited by its express words, but is "limited only by the scope of the EEOC investigation that could reasonably be expected to grow out of the initial charges of discrimination." *Fellows v. Universal Rests., Inc.*, 701 F.2d 447, 450 (5th Cir.1983).  Here, Ms. Ellis' failure to accommodate claim was clearly within the scope of the EEOC's investigation.  Accordingly, please advise as to whether your client will withdraw its motion to dismiss.

Best Regards,

**Brian J. Levy** | Attorney at Law
Main: 713.742.0900 | Fax: 713.742.0951
Brian.Levy@kennardlaw.com



**Kennard, Blankenship & Robinson, P.C.**
5433 Westheimer | Suite 825 | Houston, Texas 77056
Main: 713.742.0900 | Toll Free: 855.KENNLAW | www.kennardlaw.com

*Please consider the environment before printing this email.*

1

I.R.S. Circular 230 Disclosure: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

Confidentiality Statement: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

**From:** O'Driscoll, Erin E. [mailto:EODriscoll@morganlewis.com]
**Sent:** Wednesday, September 17, 2014 7:54 AM
**To:** Moll, Stefanie R.; Brian J. Levy
**Cc:** Terrence Robinson
**Subject:** RE: Ellis v. ECMFG

Brian,
I am in the office today, let me know if you want to talk today or if you would rather talk to Stef tomorrow.
Thanks.

**Erin E. O'Driscoll**
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000 | Houston, TX 77002
Direct: +1.713.890.5169 | Main: 713.890.5000 | Fax: 713.890.5001
eodriscoll@morganlewis.com | www.morganlewis.com
Assistant: Valerie A. Williams | 713.890.5412 | vwilliams@morganlewis.com

**From:** Moll, Stefanie R.
**Sent:** Tuesday, September 16, 2014 4:54 PM
**To:** Brian J. Levy
**Cc:** O'Driscoll, Erin E.; Terrence Robinson
**Subject:** RE: Ellis v. ECMFG

Was in a deposition today and have another one tomorrow. Your best bet right now is to see if Erin can assist. Otherwise, I will be more responsive by Thursday.

**Stefanie Moll**
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000 | Houston TX 77002
Direct: +1.713.890.5780 | Main: +1.713.890.5000 | Fax: +1.713.890.5001
smoll@morganlewis.com | www.morganlewis.com
Assistant: Lisa Hagemeister | +1.713.890.5132 | lhagemeister@morganlewis.com

**From:** Brian J. Levy [mailto:Brian.Levy@kennardlaw.com]
**Sent:** Tuesday, September 16, 2014 3:45 PM
**To:** Moll, Stefanie R.
**Cc:** O'Driscoll, Erin E.; Terrence Robinson
**Subject:** Ellis v. ECMFG

Stefanie,

Please let me know if you have a few minutes, today or tomorrow, to discuss the above referenced matter. I look forward to speaking with you.

Best Regards,

**Brian J. Levy** | Attorney at Law
Main: 713.742.0900 | Fax: 713.742.0951
Brian.Levy@kennardlaw.com



**Kennard, Blankenship & Robinson, P.C.**
5433 Westheimer | Suite 825 | Houston, Texas 77056
Main: 713.742.0900 | Toll Free: 855.KENNLAW | www.kennardlaw.com

 *Please consider the environment before printing this email.*

**I.R.S. Circular 230 Disclosure:** As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

**Confidentiality Statement:** Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.