IN THE UNITED STATES DISTRICT COURT
FOR THE SOTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| VS. | § § | 4:14-cv-02126 |
| EDUCATIONAL COMMISSION OF FOREIGN MEDICAL GRADUATES, | § § § | |
| Defendant. | § § | |

## ORDER

On this day the Court considered the Defendant Educational Commission for Foreign Medical Graduate's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Original Complaint. In light of the fact that the Motion is unopposed and the reason for the extension stated in the Motion is proper, the Court determines that the Motion is hereby GRANTED.

It is therefore, ORDERED that Defendant must file its answer or otherwise respond to Plaintiff's Original Complaint by September 5, 2014. It is so ORDERED,

On this 6th day of October, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE