IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | 4:14-CV-02126 |
| FOREIGN MEDICAL GRADUATES, | § | |
| | § | |
| DEFENDANT. | § | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by its attorneys, submits the following Corporate Disclosure Statement:

1. ECFMG has no parent corporation.

2. No publicly held corporation owns 10% or more of the stock of ECFMG.

Dated: October 22, 2014

                                                                                 Respectfully submitted,

                                                                                 */s/ Stefanie R. Moll*
                                                                                 Stefanie R. Moll
                                                                                  State Bar No. 24002870
                                                                                  Federal ID No. 22861
                                                                                  smoll@morganlewis.com
                                                                                  1000 Louisiana, Suite 4000
                                                                                  Houston, Texas 77002
                                                                                  (713) 890-5000 - Telephone
                                                                                  (713) 890-5001 – Facsimile

Of Counsel:

Erin E. O'Driscoll
State Bar No. 240460
Federal ID No. 582983
eodriscoll@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 - Telephone
(713) 890-5001 – Facsimile

                         ATTORNEYS FOR DEFENDANT
                         EDUCATIONAL COMMISSION FOR
                         FOREIGN MEDICAL GRADUATES

## CERTIFICATE OF SERVICE

     I hereby certify that on the 22nd day of October 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Terrence B. Robinson
Brian J. Levy
KENNARD BLANKENSHIP ROBINSON P.C.
5433 Westheimer, Ste. 825
Houston, Texas 77056

                         */s/ Stefanie R. Moll*
                         Stefanie R. Moll

DB1/ 81001787.1