IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § § § | |
| PLAINTIFF, | § § | |
| VS. | § § | CIVIL ACTION NO. |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | § § § | 4:14-CV-02126 |
| DEFENDANT. | § § | |

## PROPOSED SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND JOIN NEW PARTIES** will be filed by:     **June 5, 2015**
Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the expert's opinion furnished by:     **July 10, 2015**

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by:     **August 14, 2015**

4. **DISCOVERY** must be completed by:     **November 6, 2015**
Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post-deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by:     **January 8, 2016**

6. **NON-DISPOSITIVE MOTIONS** will be filed by:     **January 22, 2016**

7. **JOINT PRETRIAL ORDER** will be filed by:     **April 22, 2016**
Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 01:30 PM

9. **TRIAL** is set for the two weeks starting:

Signed at Houston, Texas on _____.

_____
Melinda Harmon
United States District Judge