# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ARTIS ELLIS, § § Plaintiff, § § vs. § § EDUCATIONAL COMMISSION FOR § FOREIGN MEDICAL GRADUATES, § § Defendant. § | CIVIL ACTION NO. 4:14-cv-02126 |

## DEFENDANT'S NOTICE OF ATTORNEY APPEARANCE

Defendant Educational Commission for Foreign Medical Graduates ("Defendant") files this notice of attorney appearance and hereby notifies the Court and all parties of record that Erin E. O'Driscoll is appearing as counsel for Defendant in the above-referenced matter.

Dated:  November 4, 2014            Respectfully submitted,

*/s/ Stefanie R. Moll*
Stefanie R. Moll
State Bar No. 24002870
Federal ID No. 22861
smoll@morganlewis.com
1000 Louisiana, Suite 4000
Houston, Texas 77002
T:  713.890.5780
F:  713.890.5001

ATTORNEYS FOR DEFENDANTS
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

Of Counsel:
Erin E. O'Driscoll
State Bar No. 24041610
Federal ID No. 582983
eodriscoll@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
T:  713.890.5169
F:  713.890.5001

## CERTIFICATE OF SERVICE

     I hereby certify that on the 4th day of November 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Terrence B. Robinson
Brian J. Levy
KENNARD BLANKENSHIP ROBINSON P.C.
5433 Westheimer, Ste. 825
Houston, Texas 77056

          */s/ Erin E. O'Driscoll*
          Erin E. O'Driscoll

DB1/ 81193410.1

2