IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | 4:14-CV-02126 |
| FOREIGN MEDICAL GRADUATES, | § | |
| | § | |
| DEFENDANT. | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order at Doc. No. 2, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by its attorneys, files its Certificate of Interested Parties, and identifies as Interested Parties the following:

1. Artis Ellis — Plaintiff

2. Terrence B. Robinson and Brian J. Levy
   KENNARD BLANKENSHIP ROBINSON P.C.
   5433 Westheimer, Ste. 825
   Houston, Texas 77056 — Counsel for Plaintiff

3. Educational Commission for Foreign Medical Graduates — Defendant

4. Stefanie R. Moll and Erin E. O'Driscoll
   Morgan, Lewis & Bockius, LLP
   1000 Louisiana, Suite 4000
   Houston, Texas 77002 — Counsel for Defendant

Dated: November 4, 2014

        Respectfully submitted,

        */s/ Stefanie R. Moll*
        Stefanie R. Moll
        State Bar No. 24002870
        Federal ID No. 22861
        smoll@morganlewis.com
        1000 Louisiana, Suite 4000
        Houston, Texas 77002
        (713) 890-5000 - Telephone
        (713) 890-5001 – Facsimile

Of Counsel:

Erin E. O'Driscoll
State Bar No. 24041610
Federal ID No. 582983
eodriscoll@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 – Telephone
(713) 890-5001 – Facsimile

        ATTORNEYS FOR DEFENDANT
        EDUCATIONAL COMMISSION FOR
        FOREIGN MEDICAL GRADUATES

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 4th day of November 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

        Terrence B. Robinson
        Brian J. Levy
        KENNARD BLANKENSHIP ROBINSON P.C.
        5433 Westheimer, Ste. 825
        Houston, Texas 77056

        */s/ Stefanie R. Moll*
        Stefanie R. Moll