UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Artis Ellis<br>  *Plaintiff,* | §<br>§<br>§ |
| V. | § Civil Action 4:14–cv–02126 |
| | §<br>§ |
| Educational Commission for Foreign Medical Graduates<br>  *Defendant.* | §<br>§ |

## SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND JOIN NEW PARTIES** will be filed by:     **June 5, 2015**
   Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the experts's opinion furnished by:     **July 10, 2015**

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by:     **August 14, 2015**

4. **DISCOVERY** must be completed by:     **November 6, 2015**
   Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post–deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by:     **January 7, 2016**

6. **NON–DISPOSITIVE MOTIONS** will be filed by:     **January 7, 2016**

7. **JOINT PRETRIAL ORDER** will be filed by:     **March 7, 2016**
   Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 01:30 PM     **March 18, 2016**

9. **TRIAL** is set for the two weeks starting:     **March 21, 2016**

Signed at Houston, Texas on November 6, 2014.

Melinda Harmon
United States District Judge