IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § | |
| | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 4:14-CV-02126 |
| | § | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | § § | JURY DEMANDED |
| | § | |
| | § | |
|     DEFENDANT. | § | |

**NOTICE OF APPEARANCE, DESIGNATION AND SUBSTITUTION AS COUNSEL OF RECORD FOR PLAINTIFF**

To the Clerk of Court and all parties of record:

Please take notice that the following attorney is making an appearance as counsel of record for Plaintiffs in the above-styled and numbered matter, in the place of Mr. Brian J. Levy:

**Keenya Harrold**
State Bar No. 24039664
Southern District No. 897938
**Kennard, Blankenship & Robinson, P.C.**
2603 Augusta Drive, 14th Floor
Houston, Texas 77057
(713) 742-0900 (main)
(713) 742-0951 (facsimile)
Email: Keenya.Harrold@kennardlaw.com

Attorney Terrence B. Robinson shall remain attorney-in-charge for Plaintiffs and would continue to receive all notices, filings, and correspondence in this action. Mr. Brian J. Levy, shall no longer be counsel for Plaintiff in this matter.

Accordingly, Plaintiff requests that Ms. Harrold and Mr. Robinson be included in all certificates of service and that they receive notice of all filings and correspondence in this action.

1

Respectfully submitted,



Terrence B. Robinson
Texas Bar No. 17112900
2603 Augusts Drive, 14th Floor
Houston, Texas 77057
Telephone: (713) 742-0900
Facsimile:  (713) 742-0951
terrence.robinson@kennardlaw.com
**ATTORNEY IN CHARGE FOR    PLAINTIFFS**

**OF COUNSEL FOR PLAINTIFFS:**



Keenya Harrold
State Bar No. 24039664
Southern District No. 897938
2603 Augusta Drive, 14th Floor
Houston, Texas 77057
(713) 742-0900 (main)
(713) 742-0951 (facsimile)
keenya.harrold@kennardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2015, a true and correct copy of Plaintiff's Notice of Appearance and Substitution of Counsel was served on Counsel of Record for Defendants via the Court's ECF system.

Terrence B. Robinson

2