IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § | |
| | § | |
|    PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 4:14-CV-02126 |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | |
| FOREIGN MEDICAL GRADUATES, | § | JURY DEMANDED |
| | § | |
| | § | |
|    DEFENDANT. | § | |

### NOTICE OF CHANGE OF ADDRESS

**To the Clerk of Court and All Parties of Record:**

Please take notice of the following change of address:

Terrence B. Robinson
**Kennard, Blankenship & Robinson, P.C.**
2603 Augusta Drive, 14th Floor
Houston, Texas 77057
Telephone: (713) 742-0900
Facsimile: (713) 742-0951
Email: terrence.robinson@kennardlaw.com

Attorney Terrence B. Robinson, shall remain attorney-in-charge for Plaintiff and should continue to receive all notices, filings, and correspondence in this action.

Respectfully submitted,



_____
Terrence B. Robinson
Texas Bar No. 17112900
Fed. ID: 14218
2603 Augusta Drive, 14th Floor
Houston, Texas 77057
Telephone: (713) 742-0900
Facsimile:  (713) 742-0951
**ATTORNEY IN CHARGE FOR PLAINTIFF**

**OF COUNSEL FOR PLAINTIFF:**



Keenya Harrold
State Bar No. 24039664
Southern District No. 897938
2603 Augusta Drive, 14th Floor
Houston, Texas 77057
(713) 742-0900 (main)
(713) 742-0951 (facsimile)
keenya.harrold@kennardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2015, a true and correct copy of Plaintiff Notice of Change of Address has been served via the Court's CM/ECF System to all counsel of record.

_____
Terrence B. Robinson