# EXHIBIT A



**ALFONSO KENNARD, JR.**
ATTORNEY AT LAW
DIRECT: 713.742.0906
ALFONSO.KENNARD@KENNARDLAW.COM

  



# Alfonso Kennard, Jr.

Alfonso Kennard, Jr. is the founding Shareholder of Kennard Law P.C.  He is Board Certified in Labor and Employment Law by the Texas Board of Legal Specialization, and spent nearly a decade in large firms representing Fortune 100 companies before starting this Firm.  Mr. Kennard was named a "Rising Star" in *Texas Super Lawyers* magazine in 2010, 2011, 2012, 2013 & 2014.  Less than 2% of attorneys are awarded this distinction.

Mr. Kennard focuses on assisting small businesses stay in compliance with Federal and State laws, advises clients on how to avoid litigation, and helps smaller and medium sized business protect and assert their legal rights.  Mr. Kennard represents small business owners through the litigation process in both State and Federal courts.

Mr. Kennard's expertise encompasses all aspects of employment law including employment discrimination, wage and hour issues, and compliance with non-competes and the protection of trade secrets through non-disclosure agreements.  He has received favorable results for and verdicts for his business clients in both bench and jury trials as a first-chair trial attorney.

Mr. Kennard is a Past President of the Notre Dame Alumni Association in Houston and is also a Commissioner for the City of Houston Contract Compliance Commission as an appointee of Mayor Bill White.  Mr. Kennard also serves on the Board of Directors for the St. Mary's University School of Law Alumni Association.

Mr. Kennard received his Business Degree in Marketing from the University of Notre Dame, home of the Fighting Irish.  While at Notre Dame, Alfonso served as the President of the Class of 1999.  While attending law school at St. Mary's University, Mr. Kennard served as the Student Body President and received the Outstanding Law Student Award before being licensed to practice in 2002.

Mr. Kennard is of Hispanic descent and is fluent in Spanish.

In addition to assisting small businesses with their everyday legal needs, the Firm represents clients in the following areas of practice: Discrimination, Wrongful Discharge, Wrongful Termination, Age Discrimination, Race Discrimination, Disability Discrimination, Workers Comp, Retaliation, Workers Comp Retaliation, Family Medical Leave Act (FMLA), Non-Compete Agreements, Breach of Contract, Severance Agreements, Contract Disputes, Product Liability, Labor Issues, Labor Training, Severance Negotiation, Overtime (Wage and Hour), Civil Litigation, Personal Injury, Sexual Harassment and Gender Discrimination.

2603 AUGUSTA DRIVE, 14TH FLOOR, HOUSTON, TEXAS 77057   MAIN: 713.742.0900   FAX: 713.742.0951
TOLL FREE: 855.KENNLAW   WWW.KENNARDLAW.COM

