# EXHIBIT B

# Terrence B. Robinson
Shareholder
terrence.robinson@kennardlaw.com



**Kennard Law | Houston**
Kennard, Blankenship & Robinson, P.C.
&*$' ´5i [ i gh∪´8f"ž´%( h\´: @
Houston, Texas 7705+
P: (713) 742-0900
F: (713) 742-0951



Terrence Bouvier Robinson is a shareholder with Kennard, Blankenship & Robinson, P.C., practicing in the firm's Houston office. He joined the firm in 2013 from Cozen O'Connor.

Mr. Robinson is an experienced litigator with more than two decades in the legal practice, concentrating his practice on the litigation of complex employment matters. He has extensive experience advising and representing individuals and employers in a wide range of industries. He has particular knowledge with respect to the employment issues within the restaurant, hospitality, and home health care industries. He represents individuals and employers in discrimination cases; wrongful termination suits; wage and hour, individual, and collective actions; and tort/contract disputes arising out of the employment relationship. He specifically handles cases arising under Title VII, the ADA, the ADEA, the FLSA, the FMLA, the TCHRA, ERISA, the Sarbanes-Oxley Act, and various other statutory and common law causes of action, including claims involving trade secrets, non-compete agreements, workers' compensation retaliation, whistle-blower claims, defamation, assault, and the intentional infliction of emotional distress.

He has been certified for the last decade by the Texas Board of Legal Specialization as a Labor and Employment Law Specialist.

He advises and represents employers with respect to union elections and unfair labor practice charges before the NLRB and in arbitrations. He counsels clients on the myriad day-to-day legal issues arising from the employer-employee relationship and advises employers concerning preventative efforts, conducts supervisory training seminars, and counsels on employee handbooks and personnel policies.

Mr. Robinson is a highly skilled strategist and writer with an impressive track record of litigation victories, successfully resolving government investigations, and persuading both federal and state appellate courts to find in his clients' favor. He has successfully litigated hundreds of civil actions as lead counsel in federal and Texas state courts, winning in numerous employment discrimination cases and successfully handling cases on appeal before the U.S. Court of Appeals for the 5th Circuit. Published cased include *Bright v. GB Bioscience Inc.*, 2008 WL 5210657 (C.A.5 (Tex.)), 105 Fair Empl.Prac.Cas. (BNA) 265; Terrence's victory in this case was profiled in the October 28, 2009, issue of *The Voice*, the weekly newsletter from the Defense Research Institute

Mr. Robinson has written published articles on a wide range of labor and employment law topics, including employee tip wage claims, as well as various other wage and hour issues, disciplining and firing employees, employee loans and Texas Payday Law, federal preemption by the NLRA,

**Practice Areas**
- Labor & Employment

**Bar Admissions**
- Texas

**Court Admissions**
- U.S. Court of Appeals for the Fifth Circuit
- U.S. District Court -- Eastern District of Texas
- U.S. District Court -- Northern District of Texas
- U.S. District Court -- Southern District of Texas
- U.S. Supreme Court

**Education**
- J.D., South Texas College of Law, 1990
- B.A., Univ. of Missouri–St. Louis, Psychology, 1986
- B.S., Univ. of Missouri–St. Louis, Sociology, 1986

**Memberships**
- Defense Research Institute
- Texas State Bar – L&E Section
- Houston Bar Association

© 2013 Kennard Law. All Rights Reserved.                                         www.Kennardlaw.com

Kennard Law Biography | Terrence B. Robinson

and traditional labor laws in a non-union setting.

Mr. Robinson regularly lectures and presents at both professional and business seminars. He also provides management training to various industries on an array of employment law issues, and has conducted seminars and training sessions sponsored by South Texas College of Law, Lorman Education Services, the University of Houston, HealthCare ConsultLink, the National Institute of Business, the Texas Association of Business, and various local chambers of commerce.

Mr. Robinson is AV Peer Review Rated by Martindale-Hubbell, signifying the highest level of professional excellence. He has been selected for inclusion in *Texas Super Lawyers* (2013) and on Houston's "Top Lawyers" list by *H Texas Magazine*.

© 2013 Kennard Law. All Rights Reserved.

[www.kennardlaw.com](www.kennardlaw.com)