IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:12-cv-02126 |
| | § | |
| EDUCATIONAL COMMISSION OF | § | |
| FOREIGN MEDICAL GRADUATES, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT EDUCATIONAL COMMISSION OF FOREIGN MEDICAL GRADUATES' DESIGNATION OF EXPERT WITNESS**

Defendant Educational Commission for Foreign Medical Graduates ("Defendant" or "ECFMG"), the Defendant herein, and files its Designation of Expert Witness. Defendant reserves the right to supplement or amend its designation within the time limits imposed by the Court or pursuant to the Federal Rules of Civil Procedure or Federal Rules of Evidence.

>Stefanie R. Moll
>MORGAN, LEWIS & BOCKIUS LLP
>1000 Louisiana, Suite 4000
>Houston, Texas 77002
>(713) 890-5000

Ms. Moll is expected to testify regarding the reasonableness, necessity, and amount of attorneys' fees and expenses in the underlying lawsuit. Ms. Moll's opinions are based on years of practice as an attorney, her education, skill, research and experience. Ms. Moll's biography is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Stefanie R. Moll*
Stefanie R. Moll
State Bar No. 24002870
Federal ID No. 22861
smoll@morganlewis.com
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 - Telephone
(713) 890-5001 – Facsimile

Of Counsel:
Erin E. O'Driscoll
State Bar No. 240460
Federal ID No. 582983
eodriscoll@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 - Telephone
(713) 890-5001 – Facsimile

ATTORNEYS FOR DEFENDANT
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Terrence B. Robinson
Keenya Harrold
KENNARD BLANKENSHIP ROBINSON P.C.
2603 Augusta Drive, 14th Floor
Houston, Texas 77057

*/s/ Erin O'Driscoll*
Erin O'Driscoll

DB1/ 84360479.1

2