# EXHIBIT A

# Morgan Lewis



## STEFANIE MOLL
### PARTNER

smoll@morganlewis.com

**Houston**    Phone  **+1.713.890.5780**    Fax  **+1.713.890.5001**

1000 Louisiana St., Suite 4000  \\  Houston, TX 77002-5006  \\  United States

**Dallas**    Phone  **+1.214.466.4113**    Fax  **+1.214.466.4001**

1717 Main St., Suite 3200  \\  Dallas, TX 75201-7347  \\  United States

Stefanie Moll litigates employment disputes on behalf of employers in US federal and state courts and in arbitration. She represents management in wage and hour, retaliation, noncompetition, sexual harassment, and employment discrimination disputes. Her experience covers companies that provide oil and gas services, maritime services, retail, staffing, and healthcare, in addition to financial and electric services. She is the Houston office labor and employment practice leader, and the hiring partner and deputy managing partner for the office.

Stefanie's litigation experience with employers includes Fair Labor Standards Act (FLSA) collective actions that involve improper calculation of the regular rate of pay, misclassification, and off-the-clock allegations; Employment Retirement Income Security Act (ERISA) denial of benefits; and Family and Medical Leave Act (FMLA), Worker Adjustment and Retraining Notification Act (WARN), and state and federal law wrongful termination claims. She also frequently handles US Department of Labor audits for oilfield services providers and other clients involving classification issues and payments of day rates, per diems, and client, safety, and other bonuses.

In her preventative practice, Stefanie advises clients on reduction-in-force (RIF) planning, policy development, noncompetition matters, and employee discipline issues. She frequently speaks and provides training on topics such as FLSA exemptions, wage and hour trends in the oil and gas industry, workplace investigations, harassment, hiring and firing guidelines, best employment practices, and case law updates.

### AWARDS AND AFFILIATIONS

Winner, *Texas Lawyer*'s 2015 Texas Litigation Department of the Year for Labor and Employment

Listed, "Rising Star" in Employment Litigation by *Texas Monthly* Magazine (2005–2012)

Past Chair, Houston Bar Association, Labor and Employment Law Section (2009–2010)

Chair, Houston Bar Association, Labor and Employment Law Section (2008-2009)

Chair Elect, Houston Bar Association, Labor and Employment Law Section (2007-2008)

Events and Facilities Coordinator, Labor and Employment Law Section, Houston Bar Association (2005–2006)

Member, Houston Bar Association, Labor and Employment Law Section

Member, Houston Young Lawyers Association

## ADMISSIONS

- Texas
- U.S. Court of Appeals for the Fifth Circuit
- U.S. District Courts for the Northern, Eastern, Southern, and Western Districts of Texas

## EDUCATION

- University of Texas School of Law, 1997, J.D.
- University of Pennsylvania, 1994, B.A., Magna Cum Laude

## SECTORS

- Energy

## SERVICES

- Labor, Employment & Benefits
- Wage and Hour Litigation & Counseling
- Individual Employee Litigation & Arbitration
- Employment Counseling
- Workforce Change

## REGIONS

- North America