IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, § § § PLAINTIFF, § § VS. § EDUCATIONAL COMMISSION FOR § FOREIGN MEDICAL GRADUATES, § § DEFENDANT. § | | CIVIL ACTION NO. 4:14-CV-02126 |

## PROPOSED FIRST AMENDED SCHEDULING ORDER

1.  **DISCOVERY** must be completed by:  **March 4, 2016**
    Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post-deadline discovery.

2.  **DISPOSITIVE MOTIONS** will be filed and served by:  **May 6, 2016**

3.  **NON-DISPOSITIVE MOTIONS** will be filed by:  **May 6, 2016**

4.  **JOINT PRETRIAL ORDER** will be filed by:  **July 13, 2016**
    Plaintiff is responsible for filing the Pretrial Order on time.

5.  **DOCKET CALL** is set for 01:30 PM:  _____

6.  **TRIAL** is set for the two weeks starting:  _____


Signed at Houston, Texas on this _____ day of _____ 2015.

_____
Melinda Harmon
United States District Judge