Case 4:14-cv-02126   Document 24   Filed on 10/20/15 in TXSD   Page 1 of 1
Case 4:14-cv-02126   Document 22-1   Filed in TXSD on 10/16/15   Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
October 20, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | 4:14-CV-02126 |
| FOREIGN MEDICAL GRADUATES, | § | |
| | § | |
| DEFENDANT. | § | |

**PROPOSED FIRST AMENDED SCHEDULING ORDER**

1. **DISCOVERY** must be completed by:     **March 4, 2016**
   Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post-deadline discovery.

2. **DISPOSITIVE MOTIONS** will be filed and served by:     **May 6, 2016**

3. **NON-DISPOSITIVE MOTIONS** will be filed by:     **May 6, 2016**

4. **JOINT PRETRIAL ORDER** will be filed by:     **July 13, 2016**
   Plaintiff is responsible for filing the Pretrial Order on time.

5. **DOCKET CALL** is set for 01:30 PM:     September 9, 2016

6. **TRIAL** is set for the two weeks starting:     September 12, 2016

Signed at Houston, Texas on this 20th day of October 2015.

_____
Melinda Harmon
United States District Judge