IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 4:14-CV-02126 |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | |
| FOREIGN MEDICAL GRADUATES, | § | JURY DEMANDED |
| | § | |
| | § | |
| DEFENDANT. | § | |

### NOTICE OF VACATION

To the Clerk of Court and All Parties of Record:

Please be advised that I, Terrence B. Robinson, will be on vacation and unavailable for hearings or depositions from February 16 - March 4, 2016. By copy of this correspondence, I am notifying all counsel of record of my scheduled vacation and requesting that they refrain from scheduling any hearings, depositions, etc. during this time.

Respectfully submitted,



_____
Terrence B. Robinson
Texas Bar No. 17112900
Fed. ID: 14218
2603 Augusta Drive, 14th Floor
Houston, Texas 77057
Telephone: (713) 742-0900
Facsimile:  (713) 742-0951
**ATTORNEY IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2015, a true and correct copy of *Notice of Vacation* has been served via the Court's CM/ECF System to all counsel of record.

*[signature]*