IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § § § § | |
| PLAINTIFF, | | |
| v. | § § § § § § § § | CASE NO. 4:14-CV-02126 |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | | JURY DEMANDED |
| DEFENDANT. | | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff ARTIS ELLIS, ("Plaintiff") and moves the Court to withdraw Terrence B. Robinson as counsel for Plaintiff. In support of their Unopposed Motion to Withdraw Counsel ("Motion"), Plaintiff respectfully state as follows:

1. The law office of Kennard, Blankenship, & Robinson, P.C. now known as Kennard Richard, P.C. is counsel of record for Plaintiff in the above matter.

2. Terrence B. Robinson ("Mr. Robinson") is no longer employed with Kennard Richard, P.C.

3. Pursuant to LR83.2, Plaintiff requests that the court permit the withdrawal of Mr. Robinson as counsel for Plaintiff in this case.

4.  The attorney of Kennard Richard, P.C., Keenya R. Harrold will remain as counsel for Plaintiff and, therefore, should continue to receive all notices, filings and correspondence in this action.

5.  The attorney of Kennard Richard, P.C., Alfonso Kennard, Jr. will now be designated Attorney-in-Charge for Plaintiff and, therefore, should receive all notices, filings and correspondence in this action.

6.  This motion is not being made for the purpose of delay but for good cause. No prejudice will result to any party should this Motion be granted.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant this Motion in its entirety and further request, pursuant to Rule 79(a) of the Federal Rules of Civil Procedure, that the Clerk's Office make the changes referenced above in the civil docket.

Respectfully Submitted,



By: _____
Alfonso Kennard, Jr.
Texas Bar No. 24036888
2603 Augusta Drive, Suite 1450
Houston Texas 77057
Main: 713.742.0900
Fax: 713.742.0951
Email Alfonso.Kennard@KennardLaw.com
**ATTORNEY IN CHARGE FOR PLAINTIFF ARTIS ELLIS**

**OF COUNSEL FOR PLAINTIFF:**

Keenya R. Harrold
State Bar No. 24039664
Federal I.D. No. 897938
2603 Augusta Drive, 1450
Houston, Texas 77057
(713) 742 0900 (main)
(713) 742 0951 (facsimile)
Email: kennya.harrold@kennardlaw.com

## CERTIFICATE OF CONFERENCE

I do hereby certify that counsel for Plaintiff contacted counsel for Defendant Educational Commission for Foreign Medical Graduates on December 22, 2015, regarding this motion and he is not opposed to this motion.

_____
Alfonso Kennard, Jr.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to counsel of record for Defendant via the Court's ECF system.

_____
Alfonso Kennard, Jr.