IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTIS ELLIS, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | CASE NO. 4:14-CV-02126 |
| § | |
| EDUCATIONAL COMMISSION FOR § | |
| FOREIGN MEDICAL GRADUATES, § | JURY DEMANDED |
| § | |
| § | |
| DEFENDANT. § | |

## NOTICE OF CHANGE OF FIRM NAME

Please take note that, effective December 14, 2015, counsel for Plaintiff Artis Ellis, Kennard, Blankenship & Robinson, P.C., changed its firm name to Kennard Richard, P.C. All future correspondence and pleadings in the above-referenced matter should now be forwarded to:

**Alfonso Kennard, Jr.**
KENNARD RICHARD, P.C.
Texas Bar No. 24036888
Federal I.D. No. 713316
2603 Augusta Drive, Suite 1450
Houston Texas 77057
Main: 713.742.0900
Fax: 713.742.0951
Email Alfonso.Kennard@KennardLaw.com

**Keenya R. Harrold**
KENNARD RICHARD, P.C.
State Bar No. 24039664
Federal I.D. No. 897938
2603 Augusta Drive, Suite 1450
Houston, Texas 77057
(713) 742 0900 (main)
(713) 742 0951 (facsimile)
Email: kennya.harrold@kennardlaw.com

1

Respectfully Submitted,



By: _____
Alfonso Kennard, Jr.
Texas Bar No. 24036888
2603 Augusta Drive, Suite 1450
Houston Texas 77057
Main: 713.742.0900
Fax: 713.742.0951
Email Alfonso.Kennard@KennardLaw.com
**ATTORNEY IN CHARGE FOR PLAINTIFF ARTIS ELLIS**

**OF COUNSEL FOR PLAINTIFF:**

Keenya R. Harrold
State Bar No. 24039664
Federal I.D. No. 897938
2603 Augusta Drive, Suite1450
Houston, Texas 77057
(713) 742 0900 (main)
(713) 742 0951 (facsimile)
Email: kennya.harrold@kennardlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to counsel of record for Defendant via the Court's ECF system.

_____
Alfonso Kennard, Jr.

2