United States District Court
Southern District of Texas
**ENTERED**
January 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTIS ELLIS, | § |
| PLAINTIFF, | § |
| v. | § CASE NO. 4:14-CV-02126 |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | § JURY DEMANDED |
| DEFENDANT. | § |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL AND SUBSTITUTION OF COUNSEL

Before the Court is Plaintiff Artis Ellis's Unopposed Motion to Withdraw Counsel ("Motion"). After considering the Motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that Attorney Terrence B. Robinson is withdrawn as counsel of record for Plaintiff.

It is further ORDERED that Attorney Alfonso Kennard, Jr. be added as Attorney-in-Charge for Plaintiff.

It is further ORDERED that the Clerk shall make the appropriate changes to reference the withdrawal of Terrence B. Robinson and list Alfonso Kennard, Jr. as Attorney-in-Charge for Plaintiff in the Court's docket pursuant to Federal Rule of Civil Procedure 79(a).

SIGNED the 4th day of January, 2016.

**HONORABLE UNITED STATES DISTRICT JUDGE**