# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| EDUCATIONAL COMMISSION FOR | § | 4:14-CV-02126 |
| FOREIGN MEDICAL GRADUATES, | § | |
| | § | |
| DEFENDANT. | § | |

## PROPOSED SCHEDULING ORDER

1.  **DISCOVERY** must be completed by: **August 5, 2016**
    Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post-deadline discovery.

2.  **DISPOSITIVE MOTIONS** will be filed and served by: **October 7, 2016**

3.  **NON-DISPOSITIVE MOTIONS** will be filed by: **October 7, 2016**

4.  **JOINT PRETRIAL ORDER** will be filed by: **December 16, 2016**
    Plaintiff is responsible for filing the Pretrial Order on time.

5.  **DOCKET CALL** is set for 01:30 PM **February 17, 2017**

6.  **TRIAL** is set for the two weeks starting: **February 20, 2017**

Signed at Houston, Texas on _____.

_____
Melinda Harmon
United States District Judge