Case 4:14-cv-02126   Document 30   Filed on 03/09/16 in TXSD   Page 1 of 1
Case 4:14-cv-02126   Document 29-2   Filed in TXSD on 03/01/16   Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
March 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | 4:14-cv-02126 |
| EDUCATIONAL COMMISSION OF | § | |
| FOREIGN MEDICAL GRADUATES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day the Court considered Plaintiff Artis Ellis's and Defendant Educational Commission for Foreign Medical Graduate's Joint Motion for Continuance of All Remaining Case Deadlines. In light of the fact that the Motion is jointly filed and the reason for the extension stated in the Motion is proper, the Court determines that the Motion is hereby GRANTED.

It is therefore, ORDERED that the Parties will proceed under the attached revised Scheduling Order setting new deadlines. It is so ORDERED,

On this ___9th___ day of ___March___, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE