Case 4:14-cv-02126   Document 31   Filed on 03/09/16 in TXSD   Page 1 of 1
Case 4:14-cv-02126   Document 29-1   Filed in TXSD on 03/01/16   Page 2 of 2

United States District Court
Southern District of Texas

**ENTERED**
March 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § § § § § § § § § § | |
| PLAINTIFF, | | |
| VS. | | CIVIL ACTION NO. |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | | 4:14-CV-02126 |
| DEFENDANT. | | |

## ~~███████~~ SCHEDULING ORDER

1. **DISCOVERY** must be completed by:                                    **August 5, 2016**
   Counsel may, by agreement, continue discovery beyond the
   deadline, but no continuance will be granted because of
   information acquired in post-deadline discovery.

2. **DISPOSITIVE MOTIONS** will be filed and served by:        **October 7, 2016**

3. **NON-DISPOSITIVE MOTIONS** will be filed by:                **October 7, 2016**

4. **JOINT PRETRIAL ORDER** will be filed by:                         **December 16, 2016**
   Plaintiff is responsible for filing the Pretrial Order on time.

5. **DOCKET CALL** is set for 01:30 PM                                     **February 17, 2017**

6. **TRIAL** is set for the two weeks starting:                           **February 20, 2017**

Signed at Houston, Texas on   *March 9, 2016* .

_____
Melinda Harmon
United States District Judge