# EXHIBIT 2

### EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES
PHILADELPHIA OFFICE
3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-823-2117 • FAX: 215-386-3185 • WWW: ECFMG®.ORG

---

CONFIDENTIAL

April 5, 2005

Artis F. Ellis
3915 Oakside Drive
Houston, TX 77053

Dear Ms. Ellis:

It gives me great pleasure to confirm our offer of employment to you for the position Assistant Center Manager, Houston, CSE Center, pending the successful completion of a background check and educational verification. I have outlined the specific details of our offer below:

- You will report directly to John Repasch, Center Manager, Houston, CSEC Center.
- Your start date will be Monday, April 11, 2005.
- Your starting salary for this exempt position will be $54,000 per year ($2,076.92 per pay).
- Your training will be in the Philadelphia Center for approximately two weeks.
- ECFMG will arrange for your round trip flight and accommodations during your stay; a copy of our travel policy is attached for your review.
- ECFMG will pay for your business travel expenses for training and should future business needs arise.

ECFMG pays employees bi-weekly. Your first pay date will be April 29, 2005. You will be paid for the pay period beginning April 11, 2005 through April 24, 2005. Since you are attending a half day training session on April 8th, 2005, you will also receive a pro-rated amount in your check to reflect this time. You will be enrolled in the various ECFMG benefit programs as you become eligible based on the normal eligibility dates. You will be eligible for three weeks of vacation per year. At the beginning of your employment, you will receive all of the necessary information regarding comprehensive benefits orientation. However, should you have specific questions in the interim, please call Betty T. LeHew, Director of Human Resources at (215) 823-2117.

It is understood by you that employment with ECFMG® shall be for no specific period of time and shall institute "at will" employment. As a result, either you or ECFMG® may terminate your employment at any time for any reason, with or without cause and advance notice. This is the full and complete agreement between you and ECFMG® on the "at will" nature of your employment. Although your job duties, compensation and benefits, as well as ECFMG's personnel policies and procedures, may change from time-to-time, the "at will" nature of your employment may only be changed in a written document signed by you and an officer of ECFMG®.

*ECFMG is an organization committed _____ in international medical education.*

*Ellis*
EXHIBIT NO. 4
P. Antone, CRR

CONFIDENTIAL - ECFMG/Ellis000113

I am very pleased that you have elected to join ECFMG. I am confident that you will find the experience both challenging and rewarding. I look forward to your confirmation and acceptance of the details of our outlined offer. Please return a signed copy of this letter to Betty T. LeHew, Director of Human Resources. In addition, please complete the enclosed Release Authorization. If you have any questions concerning the details of our offer, please contact me.

Sincerely,

Gerald P. Whelan, M.D.
Vice President, Assessment Services

I accept this offer of employment as outlined.

Artis F. Ellis          3/6/05
                        Date

CONFIDENTIAL - ECFMG/Ellis000114