# EXHIBIT 12



EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES
3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 • FAX: 215-386-9767 • INTERNET: www.ecfmg.org

DATE WRITTEN: August 4, 2003

DATE REVISED: November 18, 2004

JOB TITLE: CSE Assistant Center Manager          FLSA: Exempt

DEPARTMENT: Clinical Skills Evaluation Center

REPORTS TO: Center Manager, CSE

## JOB SUMMARY

Assists Center Manager on a daily basis in all aspects of administration and operations of the Clinical Skills Evaluation Center (CSEC). Responsible for all aspects of administration and operations of the Clinical Skills Evaluation Center in the absence of the Center Manager. Consults with the Manager in recruitment, hiring, training, supervision, and termination of Center staff. Implements systems for management of all CSEC administration paperwork including materials development, processing, distribution, and storage. Works together with ECFMG staff in partnership with NBME staff to ensure the quality and standardization of the USMLE Step 2 CS in coordination with the Manager.

## JOB SPECIFICATIONS

### SCOPE OF RESPONSIBILITY
Supervises all center staff under the guidance and direction of the Center Manager.

### FISCAL RESPONSIBILITY
Works with Center Manager to develop and recommend budget and to manage the expenses for center.

### POLICY AND PROCEDURE INTERPRETATION
Implements and enforces CSEC Administrative policies and procedures and ECFMG policies and procedures under the guidance and direction of the Center Manager. Maintains confidentiality of ECFMG and NBME materials and information
Participates in and recommends changes to CSEC and ECFMG operations and policies.

### INTERNAL CLIENTS / CONTACTS
All CSE/Assessment Services staff, HR and Finance staff.

Ellis
EXHIBIT NO. 6
P. Antone, CRR

CONFIDENTIAL - ECFMG/Ellis000144

## EXTERNAL CLIENTS / CONTACTS

USMLE Step 2 CS examinees, NBME staff, colleagues in medical education at other institutions/medical facilities, Center visitors, Assessment Services Consultants, employment applicants, vendors, and others (academics, trainers, researchers, and physicians) involved with similar work in other institutions in consultation with Center Manager.

## PHYSICAL DEMANDS

The essential functions of the position can be completed in an office and clinical setting. There can be lengthy periods of sitting, walking, reaching, lifting and standing. Verbal and written communication requirements, moderate telephone and keyboard abilities required. High level of mobility throughout clinical center. Air travel required.

## JOB REQUIREMENTS

### EXPERIENCE
2+ years management and supervision experience with professional level staff;
Project Coordination and Management;
Intermediate level computer skills in Microsoft Office;
Experience working with people of all educational and experience levels;
Work experience in one or more of the following areas are also preferred:

- Training/Teaching
- Standardized Patient work
- Simulation/acting/directing
- Researching/writing/editing

### EDUCATION & CERTIFICATION
Bachelors Degree or equivalent work experience

### SKILLS / ABILITIES
Strong management and leadership skills;
Strong oral and written communication skills;
Good interpersonal skills;
Excellent organizational skills and attention to detail;
Multi-tasking abilities: operations, training, managing staff, analyzing, real-time problem-solving;
Recruiting, training and developing staff, including role play;
Basic mathematical skills and budget management.

CONFIDENTIAL - ECFMG/Ellis000145

RESPONSIBILITIES AND DUTIES

1. Assists in the management of the operation of the CSE Center and administration of a standardized, secure examination;
2. Supervises all Center staff under the guidance and direction of the Center Manager to ensure that all responsibilities are performed to the expected standards;
3. Recruits, trains, supervises, and fosters the professional development of center staff;
4. Anticipates staffing needs and develops a staffing plan in partnership with manager;
5. Executes staffing plan thoroughly to ensure the quality staff;
6. Performs Administrator on Duty (AOD) weekly and the Trainer on Duty (TOD) to stay connected to the hands-on TOD aspects of the exam and as necessary to cover the position;
7. Coordinates examination materials under the guidance of the Assistant Director of Center Operations in communication with the Center Manager:
   7.1. oversees transfer of examinee patient notes to Central office
   7.2. oversees documentation and transfer of Examinee concerns/incidents to Central office.
   7.3. implements systems for management and security of all CSEC Administration paperwork including: materials (training and exam-related), processing, distribution, and storage.
   7.4. tracks, maintains, and revises all CSEC administration and training materials, so that all knowledge and information is consistent and up-to-date.
   7.5. collaborates with other CSEC Assistant Managers to propose, edit, update, and distribute policies and procedures relative to management of all CSEC administration paperwork including materials development, processing, distribution, and storage in order to maintain standardization of present and future centers.
8. Coordinates with Administrative Assistant to VP for scheduling of ADA examinees in communication with the Center Manager.
9. Assists in the appropriate recruitment and hiring practices for SP positions;
10. Recommends and implements policies and procedures for CSE Center operations and ECFMG;
11. Monitors and executes the USMLE Step 2 CS examinee orientation procedures including Q & A, under the guidance of Assessment Service central staff to assure consistency and accuracy.
12. Recommends and implements policies and procedures for quality assurance program for CSEC staff and operations;
13. Monitors examination incident reports and initiates corrective action as needed;
14. Meets regularly with the Manager to discuss Center operations and administration issues;
15. Keeps abreast of and recommends changes in technology areas including development, testing, audiovisual aspects and operation of the computerized systems in support of ongoing scoring;
16. Coordinates maintenance of computer systems with MIS Center staff; ensures staff training on computer applications.
17. Works with the Center Manager to develops and recommend annual CSE Center operating budget;
18. Manages and tracks Center expenses within the approved budget under the guidance and direction of the Center Manager;
19. Assist in the training of SPs under the guidance and direction of the Center Manager;

CONFIDENTIAL - ECFMG/Ellis000146

20. Recommends and implements emergency and security procedures for the exam administration and the Center;
21. Travels to other CSE centers, off-site meetings, and conferences;
22. Maintains current knowledge of industry standards and trends;
23. Discusses medical matters including issues of bodily functions, sexual matters, emotional and psychological issues as necessary;
24. Available to work evenings and weekends as required;
25. Performs other duties as assigned by the Center Manager.

_____     4/8/05
Immediate Supervisor                Date

_____     6/13/05
Vice President                      Date

_____     5-2-05
Human Resources                     Date

I have been given a copy of this job description and have discussed its content with my immediate supervisor. I understand that I am expected to perform all of the duties listed in this document and that my performance will be evaluated based on its content.

_Ortis Ellis_____     4/8/05
Incumbent                           Date

CONFIDENTIAL - ECFMG/Ellis000147