# EXHIBIT 14



| | |
|---|---|
| **ECFMG** EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | 3624 Market Street<br>Philadelphia PA 19104-2685 USA<br>215-823-2208 \| 215-966-3124 Fax<br>www.ecfmg.org |

**CONFIDENTIAL**

Artis Ellis
3915 Oakside Drive
Houston, TX 77053

October 27, 2008

Dear Artis:

This letter is to confirm your acceptance of the promotion to the position of Acting Center Manager in the CSEC, Houston. I have outlined the specific details of our offer below:

- You will report directly to Betty Hite, Director of Center Operations, CSEC Central.
- Your start date in this position will be October 27, 2008.
- Your starting salary for this exempt position will be $72,350 per year ($2782.69 per pay).

I am confident that you will find your new position both challenging and rewarding. I look forward to your confirmation and acceptance of the details of our outlined offer. Please return a signed copy of this letter to Betty T. LeHew, Director of Human Resources. If you have any questions concerning the details of our offer, please contact me.

Sincerely,

Ann Jobe, M.D., M.S.N.
Executive Director, CSEC

I accept this promotion as outlined.

Artis Ellis          10/29/08
Artis Ellis          Date

RECEIVED NOV 3 2008 ECFMG/HUMAN RESOURCES

Ellis
EXHIBIT NO. 2
P. Antone, CRR

ECFMG® is an organization committed to promoting excellence in international medical education.

## ECFMG® Personnel Information Change Form

### All changes must be approved by the employee's manager. Check all that apply:

- [ ] Rehire
- [x] Promotion
- [ ] Primary Job Change (Title)
- [ ] Pay Rate Change
- [ ] Job Reclassification (Hierarchy Level)
- [ ] Job Description – Attach new JD
- [ ] Transfer to another department/state
- [ ] Additional Job
- [ ] Demotion
- [ ] FLSA Category – Exempt or Non-exempt

- [ ] Employee Type – regular FT, regular PT, % of regular PT, PTAN, or temporary
- [ ] Employee Status – FMLA, personal leave, return to active, etc.
- [ ] *Layoff (no work available)
- [ ] *Resignation
- [ ] *Termination of Employment – Must be approved by HR prior to the action.
- [ ] Change or add to an Email distribution list

**Employee Name:** Artis Ellis

**Old Information:** Houston Assist Manager

**New Information:** Houston Acting Manager

**Full Explanation of Reason for Change:** (Attach all related documents)
Promotion from Assistant Manager to Acting Manager

**Effective Date:** 10/27/08  (Required for all changes)

**Termination Code:** _____ (Required for layoff, resignation & terminations)

MANAGERS: For Resignation and Termination: Contact Help Desk to disconnect all access and list below all the ECFMG property you collected (Examples: ID cards, keys, cell phones, laptop & any company documents in their possession.)

X _[signature]_  Manager's Signature    Date: 10/27/08

X _____  H.R. Director's Signature    Date: __/__/__

X _[signature]_  Director or Vice President's Signature   Date: 10/29/08

**For H.R. Use Only:**
☐ Terminations & Resignations: Disconnect HRB, Halogen, Winpak, & Kronos. Double check with Help Desk that access disconnected. Check that all assigned property has been returned.
Entered By: _____ Date: _____ Checked By: _____ Date: _____

CONFIDENTIAL - ECFMG/Ellis000074