# EXHIBIT 15

HRTIS ELLIS

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

PHILADELPHIA OFFICE

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.

TELEPHONE: 215-823-2117 • FAX: 215-386-3185 • INTERNET: www.ecfmg.org

---

**DATE WRITTEN:** August 01, 2003

**DATE REVIEWED AND REVISED:** October 26, 2004

---

**JOB TITLE:** CSE Center Manager, **FLSA:** Exempt

**DEPARTMENT:** Clinical Skills Evaluation Center

**REPORTS TO:** Director of Center Operations

---

## JOB SUMMARY

Responsible for all aspects of administration and operations of Clinical Skills Examination (CSE) in the assigned CSE Center.
Works together with ECFMG staff in partnership with NBME CSE staff to ensure the quality and standardization of the CSE.
Responsible for recruitment, training, development and supervision of test center staff.

## JOB SPECIFICATIONS

### SCOPE OF RESPONSIBILITY

**RESPONSIBLE FOR:**
*Direct Reports:* Assistant Center Manager, all Center staff.

#### FISCAL RESPONSIBILITY
Responsible for fiscal management of the CSEC administration and operation. Manages the Center petty cash, corporate credit card expenses, and staff travel. Prepares budgets for CSEC Center

#### POLICY AND PROCEDURE INTERPRETATION
Implements and enforces CSEC Center policies and procedures, and ECFMG policies and procedures.
Maintains confidentiality of ECFMG and NBME materials and information.
Participates and advises in reviews of CSE operations and policies.

ELLIS
EXHIBIT NO. 5
P. Antone, CRR

ECFMG® is an organization committed to promoting excellence in international medical education.

CONFIDENTIAL - ECFMG/Ellis000075

### INTERNAL CLIENTS / CONTACTS
Director of Center Operations, Assistant Director of Center Operations, HR staff, Finance Department, VP CSE, AVP CSE, other CSE Center Managers, MIS Director, MIS Operations Manager, CSE staff, ECFMG Assessment Services, ECFMG Department Heads, Center staff at all sites, Medical Director, Medical Advisor, and other ECFMG staff.

### EXTERNAL CLIENTS / CONTACTS
USMLE Step 2 examinees, NBME staff, colleagues in medical education at other institutions/medical facilities, Center visitors, CSE Consultants, employment applicants, vendors, and others (academics, trainers, researchers, and physicians) involved with similar work in other institutions.

### PHYSICAL DEMANDS
The essential functions of the position can be completed in an office and clinical setting. There is some sitting, walking and standing while communicating with and training staff, roleplaying when training proctors and supervising examination administration. High level of mobility throughout clinical center. Air travel required.

## JOB REQUIREMENTS

### EXPERIENCE
3-5 years management experience with professional level staff
2+ years experience in administration of SP clinical environment preferred
Departmental budgeting and forecasting
Project Management
Working with diversified population
Strong candidates will have experience in one or more of the following:
- Training/Teaching
- Standardized Patient work
- Simulation/acting/directing
- Researching/writing/editing

### EDUCATION & CERTIFICATION
Bachelors Degree required

### SKILLS / ABILITIES
Excellent management and leadership skills
Excellent oral and written communication skills
Excellent interpersonal skills
Good organizational skills
Attention to detail

CONFIDENTIAL - ECFMG/Ellis000076

Multi-tasking abilities: operations, training, managing staff, analyzing, real-time problem-solving
Training and developing staff, including role play
Basic mathematical skills and ability to understand statistical methods

## RESPONSIBILITIES AND DUTIES

1. Responsible for operation of the CSE Test Center and administration of a standardized, secure examination
2. Oversees the work of Assistant Center Manager and all other staff to ensure that all responsibilities are performed to the expected standards
3. Recruits, trains, supervises, and fosters the professional development of Assistant Manager, SP Trainers and other center staff
4. Anticipates SP employment needs; recruits and hires accordingly
5. Recommends and implements policies and procedures for CSE center operations
6. Nominates SPs for cases, subject to approval by Medical Advisor
7. Supervises the training of SPs in all aspects of case portrayal (history, physical simulation, affect, use of challenge), checklist item recognition and documentation standards, understanding case materials and medical matters, rating of Interpersonal Skills and English, exam operations and CSE policies and procedures, remediation or other action based on feedback from NBME and ECFMG trainer QA of SP's case performance
8. Performs Examinee orientation Q&A sessions as needed.
9. Recommends and implements policies and procedures for quality assurance program for CSEC Center staff and operations.
10. Monitors examination incident reports and initiates corrective action as needed
11. Performs Administrator on Duty (AOD) and Trainer on Duty (TOD) tasks occasionally to stay connected to the hands-on aspects of the exam and as necessary to cover the positions
12. Communicates with Assistant Manager regarding examination materials.
13. Helps plan and implement CSE research activities, particularly those related to activities of SPs
14. Responsible for computer related issues: makes recommendations for development, testing, and operation, of computerized systems in support of ongoing scoring, analysis and quality assurance of CSE operations at the center; coordinates maintenance of computer systems with MIS personnel; trains staff on computer applications; serves as a liaison between MIS and CSE
15. Develops annual Test Center operating budgets with Assistant Director and Director of Center Operations and manages and tracks Center expenses
16. Recommends and implements security policies and procedures for Center
17. Travels to other CSE centers, off-site meetings, and conferences
18. Maintains current knowledge of industry standards and trends
19. Discusses medical matters including issues of bodily functions, sexual matters, psychological issues as necessary in the training of SPs
20. Available to work evenings and weekends as required
21. Performs other duties as assigned by the Director of Center Operations

CONFIDENTIAL - ECFMG/Ellis000077

_[signature]_ Betty Hite     10/29/08
Immediate Supervisor     Date

_[signature]_ Ann Jobe     10/29/08
Vice President     Date

_[signature]_     11-5-08
Human Resources     Date

I have been given a copy of this job description and have discussed its content with my immediate supervisor. I understand that I am expected to perform all of the duties listed in this document and that my performance will be evaluated based on its content.

_[signature]_ Artis Ellis     10/27/08
Incumbent     Date

CONFIDENTIAL - ECFMG/Ellis000078