# EXHIBIT 18

 

From: Ellis, Artis [AEllis@ECFMG.org]
Sent: Friday, May 11, 2012 8:23 AM
To: Lehew, Betty
Subject: Re: Request Meeting

Thank you Betty!!!

Have a Happy Mother's Day.

Artis
Artis Ellis

CSEC-Houston Center Manager

400 N. Sam Houston PKWY E
Suite 700
Houston, Texas 77060

"This transmission (including any attachments) may contain confidential information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmissions in error, please immediately reply to the sender and delete this information from your system

From: Lehew, Betty
Sent: Friday, May 11, 2012 09:06 AM
To: Ellis, Artis
Subject: RE: Request Meeting

Hi Artis,

I'm sorry I just got your email this morning. I'm working today but you're off and you should be focusing on your son today! I already had a note to myself to call you and follow up from our visit last week, I'll give you a call Monday morning. Have a great weekend and congratulations to you and your son!

*Betty T. LeHew*
Director of Human Resources
ECFMG

From: Ellis, Artis
Sent: Thursday, May 10, 2012 4:15 PM
To: Lehew, Betty
Subject: FW: Request Meeting

Betty,

Please call me to discus. I will be in the office until 4:30 CST. Sorry I forgot to Cc you on the email.

Regards,

Artis

EXHIBIT NO. 25
P. Antone, CRR

1

CONFIDENTIAL - ECFMG/Ellis000220

 

**From:** Ellis, Artis
**Sent:** Thursday, May 10, 2012 9:41 AM
**To:** Jobe, Ann, MD; Paul, Christopher
**Subject:** Request Meeting

Hi Ann,

I hope this email finds you well. I just had a meeting with Chris and we have come to an impasse. I'm requesting your assisting so Chris and I can have a professional working relationship. I like to share some concerns I have with you that I have shared with Chris. Please let me know a good time we can meet. My son is graduating college on Saturday therefore I'm traveling on Friday. This is not an urgent request, but a well needed one.

Best Regards,

Artis

CONFIDENTIAL - ECFMG/Ellis000221

 

| | |
|---|---|
| From: | Ellis, Artis [AEllis@ECFMG.org] |
| Sent: | Tuesday, May 01, 2012 7:25 PM |
| To: | Lehew, Betty |
| Subject: | Thank You |

Betty,

Thank you for lunch and the opportunity to be heard or at least (Listened too). Sometimes it's frustrating to have something to say but being afraid it could be taken wrong or out of context. I can't tell you how valuable it was to be able to vent and get some things off my chest. Just know I value our friendship and thanks again for mentoring me.

Regards,

Artis
Artis Ellis CSEC-Houston
Center Manager
400 N. Sam Houston PKWY E
Suite 700
Houston, Texas 77060

"This transmission (including any attachments) may contain confidential information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmissions in error, please immediately reply to the sender and delete this information from your system

1

CONFIDENTIAL - ECFMG/Ellis000222

 

| | |
|---|---|
| **From:** | Ellis, Artis [AEllis@ECFMG.org] |
| **Sent:** | Monday, June 25, 2012 4:19 PM |
| **To:** | Lehew, Betty |
| **Subject:** | My meeting with Ann |

Hi Betty,

I hope you are having a stress free vacation. I spoke with Ann today, and it went really well. She pledge to me she will continue to coach and counsel Chris as it relates to allowing me to manage Houston center and she verbalize she is committed to getting the Directors to be more in a support role and to stay in their lane. These are my words not hers. I pledged to her to always remaining professional and be forthcoming when things are not going well and to speak up, and not wait too long or allow things to get out of control. She also stated under no circumstance are they looking to replace a manager for Houston. ☺

Thanks for all of your support.

Artis

1

CONFIDENTIAL - ECFMG/Ellis000223