# EXHIBIT 19

## Sharon Trowell-Roman exit interview with Brent Biggs

Spoke with Brent on 8/16/12. Brent stated that a major part in making the decision to leave ECFMG is that he was unhappy and dissatisfied in his present position. Brent stated that his passion is teaching and theater. He started looking around for jobs in this field in March.

He said in general his feedback about his performance from Artis was quiet frequent. He thought the feedback was rather rough and hard; usually it was that he was not doing a good job, he was making too many mistakes, and he was not living up to the expectations of his job.

He stated that in his 1st year as ACM he mostly listened and did what he was told. The 2nd year he observed more and tried to take on more responsibility. The 3rd year was a pretty good year; he and Artis jelled.  The 4th year it was more like from Artis, "You don't grow, you got to go". He said there were so many changes last year with; Alisa Wade leaving so there was lots more work, and there was a new Center Director. Feedback from Artis came week by week.  However, he said, his evaluations were always "meets expectations".  But he could never get to that next level.

Brent said in March he realized he wasn't gaining any ground from his last 4 years of employment. Artis knew this. They have had many conversations about his performance. He said in 2011 year end Artis told him she was not going to let him be unsuccessful like Alicia Wade and usually used the words, "You got to grow or you got to go".  Brent stated that when he would make mistakes Artis would ask him to write down all the feedback she gave him.  Brent said sometimes it would be a lot.

Brent stated that he has been seeing a Therapist for the last 18 weeks. He found that he was trapped in his position and needed to find a way out.   He said he did not feel he was on a team. He was told by Artis not to compare himself to the other Centers, that there was no match. For 4 months or more he did the job of two people. He had so much that work was pulled away from him to help out.

He said he never got positive feedback. He was doing jobs of the FOC and EUS; coming in at 4 am which he didn't tell Artis about. He said he had to get the work done and knew that whining, asking others to help, and not doing it was not an option. Brent said something had to be done.  On the weekends he starting on his teaching certification for K-12, middle school, and theater; he finished in 18 weeks.

He believes that the first career he left years ago, is the career for him; teaching. He said he does not want to pile on issues on one person at the Center; this is not the reason he is leaving.  For the last 6-8 months, his decision to leave has been a recurring theme. Brent said that he will be meeting with Chris and Nancy tomorrow.

He stated that Artis would make comments when there was a concern with him, she would say, "I don't have the energy to give you feedback right now". He said that it appeared that they were this perfect team, but there were issues.

Brent was asked did he speak with anyone about his concerns with Artis.  He stated that his personal belief is that you don't go to HR at the management level to complain about

*Ellis*

EXHIBIT NO. 3C

P. Antone, CRR

ECFMG/Ellis_003837

your boss. He said that if you don't get along with your boss then you leave. A manager needs to work it out or move on. Brent said that decisions about the Houston team he and Artis made together. For hiring decisions Brent said he would make a recommendation for a candidate but Artis would overdrive them.

Brent said he knew through all of this, this was a high stress job. He does not need for the Center to lose because of him. He said there is a lot of turnover at the Center that had nothing to do with the Retrofit; FOC, EUS, 2 Sp Trainers, JB, FT Proctors and Pt Proctors leaving. He said Christy was unhappy with management, that she did not enjoy Artis.

Brent went on to say he took a 30k cut in pay to be happy, he said he told his Therapist and wife he would have taken 20k to be happy. He said he was having stomach problems and started with the EAP because of the stress. Brent said he does not think that he was a good manager, if he were this would have worked out differently. He said he would have stood up to Artis more. He said since he announced his resignation, he has received nothing but good feedback from Artis; party yesterday (8/15), she brought him dinner, etc.

Brent said that in his first year he would not have succeeded without Elizabeth, she helped him a lot. He has had 3 hour conversations with Sandie P. and May M.; they knew he was unhappy but did not know why.

Overall Brent said he wants to succeed and he wanted to pick a job he can succeed at. He thanked Betty and I and said he kept us out of the loop and he realizes that now. Str

Houston Resignations

Chris Paul notes from employee exit interviews

**Bea Bright Davies resigned effective on 01/20/2012 "Personal Reason"**

Bea feels there are two factions and that everyone is not treated equally, she stated there is a fear to say anything because Artis will then "get even" she has seen others mention some changes or improvements only to have a CA within the next week or so, Bea feels there is no team work and if you are on Artis' side then you can get away with murder

**Kristy Edens resigned effective on 07/20/2012 "Accepted better job"**

Kristy stated that while she was able to get a job and move something she had thought about for a while, she really hadn't planned on doing so until the climate and morale at the center got so low. Kristy stated that there are 2 factions at the center those hired by Artis who are allowed to do whatever they want and get away with things such as sleeping in their office and then there are those who were hired before Artis started who are treated very unfairly and put down quite frequently. Kristy stated that she had tried to have conversations with Artis about her management style and interactions with Kristy only to be retaliated against a day or two later. Kristy stated that one of Artis' favorite lines is that this job isn't for everyone and you will either get it or move on, but then Artis does nothing to help train or improve things so people can get it. Kristy stated she loves ECFMG and would not be looking to leave, but for her own sake she needed to leave. I asked why she had not told me about this before and she stated she was afraid of retaliation from Artis.



*Ellis*
EXHIBIT NO. 31
P. Antone, CRR

ECFMG/Ellis_003836