# EXHIBIT 21

**From:** Paul, Christopher
**Sent:** Tuesday, September 04, 2012 10:43 AM
**To:** Lehew, Betty
**Subject:** FW: memo 8-23-12 (2) revised (2)

*Christopher Paul*
*Director, Center Operations*
*267-315-1474 (cell)*
*215-590-9201 (office)*
*cpaul@ecfmg.org*

**From:** Ellis, Artis
**Sent:** Tuesday, September 04, 2012 10:29 AM
**To:** Paul, Christopher
**Subject:** RE: memo 8-23-12 (2) revised (2)

Thanks Chris!

**From:** Paul, Christopher
**Sent:** Tuesday, September 04, 2012 9:06 AM
**To:** Ellis, Artis
**Subject:** RE: memo 8-23-12 (2) revised (2)

Thanks for getting this back to me no additional comments are needed, my hope is that together we can move forward.

*Christopher Paul*
*Director, Center Operations*
*267-315-1474 (cell)*
*215-590-9201 (office)*
*cpaul@ecfmg.org*

**From:** Ellis, Artis
**Sent:** Tuesday, September 04, 2012 10:00 AM
**To:** Paul, Christopher
**Subject:** memo 8-23-12 (2) revised (2)

Chris,

Please see my additional comments in red. Please let me know if you have additional questions or comments.

Regards,
Artis

ECFMG/Ellis_003833

**From:** Lehew, Betty
**Sent:** Tuesday, September 04, 2012 10:49 AM
**To:** Lehew, Betty
**Subject:** FW: memo 8-23-12 (2) revised (2)

Chris called and explained that the comments in red are from Artis as her first response to the memo and then the comments in blue are his edits and additions to the document after his verbal conversation with Artis. Artis then added some additional comments in red (after the edits in blue that they both agreed to) which are: in the middle of the blue writing paragraph 4, at the end of number 1 in "Expectations going forward" section and in the middle of the blue writing in number 4 of "Expectations going forward". This email to myself if to show a chronological history of the document.

*Betty T. LeHew*
Director of Human Resources
ECFMG

---

**From:** Lehew, Betty
**Sent:** Tuesday, September 04, 2012 10:30 AM
**To:** Paul, Christopher
**Subject:** RE: memo 8-23-12 (2) revised (2)

Ok, so those are your edits after talking to her the first time and then her response in red came after that?

It's fine to keep it all in one document, I just need to save a record of how it occurred. I would also recommend that you keep notes on any follow up conversations you have regarding her performance, like the things she asks for further clarification on and any further concerns with her leadership or management of the center.

Thanks,

*Betty T. LeHew*
Director of Human Resources
ECFMG

---

**From:** Paul, Christopher
**Sent:** Tuesday, September 04, 2012 10:28 AM
**To:** Lehew, Betty
**Subject:** RE: memo 8-23-12 (2) revised (2)

Everything was kept in this one document, trying to keep it neat, the blue comments are from me after our initial conversation.

*Christopher Paul*
*Director, Center Operations*
*267-315-1474 (cell)*
*215-590-9201 (office)*
*cpaul@ecfmg.org*

---

**From:** Lehew, Betty
**Sent:** Tuesday, September 04, 2012 10:19 AM

ECFMG/Ellis_003834

**To:** Paul, Christopher
**Subject:** RE: memo 8-23-12 (2) revised (2)

Also, was there another document or email that she sent previously that should be attached to this for her file? You had said in a previous email that she had an original response, was that to be included or did she want to make edits to that and this is the only document?

*Betty T. LeHew*
Director of Human Resources
ECFMG

---

**From:** Paul, Christopher
**Sent:** Tuesday, September 04, 2012 10:08 AM
**To:** Lehew, Betty
**Subject:** FW: memo 8-23-12 (2) revised (2)

FYI, from Artis, I did not make any additional comments only to reply to her and say that my intention is that together we can move forward from this.

Chris

*Christopher Paul*
*Director, Center Operations*
*267-315-1474 (cell)*
*215-590-9201 (office)*
*cpaul@ecfmg.org*

---

**From:** Ellis, Artis
**Sent:** Tuesday, September 04, 2012 10:00 AM
**To:** Paul, Christopher
**Subject:** memo 8-23-12 (2) revised (2)

Chris,

Please see my additional comments in red. Please let me know if you have additional questions or comments.

Regards,
Artis

ECFMG/Ellis_003835