# EXHIBIT 24

**To:**       Ambrose, Nancy[NAmbrose@ECFMG.org]
**From:**   Paul, Christopher
**Sent:**    Wed 10/10/2012 6:05:04 PM
**Importance:**       **Normal**
**Subject:**   RE: Who certified these sessions?

Had to be Sharon


Christopher Paul

Director of Center Operations-CSEC

Phone 215-590-9201

Cell 267-315-1474

FAX 215-590-9444

Email- cpaul@ecfmg.org


**From:** Ambrose, Nancy
**Sent:** Wednesday, October 10, 2012 12:34 PM
**To:** Paul, Christopher
**Subject:** FW: Who certified these sessions?


Checking the HST kronos inswipes for 9/13, these are the only people in around 7am.


Sharon              7:00am

Heiddi              6:50am

Rupa               7:08am

Lee Hardin         7:15am


Can you check building access swipes to see if she actually came into the office herself?

**From:** Clark, Dennis
**Sent:** Wednesday, October 10, 2012 12:22 PM
**To:** Ambrose, Nancy
**Cc:** Paul, Christopher
**Subject:** RE: Who certified these sessions?


That is local time at the site – so 7 AM Central/ Houston time.


**From:** Ambrose, Nancy
**Sent:** Wednesday, October 10, 2012 12:21 PM
**To:** Clark, Dennis
**Cc:** Paul, Christopher
**Subject:** RE: Who certified these sessions?


Dennis, is that Eastern time or Central time?


**From:** Clark, Dennis
**Sent:** Wednesday, October 10, 2012 12:14 PM
**To:** Ambrose, Nancy; Rosenberg, Ray
**Cc:** Paul, Christopher
**Subject:** RE: Who certified these sessions?


Nancy,

It looks like someone has Artis's credentials.  Here is what the database is showing for the sessions on 9/11:


| ID User | Status | Cert Date/Time | Cert |
|---------|--------|----------------|------|
| 33869 | CERTIFIED | 13-Sep-2012 07:00:58 | AELLIS |

CONFIDENTIAL

ECFMG-ELLIS 006975

33874    CERTIFIED        13-Sep-2012 07:01:07    AELLIS

35328    CERTIFIED        13-Sep-2012 07:01:12    AELLIS


For 9/12:


33870    CERTIFIED        13-Sep-2012 07:01:21    AELLIS

33871    CERTIFIED        13-Sep-2012 07:01:17    AELLIS


Regards,

Dennis


**From:** Ambrose, Nancy
**Sent:** Wednesday, October 10, 2012 11:57 AM
**To:** Rosenberg, Ray; Clark, Dennis
**Cc:** Paul, Christopher
**Subject:** Who certified these sessions?


Hi Ray and Dennis, I'm not sure who to direct this request to. If it's not either of you can you tell me who to contact?


Someone certified the Houston exam sessions for the 9/11 and 9/12 exams. The certification was probably done on 9/13 between 1:13am and 9:59am.


Can you tell us who (or what computer terminal) was responsible for this? We have a security concern because neither Chris or I did it and the Houston manager was out on medical leave.


Thanks,

CONFIDENTIAL                        ECFMG-ELLIS 006976

Nancy

-----Original Message-----

From: Ambrose, Nancy

Sent: Thursday, September 13, 2012 9:59 AM

To: Paul, Christopher

Subject: FW: CSE SESSION_PROCESSING for 9/13/2012

That's strange, the 9/11 and 9/12 HSt sessions show as uncertified on this report but I just checked in the certification link and they've already been certified. Do you already take care of them? Thanks!

-----Original Message-----

From: John LaCasse [mailto:JLaCasse@NBME.org]

Sent: Thursday, September 13, 2012 5:13 AM

To: Ambrose, Nancy; John LaCasse; Dungan, Ruth; Paul, Christopher

Subject: FW: CSE SESSION_PROCESSING for 9/13/2012

---

From: CovertService@nbme.org

ECFMG-ELLIS 006977

Sent: Thursday, September 13, 2012 1:13:17 AM (UTC-05:00) Eastern Time (US & Canada)

To: Lola Greenwalt; Vernice Carr-Smith; Rose Garbin; Kenny Yu; William Walsh; John LaCasse; Lingjia Zeng; Marie Brown; Jeannette Sanger; Colette Scott; Peter Johnson; Lois Harwood; Shirley Regan; James Rossi; Kimberly A. Swygert; Susan Zawislak; Shaojie Hu; Kevin Balog; Suny Chen; Allison Sullivan

Subject: CSE SESSION_PROCESSING for 9/13/2012


User:     cvrt_service

Database: prod


Fault Count: 0

Certified Sessions:

| Session | Type | Date | Location | Session Name | Certified Date |
|---------|------|------|----------|--------------|----------------|

---

| 33742 | LIVE | 9/12/2012 | PHL | AM1 | 9/12/2012 3:46:34 PM |

SPs Processed:            16

Candidates Processed:      12

Encounters Processed:    144

Surveys Processed:        12


| 33743 | LIVE | 9/12/2012 | PHL | AM2 | 9/12/2012 3:46:33 PM |

SPs Processed:            22

Candidates Processed:      11

Encounters Processed:     132

Surveys Processed:        11


33473     LIVE    8/23/2012    ATL       PM1       8/24/2012 4:59:33 PM

SPs Processed:            14

Encounters Processed:     144 (only in CSEBM)

Session previously brought over. No Candidates/Encounters were modified in CLITE/TAPS.


