# EXHIBIT 25

 **ECFMG**® | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-823-2289 | 215-966-3124 Fax
www.ecfmg.org

Via – Fed-ex tracking # 8009 7706 9787

October 19, 2012

Artis Ellis
3915 Oakside Drive
Houston, TX 77053

Dear Artis,

As you are aware, the Federal Medical Leave Act (FMLA) provides up to twelve weeks of an unpaid leave in a twelve-month period, and continuation of health benefits under certain circumstances. Your current approved FMLA leave began back on September 12, 2012 until October 19, 2012. We have received your Fit for Duty form completed by your physician; releasing you to return to work at full capacity as of October 22, 2012.

You previously used FMLA beginning January 18, 2012 until January 30, 2012, to care for your spouse. You currently have 4 weeks and 6 days of FMLA remaining in this 12 month period. If you have the need for additional FMLA time, please contact me.

Feel free to contact me if you have any questions.

Sincerely,


Sharon Trowell-Roman
HR Manager

Cc: File ✓



EXHIBIT NO. 22
P. Antone, CRR

ECFMG® is an organization committed to promoting excellence in international medical education.

CONFIDENTIAL ECFMG/Ellis000399

**FedEx Express — US Airbill**

Form ID: 0200
FedEx Tracking Number: 8009 7706 9787

**1 From** (Please print and press hard.)

Date: 10/19/12
Sender's FedEx Account Number: 0191305255
Sender's Name: Helen Ann Coin
Phone: (215) 883-2134
Company: ECFMG
Address: 3624 Market St
City: Philadelphia  State: PA  ZIP: 19104

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Arris Ellis
Phone: (713) 439-7762
Company: Oaksidale DC (?)
Address: 3915 Oaksidale Dr
Address: Houston
City: Houston  State: TX  ZIP: 77053

**4 Express Package Service**

- [x] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**

- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**

- [x] SATURDAY Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:

- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages  Total Weight  Total Declared Value
                              $

644