# EXHIBIT 36

2012_Artis Ellis Kronos Time

```
Tue10/02 Unscheduled
Wed10/03 Unscheduled
Thu10/04 Unscheduled
Fri10/05 Unscheduled
Sat10/06 Unscheduled
Sun10/07 Unscheduled
Mon10/08 Unscheduled
Tue10/09 Unscheduled
Wed10/10 Unscheduled
Thu10/11 Unscheduled
Fri10/12 Unscheduled
Sat10/13 Unscheduled
Sun10/14 Sign-off
Sun10/14 Unscheduled
 Sign-off        238 10/14 1159p
```

```
-----------------------------------------------------------------
------------------------------------------------------
```

| Ellis, Artis | | | | 02618 | | 920000 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ID | IN CC | | ACTIVITY | | OUT | ID IN | CC | ACTIVITY | | OUT |

```
TOTALS
Mon10/15 Unscheduled
Tue10/16 Unscheduled
Wed10/17 Unscheduled
Thu10/18 Unscheduled
Fri10/19 Unscheduled
Sat10/20 Unscheduled
Sun10/21 Unscheduled
Mon10/22    800a EX-REG
7.00
Tue10/23    800a EX-REG+N
7.00
Wed10/24    800a EX-REG+N
7.00
Thu10/25    800a EX-REG+N
7.00
Fri10/26    800a EX-REG+N
7.00
 Punch Detail                    Page 17
```

ECFMG/Ellis 008206

```
                          2012_Artis Ellis Kronos Time
                                  Page 0012
01/21/12 -> 12/31/12


Sat10/27 Unscheduled

Sun10/28 Sign-off

Sun10/28 Unscheduled
  Add Hours       27  10/22  800a EX-REG    [H]     7.00
  Add Hours       27  10/23  800a EX-REG    [H]     7.00
Administrative Leave
  Add Hours       27  10/24  800a EX-REG    [H]     7.00
Administrative Leave
  Add Hours       27  10/25  800a EX-REG    [H]     7.00
Administrative Leave
  Add Hours       27  10/26  800a EX-REG    [H]     7.00
Administrative Leave
  Sign-off       238 10/28 1159p


  Acct:920000        EX-REG:      35.00
  ---------------------------------------------------------------------
  ---------------------------------------------
  -------------------------------------

                                 02618     920000
  Ellis, Artis                             ID IN   CC   ACTIVITY        OUT
     ID   IN CC        ACTIVITY     OUT
  TOTALS
  Mon10/29    800a EX-REG+N
  7.00
  Tue10/30    800a EX-REG+N
  7.00
  Wed10/31    800a EX-REG+N
  7.00
  Thu11/01    800a EX-REG+N
  7.00
  Fri11/02 Unscheduled

  Sat11/03 Unscheduled

  Sun11/04 Unscheduled

  Mon11/05 Unscheduled

  Tue11/06 Unscheduled

  Wed11/07 Unscheduled

  Thu11/08 Unscheduled

  Fri11/09 Unscheduled

  Sat11/10 Unscheduled

  Sun11/11 Sign-off

  Sun11/11 Unscheduled

  Add Hours      27  10/29  800a EX-REG    [H]     7.00
Administrative Leave                  Page 18
```

ECFMG/Ellis 008207

```
                          2012_Artis Ellis Kronos Time
Add Hours      27  10/30  800a EX-REG   [H]    7.00
Administrative Leave
Add Hours      27  10/31  800a EX-REG   [H]    7.00
Administrative Leave
Add Hours      27  11/01  800a EX-REG   [H]    7.00
Administrative Leave
Sign-off       20  11/11 1159p


 Acct:920000       EX-REG:      28.00

 -----------------------------------------------------------------------
 -------------------------------------------------

Ellis, Artis                    02618     920000
   ID   IN CC        ACTIVITY      OUT    ID IN   CC    ACTIVITY      OUT
TOTALS
Mon11/12 Unscheduled

Tue11/13 Unscheduled

 Punch Detail                   Page 0013

01/21/12 -> 12/31/12

Wed11/14 Unscheduled

Thu11/15 Unscheduled

Fri11/16 Unscheduled

Sat11/17 Unscheduled

Sun11/18 Unscheduled

Mon11/19 Unscheduled

Tue11/20 Unscheduled

Wed11/21 Unscheduled

Thu11/22 Unscheduled

Fri11/23 Unscheduled

Sat11/24 Unscheduled

Sun11/25 Sign-off

Sun11/25 Unscheduled

 Sign-off       20  11/25 1159p


 -----------------------------------------------------------------------
 -------------------------------------------------

Ellis, Artis                    02618     920000
   ID   IN CC        ACTIVITY      OUT    ID IN   CC    ACTIVITY      OUT
TOTALS                           Page 19
```

ECFMG/Ellis 008208