# EXHIBIT 37

 

## Ellis, Artis

| | |
|---|---|
| From: | Paul, Christopher |
| Sent: | Wednesday, June 27, 2012 8:56 AM |
| To: | Ellis, Artis |
| Cc: | Jobe, Ann, MD; Colette Scott |
| Subject: | Sign off process |

Good morning all, this is to summarize the conversation that Artis and I just had. I expressed to Artis the concern that everyone has over the recent errors in Houston. We spoke about the fact that we are more concerned with the integrity of the exam at this point then just trying to rush people through the process. From this point forward anyone who is not "live" will be going through the normal sign-off process where they would need to have 60 encounters in ADHOC prior to playing live, and that those SP's who are currently live will be watched by the case developers to ensure their portrayals are good. Artis expressed to me the understanding of the seriousness of everything that has transpired and that USMLE is also aware and are questioning the integrity of the exam in Houston, she stated that she will meet with her team and relay the new process to them but also reinforce with them the significance of making sure we get Houston back on stable grounds and moving forward.

Please let me know if you have any questions or concerns.

Chris



1

ELLIS - 000197