# EXHIBIT 7



# EMPLOYEE HANDBOOK

Last Revised: April, 2012



CONFIDENTIAL - ECFMG/Ellis000316

## Notice to All Employees and Acknowledgement of Receipt

**All employees must read this page, complete the bottom and return the signed page to Human Resources.**

This Handbook neither implies nor establishes a contract between ECFMG and the employee. The content of this Employee Handbook summarizes current policies and programs and are intended as guidelines only. For more detailed information regarding these policies, please refer to the policies themselves. Policies are posted on the Human Resources Public Folders and are available for all current employees. ECFMG retains the right to change, modify, suspend, interpret, or cancel in whole or in part, any of the published or unpublished personnel policies or practices without advance notice. Since this handbook is just a summary, in the case of a discrepancy, ECFMG policy, insurance or benefits contracts and/or plan documents will default as the accurate information.

Nothing contained in this handbook should be construed as a guarantee of continued employment, but rather, employment with ECFMG is on an at-will basis. This means that either ECFMG or the employee may terminate the employment relationship at any time or for any reason not expressly prohibited by law. Any written or oral statement to the contrary by a supervisor, or other agent of ECFMG is invalid and should not be relied upon by any prospective or existing employee.

I acknowledge receipt of the ECFMG Employee Handbook. I understand that I am required to read the Handbook, to familiarize myself with the policies and procedures contained herein and to comply with the provisions of the policies, procedures and rules set forth at all times. If I have any questions about the contents of the Handbook, I will consult the specific Policy to which my question pertains, or contact Human Resources.

___

I specifically acknowledge that I have read and understand the contents of the above "Notice to all Employees."

| | |
|---|---|
| Employee Signature | Date |
| Employee Name (Print) | Department |

2

CONFIDENTIAL - ECFMG/Ellis000317

## WELCOME TO ECFMG

*We are pleased that you have joined the Educational Commission for Foreign Medical Graduates (ECFMG). It is good to have you on board! The ECFMG promotes quality health care for the public by certifying international medical graduates for entry into U.S. graduate medical education, and by participating in the evaluation and certification of other physicians and healthcare professionals. In conjunction with its Foundation for Advancement of International Medical Education and Research (FAIMER), and other partners, it actively seeks opportunities to promote medical education through programmatic and research activities. For more than fifty years, ECFMG employees have helped uphold ECFMG's values, which are expressed in its vision statement: "Improving world health through excellence in medical education in the context of ECFMG's core values of collaboration, professionalism and accountability."*

*The information on the following pages will help you understand the unique role that ECFMG plays in the international medical community. This Handbook also outlines the benefits and working conditions that you will encounter as an ECFMG employee. Our goal is to ensure that your ECFMG career is a rewarding and fulfilling experience.*

*The people of the United States and several other countries rely upon ECFMG to assure that international physicians are prepared to participate in postgraduate training in our/their country. We look forward to working together with you to fulfill this trust.*

*For the ECFMG Board of Trustees,*

*Emmanuel G. Cassimatis, M.D.*
*President and Chief Executive Officer*

April 2012

THIS HANDBOOK IS A SUMMARY OF ECFMG EMPLOYMENT POLICIES AND PROCEDURES. FOR SPECIFIC INFORMATION REFER TO THE APPROPRIATE POLICY.

## Table of Contents

| | |
|---|---:|
| ECFMG HISTORY | 7 |
| ECFMG PROGRAMS | 9 |
| FAIMER | 12 |
| EMPLOYMENT | 133 |
|   A. AT-WILL EMPLOYMENT | 133 |
|   B. EQUAL EMPLOYMENT OPPORTUNITY (EEO) | 14 |
|   C. SEXUAL HARASSMENT AND NON-DISCRIMINATION | 14 |
|   D. WORKPLACE VIOLENCE | 14 |
|   E. JOB OPENINGS, PROMOTIONS AND TRANSFERS | 15 |
|   F. BACKGROUND CHECKS | 15 |
|   G. EMPLOYMENT CLASSIFICATIONS | 15 |
|   H. HOURS OF WORK | 166 |
|   I. EMPLOYEE RECORDS | 16 |
|   J. PERFORMANCE MANAGEMENT | 17 |
|   K. EMPLOYMENT OF RELATIVES | 177 |
|   L. EXPECTED CONDUCT | 17 |
|     1. Attire | 17 |
|     2. Attendance/Timekeeping | 18 |
|     3. Change in Employee Information | 19 |
|     4. Children in the Workplace | 19 |
|     5. Phone Use | 19 |
|     6. E-mail | 19 |
|     7. Internet Use | 20 |
|     8. Solicitation | 200 |

