# EXHIBIT 8

|  EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES POLICY AND PROCEDURES MANUAL | SUBJECT: EMPLOYMENT OF RELATIVES & RELATIONSHIPS IN THE WORKPLACE | POLICY NO: HR-305 |
|---|---|---|
| | DEPARTMENT: HUMAN RESOURCES | |
| | DISTRIBUTION: ALL DEPARTMENTS | |
| | EFFECTIVE DATE: 11/05/09 | Page 1 of 2 |

I. POLICY

It is the policy of ECFMG to regulate the working and reporting relationships of individuals who are related by blood, adoption, marriage, or domestic partnership, affianced or significant other in order to avoid real or perceived conflicts of interest, influence, or favoritism.

II. DEFINITION

Employee, for the purpose of this policy, is any staff member who is compensated through the ECFMG® payroll, independent contractors, agency contractors and/or agency temporary staff.

Relative is defined as any of the following including those by virtue of by blood, adoption, marriage, or remarriage, or domestic partnership (significant other or affianced): spouse, children, grandchildren, parents, grandparents, siblings, uncles, aunts, nephews, nieces and cousins.

Domestic Partner, for the purpose of this policy is two people of either gender who are living together and involved in a personal, intimate, committed relationship.

Affianced is defined as engaged to be married.

Significant Other, for the purpose of this policy is any other inter-personal relationships between individuals which create a relationship similar to those described in the definition above may be included under the provisions of this policy if one of the parties has influence over the other.

III. ELIGIBILITY

This policy applies to all employees, independent contractors, agency contractors, agency temporary staff and interns.

IV. GUIDELINES

ECFMG will not hire or employ anyone in a reporting relationship with the following relation to an existing full-time or part-time employee: spouse, parent, child or sibling, including step or adoptive relationships, grandparent or grandchild, or in-laws to the same degree.

ECFMG will not hire or employ anyone on a full or part time basis in the same department with a supervisory relationship to an existing full-time or part-time employee.

V. PROCEDURES

    A. ECFMG will not allow relatives to be placed or promoted into supervisor/subordinate reporting relationships.

EXHIBIT NO. 17
P. Antone, CRR

CONFIDENTIAL - ECFMG/Ellis000356

POLICY: EMPLOYEE LEAVE OF ABSENCE
Page 2 of 2

B. ECFMG will not allow relatives to be placed or promoted into supervisor/subordinate reporting relationships. No present employee may participate in or affect any recruitment or selection procedure or other action concerning the potential employment of any person to whom he is related.

C. In the case where two employees marry, continuing employment is available for both spouses, providing they are not in a reporting relationship. If both members of a newly married couple work in a reporting relationship, one will have to transfer to a position that is not in the direct supervisory line with the other employee, if one is available, or end their employment with ECFMG. The decision as to who remains shall be made based on first, the agreement of the two employees and secondly, seniority.

D. An Employee who fails to disclose the knowledge of a relative relationship with another employee may be grounds for termination of employment. An Employee who fails to disclose the knowledge of any type of personal relationship with another employee in the lines of reporting may be grounds for termination of employment.

E. Department Managers have the discretion to determine whether employees who are involved in one of the relationships described above will be permitted to work in the same department.

F. ECFMG® will make every effort to relocate existing full-time employees with relatives in the same department, if a reporting relationship is created, if a position is available.

G. ECFMG® will make every effort to relocate existing employees who disclose a new relationship within the lines of reporting, if a position is available.

Responsibility for Policy: Policy Coordinator

Approved by Senior Staff _____ 11/05/02 _____
                                                  Date

Approved by _____  _____
                 **Emmanuel G. Cassimatis, M.D., President**               Date

CONFIDENTIAL - ECFMG/Ellis000357