33771     LIVE    9/4/2012     ATL       AM1       9/4/2012 3:46:46 PM

SPs Processed:            23

Encounters Processed:     144 (only in CSEBM)

Session previously brought over. No Candidates/Encounters were modified in CLITE/TAPS.


33775     LIVE    9/10/2012    ATL       AM2       9/10/2012 3:22:37 PM

SPs Processed:            20

Encounters Processed:     144 (only in CSEBM)

Session previously brought over. No Candidates/Encounters were modified in CLITE/TAPS.


33810     LIVE    9/11/2012    ATL       PM1       9/12/2012 6:10:15 AM

SPs Processed:            14

Candidates Processed:     12

Encounters Processed:     144

                    ECFMG-ELLIS 006979

Surveys Processed:          12

33777     LIVE     9/12/2012     ATL          AM1          9/12/2012 5:30:04 PM

SPs Processed:               17

Candidates Processed:          11

Encounters Processed:          132

Surveys Processed:          11

33785     LIVE     9/12/2012     ATL          AM2          9/12/2012 5:30:02 PM

SPs Processed:               15

Candidates Processed:          12

Encounters Processed:          144

Surveys Processed:          12

33823     LIVE     9/11/2012     LA          AM1          9/12/2012 8:13:02 AM

SPs Processed:               14

Candidates Processed:          12

Encounters Processed:          144

Surveys Processed:          12

33825     LIVE     9/11/2012     LA          AM2          9/12/2012 8:13:03 AM

SPs Processed:               17

Candidates Processed:          12

Encounters Processed:          144

CONFIDENTIAL

Surveys Processed:        12


33901     LIVE    9/4/2012    CHI      AM1         9/5/2012 7:22:45 AM

SPs Processed:         19

Encounters Processed:    144 (only in CSEBM)

Session previously brought over. No Candidates/Encounters were modified in CLITE/TAPS.


33909     LIVE    9/11/2012   CHI      AM1         9/12/2012 8:59:46 AM

SPs Processed:         14

Candidates Processed:    10

Encounters Processed:    120

Surveys Processed:      2


33910     LIVE    9/11/2012   CHI      AM2         9/12/2012 8:59:48 AM

SPs Processed:         17

Candidates Processed:    11

Encounters Processed:    132

Surveys Processed:      0


33941     LIVE    9/11/2012   CHI      PM1         9/12/2012 8:59:50 AM

SPs Processed:         12

Candidates Processed:    12

Encounters Processed:    144

ECFMG-ELLIS 006981

Surveys Processed:     12

33719    LIVE    9/11/2012    PH2    AM1        9/11/2012 3:38:37 PM

SPs Processed:          16

Encounters Processed:      132 (only in CSEBM)

Session previously brought over. No Candidates/Encounters were modified in
CLITE/TAPS.

_____

____

Summary:

Total Sessions Processed:    157

SPs Processed:        2216

Certified Sessions Processed: 15 (10 of which are new to CLITE)

Candidates Processed:      115

Encounters Processed:    2088

Following is a list of completed sessions which have not been certified:

| Session ID | Session Date | Location | Session Type | Session Name |
|---|---|---|---|---|
| 33869 | 9/11/2012 | HOU | LIVE | AM1 |
| 33874 | 9/11/2012 | HOU | LIVE | AM2 |

| | | | | |
|---|---|---|---|---|
| 35328 | 9/11/2012 | HOU | LIVE | PM1 |
| 35672 | 9/12/2012 | ATL | LIVE | SPE |
| 33824 | 9/12/2012 | LA | LIVE | AM1 |
| 33826 | 9/12/2012 | LA | LIVE | AM2 |
| 33911 | 9/12/2012 | CHI | LIVE | AM1 |
| 33912 | 9/12/2012 | CHI | LIVE | AM2 |
| 33947 | 9/12/2012 | CHI | LIVE | PM1 |
| 33870 | 9/12/2012 | HOU | LIVE | AM1 |
| 33871 | 9/12/2012 | HOU | LIVE | AM2 |
| 33720 | 9/12/2012 | PH2 | LIVE | AM1 |
| 35177 | 9/12/2012 | PH2 | LIVE | AM2 |

SP/Case Information:

  Number of SP/Case's switched to live status (from approved for calibration): 0


This email is sent automatically as part of the daily CSE operations.  Please do not reply to this email.

If you are receiving this email in error or wish to be removed from the distribution list, please email: lgreenwalt@nbme.org

_____
_____

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

_____

CONFIDENTIAL

CONFIDENTIAL

ECFMG-ELLIS 006984