CONFIDENTIAL - ECFMG/Ellis000319

| | |
|---|---|
| 9. Professional Participation in Outside Activities | 20 |
| 10. Communications | 21 |
| 11. Confidentiality and Media Contacts | 21 |
| 12. Safety and Reporting Injuries | 21 |
| 13. Corrective Action/Discipline | 21 |
| PAY PROCEDURES | 24 |
| A. PAY PERIOD/PAYMENT OF WAGES | 244 |
| B. PAYROLL DEDUCTIONS | 24 |
| C. PAYROLL ERRORS | 24 |
| D. HOURS OF WORK/OVERTIME | 24 |
| E. COMPENSATORY TIME OFF | 25 |
| F. SALARY INCREASES | 25 |
| BENEFITS | 25 |
| A. HEALTH | 25 |
| 1. Medical Insurance | 25 |
| 2. Dental Insurance | 26 |
| B. LIFE AND DISABILITY | 26 |
| 1. Life Insurance | 26 |
| 2. Short Term Disability (STD) | 27 |
| 3. Long Term Disability (LTD) | 277 |
| C. RETIREMENT | 28 |
| 1. Retirement Annuities (RA) | 28 |
| 2. Group Supplemental Retirement Annuities (GSRA) | 28 |
| D. WORKERS' COMPENSATION | 29 |
| E. FLEXIBLE SPENDING ACCOUNTS | 29 |
| F. PAID ABSENCE | 29 |
| 1. Holidays | 29 |
| 2. Vacations | 30 |

CONFIDENTIAL - ECFMG/Ellis000320

| | |
|---|---|
| 3. Sick Time | 311 |
| 4. Bereavement/Funeral Leave | 32 |
| 5 Jury Duty | 32 |
| 6. Unplanned Office Closings | 32 |
| G. EDUCATIONAL ASSISTANCE | 333 |
| H. EMPLOYEE EMERGENCY LOAN FUND | 333 |
| I. TRANSPORTATION ASSISTANCE | 34 |
| J. TRAVEL AND EXPENSE | 34 |
| K. EXCELLENT ATTENDANCE INCENTIVE AWARDS | 35 |
| L. SERVICE AWARDS | 35 |
| M. UNEMPLOYMENT | 355 |
| N. OTHER BENEFITS | 35 |
| LEAVES OF ABSENCE | 36 |
| A. FAMILY AND MEDICAL LEAVE (FMLA) | 36 |
| B. PERSONAL LEAVE | 37 |
| C. MILITARY LEAVE | 38 |
| D. MEDICAL/NON-FMLA LEAVE | 38 |
| TERMINATION OF EMPLOYMENT | 39 |
| A. VOLUNTARY RESIGNATION | 39 |
| B. INVOLUNTARY TERMINATION | 40 |
| C. BENEFITS AFTER TERMINATION | 40 |
| D. RE-EMPLOYMENT | 40 |

CONFIDENTIAL - ECFMG/Ellis000321

## ECFMG HISTORY

Physicians who receive their medical degrees from schools outside the United States and Canada traditionally have represented a significant percentage of the U.S. physician workforce. Today, these international medical graduates (IMGs) make up roughly 25% of physicians in training and practice in the United States.

Evaluating the readiness of these IMGs to enter U.S. graduate medical education (GME) programs has long been a concern of medical organizations, hospitals, state licensing agencies, and the public. During the 1950s, the need for a formal program of evaluation intensified due to explosive growth in the demand for health care services, an increase in economic opportunities for trained medical personnel, and a greater dependence on residents to provide medical care, which created a large number of available positions in U.S. GME programs. The number of positions available in these programs exceeded the number of physicians graduating from U.S. medical schools, and IMGs came to the United States to enter these programs.

In 1954, as a first step toward filling this need, the Cooperating Committee on Graduates of Foreign Medical Schools (CCGFMS) was appointed by major medical organizations in the United States. Charged with exploring methodologies that could uniformly evaluate the qualifications of IMGs, CCGFMS recommended that such an evaluation program should consist of the validation of medical education credentials and examinations in the medical sciences and the English language. This formal evaluation process became known as ECFMG Certification.

To implement CCGFMS' recommendations, the founding organizations formed a private, nonprofit organization, the Evaluation Service for Foreign Medical Graduates (ESFMG), in 1956. Later that year, ESFMG changed its name to the Educational Council for Foreign Medical Graduates (ECFMG). In 1958, ECFMG administered its first examinations and certified the first IMGs. In 1961, ECFMG Certification, in the absence of U.S. licensure, became mandatory for IMGs entering accredited GME programs or serving in patient care situations in hospitals in the United States.

The scope of ECFMG's responsibilities broadened in 1974 when it merged with the Commission on Foreign Medical Graduates, whose activities included conducting research on international medical graduates and monitoring the visa sponsorship of medical Exchange Visitors in the United States. The combined organization was named the Educational Commission for Foreign Medical Graduates, retaining the acronym "ECFMG." Through this merger, ECFMG acquired responsibility for the visa sponsorship of Exchange Visitor physicians participating in U.S. GME programs and became increasingly involved with the international medical community, a trend that continues today.

In addition to its primary mission of evaluating IMGs entering U.S. GME programs, ECFMG has developed resources for the international medical community. Since the early 1980s, ECFMG has offered exchange programs for faculty of international medical

7

schools that have the potential to improve international medical education. ECFMG has also offered resources in the form of consultation and grant programs. ECFMG's program of research and its sponsorship of major conferences have informed the understanding of international medical education and IMGs.

However, ECFMG's Board of Trustees concluded that more for the international medical community could be accomplished by a separate organization with dedicated resources. In 2000, ECFMG established the Foundation for Advancement of International Medical Education and Research (FAIMER®), a nonprofit foundation of ECFMG. After its establishment, FAIMER assumed responsibility for ECFMG's programs for the international medical community. For more information, see *Foundation for Advancement of International Medical Education and Research (FAIMER)*, below.

ECFMG's experience in certifying IMGs has allowed it to develop a number of initiatives that share its expertise with others involved in the assessment of physicians. ECFMG shares its expertise in verifying physician credentials through its International Credentials Services, which began operations in 2000. Since 2004, ECFMG has collaborated with the Federation of State Medical Boards (FSMB) to streamline the primary-source verification of credentials of IMGs applying for licensure in the United States. Using its experience in developing and delivering clinical skills assessments, ECFMG partnered with the National Board of Medical Examiners® in 2003 to develop a clinical skills component for the United States Medical Licensing Examination™ (USMLE™). The organization also maintains a wealth of data that is essential to meaningful research on international medical graduates, international medical education, and their impact on world health.

Most recently, ECFMG launched the International Acculturation Program, which will develop resources for IMGs entering U.S. GME in order to facilitate their transition to living and working in the United States.

In 2006, ECFMG celebrated 50 years of promoting excellence in international medical education. Established to evaluate the qualifications of IMGs entering GME in the United States, ECFMG has grown to meet the needs of physicians, medical educators, licensing and credentialing agencies, and those involved in the evaluation and certification of health care professionals, both in the United States and abroad. Today, ECFMG continues to translate its experience, expertise, and resources into quality programs and services, and collaborations with others involved in medical education and assessment, that have the potential to advance international medical education and health care worldwide.

ECFMG's organizational members are the American Board of Medical Specialties; American Medical Association; Association of American Medical Colleges; Association for Hospital Medical Education; Federation of State Medical Boards of the United States, Inc.; and the National Medical Association. ECFMG is governed by a Board of Trustees consisting of two representatives from each organizational member, up to eight Trustees-at-Large, and ECFMG's President, who serves as a voting member of the Board.

## ECFMG PROGRAMS

Certification

Through its program of certification, ECFMG assesses the readiness of IMGs to enter U.S. GME programs in the United States that are accredited by the Accreditation Council for Graduate Medical Education (ACGME). Physicians enter these advanced training programs after graduating from medical school. IMGs are defined as physicians who receive their medical degrees from medical schools outside the United States and Canada.

Physicians participating in GME programs provide supervised patient care at U.S. hospitals and other institutions. ECFMG Certification assures the directors of these programs, and American health care consumers, that IMGs have met minimum standards of eligibility required to enter such programs. ECFMG Certification is also required for IMGs to obtain an unrestricted license to practice medicine in the United States.

Throughout the history of the program, the requirements for ECFMG Certification have included examinations in the medical sciences and English language proficiency. In 1986, the program was expanded to include direct verification of medical education credentials with applicants' medical schools. In 1998, the Clinical Skills Assessment (CSA®) became a requirement for certification. Developed by ECFMG over nearly two decades of research and development, the CSA allowed direct evaluation of the clinical and communication skills essential to providing supervised patient care. USMLE Step 2 Clinical Skills (CS) replaced the ECFMG CSA as a requirement for ECFMG Certification in 2004. Also in 2004, ECFMG began to require the physician's final medical school transcript, in addition to the final medical diploma, to satisfy the medical education credential requirements for ECFMG Certification.

Currently, to be eligible for ECFMG Certification, IMGs must satisfy both examination and medical education credential requirements. To meet the examination requirements, applicants must pass Step 1 and Step 2 of the United States Medical Licensing Examination (USMLE), or former equivalent exams. USMLE Step 1 and Step 2 are the same examinations taken by students/graduates of U.S. and Canadian medical schools. To meet the medical education credential requirements, an IMG must have had at least four credit years in attendance at a medical school listed in the *International Medical Education Directory (IMED)*, maintained by the Foundation for Advancement of International Medical Education and Research (FAIMER), and the year of graduation must be included in the school's *IMED* listing. ECFMG also requires copies of the IMG's medical education credentials, specifically the final medical diploma and final medical school transcript. ECFMG verifies these credentials directly with the medical school that issued the documents. Once these examination and medical education credential requirements have been met, the physician is eligible to receive the Standard ECFMG Certificate. IMGs can use the Standard ECFMG Certificate to enter U.S. GME programs.

9

Certification Verification Service

Through its Certification Verification Service, ECFMG provides primary-source verification of the ECFMG certification status of IMGs. The organizations that require such verification are those that train, employ, or evaluate IMGs in the United States, including GME program directors, hospitals, licensing boards, credentialing services, and HMOs. Organizations that request verification receive a status report that indicates whether an IMG is ECFMG-certified and related information.

Clinical Skills Evaluation Collaboration

The Clinical Skills Evaluation Collaboration (CSEC) is a partnership formed in 2003 between ECFMG and the National Board of Medical Examiners for the purpose of developing and delivering clinical skills examinations. In 2004, CSEC was successful in implementing Step 2 CS as a new component of the USMLE. Step 2 CS assesses the clinical and communication skills of medical students and graduates through encounters with standardized patients, people who are trained to portray real patients with medical problems. Both IMGs and graduates of U.S./Canadian medical schools must pass Step 2 CS. Step 2 CS protects the safety of American health care consumers by ensuring that all physicians entering the U.S. health care system meet a minimum national standard for clinical and communication skills.

ECFMG's expertise derives from its experience in developing the ECFMG CSA. The product of nearly two decades of research and development, the CSA became a requirement for ECFMG Certification in 1998. Like Step 2 CS, the CSA evaluated clinical and communication skills through encounters with standardized patients. When Step 2 CS was implemented in 2004, it replaced the CSA as a requirement for ECFMG Certification.

Electronic Residency Application Service (ERAS®)

The Electronic Residency Application Service, or ERAS, was developed by the Association of American Medical Colleges (AAMC) to enable medical students and graduates to apply electronically for residency positions in U.S. GME programs. Students and graduates of medical schools in the United States apply for these positions through the dean's office at their medical school. For IMGs participating in ERAS, ECFMG serves as their designated dean's office.

ECFMG provides IMGs with the identification number needed to access the AAMC website and complete and transmit residency applications on-line. ECFMG also scans applicants' supporting documents, such as letters of recommendation and medical school transcripts, and makes them available electronically to the programs to which the applicants have applied. Finally, ECFMG provides electronic copies of reports that confirm the applicants' ECFMG certification status and transcripts of their USMLE exam history.

CONFIDENTIAL - ECFMG/Ellis000325

activities are concentrated in three areas: Education, Research, and Data Resources.

Education

Effective health professions education is central to the task of meeting the health care needs of communities. The goal of FAIMER's Educational Programs is to create and enhance educational opportunities for those who teach physicians. These educational opportunities provide the skills and knowledge necessary to enhance and expand health professions education, with the goal of improving health outcomes.

FAIMER's programs for health professions educators focus primarily on serving educators and institutions in developing regions in South Asia, Africa, and Latin America. These geographical foci concentrate local communities of health professions educators, facilitating communication and collaboration. They also establish local working models for enhancing health professions education in these areas. The availability and proximity of such resources provide self-sustaining support for improving health professions education and local health care.

Research

FAIMER's research program seeks to identify, track, and assess the educational experiences and migration patterns of IMGs. By targeting research efforts in the key areas below, FAIMER strives to better understand the complex issues related to the supply of, and need for, physicians in various regions around the world.

- International Migration of Physicians
- U.S. Physician Workforce Issues
- International Health Professions Education

Data Resources

FAIMER strives to be the single best source of information on international medical schools and their graduates. It accomplishes this goal by creating, assembling, and maintaining high quality data repositories. In doing this, FAIMER addresses the critical need for accurate data to support policy decisions, health services research, medical education research, and credentialing needs. These activities also supply much of the information used by FAIMER's research program to understand the educational experiences, migration patterns, and impact of international medical graduates on population health.

## EMPLOYMENT

### A. AT-WILL EMPLOYMENT

Employment with ECFMG is not for any specified period of time and may be terminated by either the employee or ECFMG at any time, for any reason, with or without any cause or advance notice. Nothing contained in this Handbook is intended, nor should it be

construed, to alter the at-will relationship ECFMG and the employees maintain with one another. Although ECFMG reserves the right to change from time-to-time other terms, conditions and benefits of employment (including but not limited to an employee's job title, job duties and compensation), the at-will nature of the employment with ECFMG is one aspect of our employment relationship that will not change. The only way that the at-will nature of our employment relationship can be changed is by way of an express written agreement, signed by the employee and by the President/CEO of ECFMG.

### B. EQUAL EMPLOYMENT OPPORTUNITY (EEO)

It is a fundamental policy of ECFMG to promote fair and equitable treatment of all employees and applicants. ECFMG is committed to proactively fostering an environment free from discrimination in all aspects of its employment. Continued responsible growth of ECFMG depends upon enhancing and utilizing the abilities of all individuals to the fullest extent possible. ECFMG will ensure that all employment-related actions, including, but not limited to: hiring, compensation, benefits, promotions, transfers, reassignments, company sponsored training, education, tuition assistance, social and recreational programs and all other terms and conditions of employment are administered without regard to race, color, religion, creed, age, sex, sexual orientation, national origin, military/veteran status, or disability.

The achievement of EEO goals is the personal responsibility of each manager, supervisor and employee. All activities must reflect full acceptance and commitment to the policy. Employees may notify their supervisor, the next level of management, or Human Resources, of complaints under the policy. The Director of Human Resources has been designated as the Equal Employment Opportunity Officer for ECFMG.

### C. SEXUAL HARASSMENT AND NON-DISCRIMINATION

ECFMG is committed to a work environment in which all individuals are treated with mutual respect and dignity. Each individual has the right to work in a professional atmosphere that prohibits discriminatory practices, including harassment. Therefore, ECMFG expects that all relationships among persons in the office will be business-like and free of bias, prejudice and harassment. ECFMG will make every reasonable effort to ensure that all employees are familiar with these policies and aware that any complaint in violation of such policies will be investigated and resolved appropriately.

Reports of harassment may be made to the employee's immediate supervisor, other managers, or Human Resources. All reports of harassment will be handled promptly and as confidentially as possible. Any manager receiving such a complaint should immediately report it to the Director of Human Resources or the Sr. VP, Finance and Support Services. ECFMG has adopted a detailed policy, which is available on the public folders, or in paper form upon request to Human Resources.

### D. WORKPLACE VIOLENCE

ECFMG strives to provide a safe workplace for all employees and does not tolerate any

14

type of workplace violence committed by or against employees. Employees are prohibited from making threats or engaging in violent or threatening activities. Examples of unacceptable conduct include, but are not limited to: causing physical injury to another person; making threatening remarks; aggressive or hostile behavior that creates a reasonable fear of injury to another person or subjects another individual to emotional distress; intentionally damaging employer property or property of another employee; possession of a weapon while on ECFMG property or while on ECFMG business or; committing acts motivated by, or related to, sexual harassment or domestic violence. Any potentially dangerous situations must be reported immediately to a Manager or the Human Resources department.

### E. JOB OPENINGS, PROMOTIONS AND TRANSFERS

In order to provide growth opportunities for employees, it is the practice/policy of ECFMG to promote and transfer from within whenever possible. ECFMG will give current employees who have completed six (6) months of employment with ECFMG the opportunity to apply for most open positions before they are made available to outside candidates. These positions will be posted for current employees to view both electronically and manually. Internal candidates will have five working days to apply for the position before external candidates will be considered for interviews. Internal candidates' personnel file work records, performance appraisals, Kronos attendance records and job related qualifications may be examined when considering an internal candidate for an open position. ECFMG reserves the right to choose the applicant it believes best possesses the qualifications and skills necessary to perform the responsibilities of the position. ECFMG also reserves the right to reassign employees based on the needs of the organization and promote employees within the same department, without posting the job as an open position.

### F. BACKGROUND CHECKS

In order to provide a safe work place for employees and visitors, ECFMG performs background checks. Background checks are done as a method of ensuring that the people we employ posses the qualities we seek in an employee. All background check results will be considered part of the decision making process for employment at ECFMG.

### G. EMPLOYMENT CLASSIFICATIONS

ECFMG recognizes four different classifications of employees, all of which are paid through ECFMG bi-weekly payroll. Regular Full-Time employees are regularly scheduled for 35 hours of work per week and are entitled to full benefits. Regular Part-Time employees are regularly scheduled to work a specific percentage of the 35 hour work week (40%, 50%, 60% or 80%) and are entitled to pro-rated benefits, based on the percentage of full time equivalent (FTE). Part Time-As-Needed employees are scheduled on an as-needed basis and are not entitled to benefits. Seasonal (or Temporary) employees are required only for a specified period of time or a particular project, which is usually less than four (4) months but typically does not exceed six (6) months and are not entitled to benefits.

CONFIDENTIAL - ECFMG/Ellis000330

Center's office.

All requests for information about a current or former employee such as references and verifications of employment should be referred to Human Resources. Requests from employees that no information be released from their file must be submitted in writing to the Director of Human Resources and will not be honored if and when such information is required by a legal entity to be released.

### J. PERFORMANCE MANAGEMENT

In order to help employees to continuously improve their performance and ensure consistent, continuous communication between supervisor/manager and the employee, ECFMG has a performance management program. Managers formally evaluate the performance of those employees working in their departments formally once a year. Managers should not withhold their feedback until these annual meetings. Rather, they should give their employees constant feedback throughout the year.

Managers should give the employee who is being evaluated ample notice of the meeting for the annual performance evaluation and an opportunity to complete a self-evaluation. The evaluation meeting should take place in a private area, without interruptions. The annual evaluation is also an opportunity for employees to discuss his/her strengths and areas in which they need improvement and/or development.

### K. EMPLOYMENT OF RELATIVES

To avoid the appearance of favoritism, or conflict of interest, ECFMG regulates the employment of individuals who are related to each other by blood or marriage. For this purpose, relatives include spouse, children, grandchildren, parents, grandparents, siblings, aunts, uncles, cousins, nephews, nieces and in-laws or steps of these relations. ECFMG does not employ relatives as defined above to work in full time or part-time positions in the same department without a VP approval. Relatives may not be hired, placed or promoted into an immediate supervisory relationship with each. Employees who marry may continue with the company provided they are not in a reporting relationship.

### L. EXPECTED CONDUCT

1. Attire

Although style of dress is left to the discretion of individual employees, all ECFMG employees must present a clean, neat, professional appearance and dress according to the professional requirements of their position. Examples of inappropriate attire include, but are not limited to: athletic sports attire, shorts, mini-skirts, midriff or halter tops, extremely low-cut blouses, spaghetti strap tops/dresses, tight fitting stretch pants, jeans, sweat-pants sneakers/tennis shoes, flip flops, T-shirts, transparent attire, or sweatshirts. Managers are responsible to monitor adherence to these guidelines, and will be held accountable for the interpretation and implementation of

CONFIDENTIAL - ECFMG/Ellis000332

Membership and various purchasing discounts. For a full list of the benefits available please refer to the current Employee Benefits Summary, the electronic Employee Access system, ECFMG policies or Human Resources.

## LEAVES OF ABSENCE

It is the policy of ECFMG to provide employees with a mechanism for taking a sustained period of time away from work to deal with important life issues. The various types of leave available are Family and Medical Leave (FMLA), Military Leave, Personal Leave and Medical/Non-FMLA Leave.

### A. FAMILY AND MEDICAL LEAVE (FMLA)

The Family and Medical Leave Act was introduced in 1993 to enable employees to take up to 12 weeks of leave per year; 1) to care for their newborn child; 2) take into the home an adopted or foster child; 3) to care for a family member with a serious health condition or; 4) for the employee's own serious health condition. During those 12 weeks the employee's job is guaranteed and they are entitled to health benefits (medical and dental) as if they were still working.

1. Eligibility

Family and Medical Leave will be granted to all full-time and part time employees who have worked for ECFMG for a least twelve (12) months and at least 1,250 hours of service during the previous twelve (12) month period.

2. Frequency

ECFMG will only grant 12 weeks of Family and Medical Leave in a rolling 12 month period. Any Family or Medical Leave taken during this 12 month period will be subtracted from the annual 12 week Family and Medical Leave entitlement.

3. Intermittent Leave

Intermittent Leave or "reduced schedule leave" will be available in cases of Medical Leave as defined above, or on a case by case basis (using the company's business needs) in cases of Family Leave.

4. Integration with Paid Leave

The Family and Medical Leave Act only provides for an unpaid leave of 12 weeks. During the 12 weeks, employees must exhaust all applicable available paid time off (PTO) including sick time, vacation and optional holidays. When an employee runs out of PTO, the remainder of the leave shall be unpaid. Accruals for sick and vacation cease during an unpaid leave of absence.

36

CONFIDENTIAL - ECFMG/Ellis000351

5. Procedures

Requests for Family and Medical Leave must be made at least 30 days before the beginning of the leave, or with as much notice as is practicable. Requests may be in submitted in writing, via a note, memo, Request for FMLA Leave Form, or be made orally to the employee's manager or Human Resources.

Human Resources, upon notification from the employee or the employee's manager, will send the employee a written response and request a completed Medical Certification of Health Care Provider form, if the leave is medical in nature.

In cases of Medical Leave, the employee will return the completed Certification form to Human Resources for placement in the employee's confidential medical file.

An employee wishing additional time off beyond the allotted 12 weeks should contact his/her manager or Human Resources to request a Medical Leave/Non-FMLA or a Personal Leave. The requests will be reviewed by the manager/supervisor, Human Resources and the appropriate VP and a decision will be given in writing to the employee within 5 business days of the request.

Before returning to work from an FMLA Leave for their own serious health condition, the employee will submit a note from their health care provider to Human Resources. This note must state that the employee is medically able to return to work at their position. ECFMG reserves the right to have the employee cleared by a healthcare provider of its choice as fit to return to work. Please refer to the Leave of Absence policy for full details. Requests to return to work on a modified-duty basis will be reviewed on a case-by-case basis.

### B. PERSONAL LEAVE

Personal Leave is defined as an employee's absence from work for personal or other reasons that do not fall under the definition of Family and Medical Leave (FMLA) or Military Leave. If an employee does not qualify for FMLA or has exhausted his/her time under FMLA, a Personal Leave maybe requested. A Personal Leave may be granted to any full-time or part-time employee, based upon the employee's circumstances and the operational needs of the employee's department.

A Personal Leave cannot exceed thirty (30) calendar days. Exceptions may be made on a case-by-case basis upon written appeal to Human Resources, who will, in consultation with the appropriate supervisor/manager and Vice President, make the decision. Personal Leave may not be taken intermittently.

Any available, applicable vacation and optional holiday time must be exhausted. Sick time may not be used for Personal Leave unless a medical certification is provided. Accruals for sick and vacation time cease during an unpaid leave of absence. After vacation and optional holiday time have been exhausted, personal leave will be

CONFIDENTIAL - ECFMG/Ellis000352

ECFMG reserves the right to have the employee cleared as fit to return to work.

An employee returning from a Medical/Non-FMLA Leave may be reinstated to their position if it is still be available. If their former position is not available, ECFMG will endeavor to place the employee in an available open position where the manager feels the employee meets the qualifications. Should there be no suitable position available; the employee will be laid off.

## TERMINATION OF EMPLOYMENT

ECFMFG recognizes the right of employees, barring any written agreement to the contrary, to terminate their employment with ECFMG at any time and reserves the right to terminate the employment of an employee at its sole discretion. Employment may be terminated at any time, with or without cause and with or without notice baring violation of any state or federal employment law. ECFMG recognizes two types of terminations: voluntary resignations and involuntary terminations.

### A. VOLUNTARY RESIGNATION

1. Notice

    a. An employee is expected to give as much advance notice as possible. An employee will provide written notification to the supervisor/manager of his or her intention to resign from their employment with ECFMG, including the effective date.

    b. Non-exempt employees are expected to provide a minimum of two (2) weeks notice. Exempt employees are expected to provide a minimum of four (4) weeks notice.

    c. An employee who does not provide adequate notice will not be eligible for rehire unless the supervisor/manager and the resigning employee mutually agree upon a lesser notice period.

    d. The employee is expected to work his or her entire notice period unless vacation or optional holiday time was requested and approved prior to the resignation and the time taken does not unreasonably interfere with the business of the employee's department.

    e. On occasion, an employee will give proper notice, but the manager/supervisor does not wish the employee to work during their notice period. In such cases the employee may be told not to continue coming in to work, but will be paid up through their originally stated last day of employment, or his or her expected notice period, whichever comes first.

CONFIDENTIAL - ECFMG/Ellis000354

### B. INVOLUNTARY TERMINATION

In cases of involuntary termination generally, no notice period exists, and the last day of employment will be the date the employee is notified of the termination decision.

### C. BENEFITS AFTER TERMINATION

Benefits information related to continuous coverage options for medical and dental benefits (COBRA) will be sent directly to the terminating employee's home address from ECFMG's COBRA Administrator following the processing of the termination documents. Individuals who are eligible and who elect COBRA will be required to the pay the ECFMG group rate to continue the coverage for up to 18 months or longer, based on the legal guidelines of COBRA.

The terminating employee will not be paid his/her accumulated sick time or unused optional holidays upon separation from employment. Unused vacation time will be paid to the employee upon separation from employment, provided he/she was eligible to use the vacation as an employee, gave the expected notice and was not terminated for misconduct.

### D. RE-EMPLOYMENT

ECFMG is willing to consider for employment individuals who previously worked for the organization who left on good terms, and who are eligible for re-hire. Employees who were involuntarily terminated are not eligible for re-hire. Employees whose prior employment was terminated for voluntary reasons and who provided appropriate notice to their resignation may be considered for re-hire.

If ECFMG rehires a former employee, the employee will be credited for the number of months previously employed at ECFMG toward the 2 year waiting period for the Retirement Annuity (RA) plan.

All other benefits will begin accrual from the new hire date with no time credited from the prior employment.

CONFIDENTIAL - ECFMG/Ellis000355