# EXHIBIT 10



# USMLE Step 2 Clinical Skills Examination
# Incident Reporting Manual

## September 2012 Update

This manual was developed for CSE staff to use in administering the USMLE Step 2 Clinical Skills Examination. It contains confidential and proprietary information that is the property of the Clinical Skills Evaluation Collaboration. Do not remove this manual from the Clinical Skills Evaluation Center. The information in this manual may never be discussed, shared or disclosed in any manner or under any circumstances other than working with CSEC Staff. Failure to follow this policy may result in dismissal and prosecution. When updates are made, this manual should be shredded and replaced immediately with an updated copy.

Ellis
EXHIBIT NO. 16
P. Antone, CRR

09/10/2014    A14-12-FOIA-450-HU    Page 70 of 101

CONFIDENTIAL - ECFMG/Ellis000238

## Examinee Incident Reports

Examinee reports of incident written on-site must also be scanned into CIA before certification.

If an examinee is not able to complete an incident report on-site after the exam, he or she may take the paper report form offsite to complete and return later. Note: this is for the examinee's convenience only; AODs should always accommodate examinees who wish to stay after the exam to complete incident reports.

If you receive an incident report from an examinee after the session has already been certified, it is not necessary to un-certify the session, because it is not possible to scan an incident report after the session has been certified. Instead, the ACM will email a scanned copy of the examinee IR to testadmin@nbme.org, copying Nancy Ambrose, Chris Paul and the CM. See the AOD Manual for instructions on how to create a scanned, email-able image of a document.

## CERTIFICATION DELAYS

In the rare instances of exam data needing to be manually fixed by MIS, or for any issues that require additional review, hold off on certifying until all the information is reviewed, fixed and complete. Please e-mail CSECQC@nbme.org to alert CSEC staff of the delay and anticipated certification date (if known). Also please copy the following people on that e-mail: Nancy Ambrose, Chris Paul, Kate Diebold, Mary Patterson (mpatterson@nbme.org), Fiona Marsik (fmarsik@nbme.org) and Kimberly Swygert (kswygert@nbme.org).

## CERTIFICATION AND TEST ACCOMMODATIONS

Since 2-day special exams take place only in the training exam rooms, regular exam sessions will no longer have an asterisk on the Certification screen denoting that a TA examinee was present. (The asterisk only appeared for TA examinees who tested over 2 days in the regular exam, and did not apply to TA examinees in the regular exam who tested in one day, or for examinees who tested in the training exam rooms.)

Special exam sessions can be certified following the regular criteria below.

## CERTIFICATION CRITERIA

Below is the list of session data certification criteria. The assumption is that the data for the session being certified is 'as good as it gets':

Printed 7/14/2013                                                                                                   53
Located on the common drive (PHL PAMS 6)/policies, procedures, manuals/Incident Reporting Manual

CONFIDENTIAL - ECFMG/Ellis000239

1. Incident reports entered, or scanned where appropriate, reviewed and grouped.
2. SP checklists entered or scanned where appropriate. The system will now verify that all individual SP checklist items are completed for each encounter.
3. Data Corrections are complete (i.e. when a problem requires the database administrator's intervention also known as a "back door" fix).
4. Effective 06.30.05, patient notes must be scanned into the CIA application before session certification is allowed. CIA has a column which displays a count of all missing Patient Notes for each session. The session cannot be certified as long as PNs are missing. If a PN is permanently missing, it must be marked as such in IRS to allow certification to proceed.

Note: Patient note images will be available for review (through the CIA Review Notes function) up until the point that the session is certified.

## TO CERTIFY

The site manager or assistant manager should review all the incident reports and make sure any missing checklists are entered into the system. Go to the website for your site and click on the "Certify" button next to the session date and time you wish to certify.

| | |
|---|---|
| Philadelphia 3624: | http://cscp.phl.ecfmg.org/ |
| Philadelphia 3700: | http://cscp.ph2.ecfmg.org/ |
| Atlanta: | http://cscp.atl.ecfmg.org/ |
| Chicago: | http://cscp.chi.ecfmg.org/ |
| Houston: | http://cscp.hou.ecfmg.org/ |
| Los Angeles: | http://cscp.la.ecfmg.org/ |

The Session Certification program will prevent you from certifying a session that has a status other than "Complete" or has outstanding un-reviewed incident reports.

Note: The Assistant Director, Center Operations may certify sessions remotely with Center Management's approval (system sign-on "CTL\nambrose").

## E-MAIL NOTIFICATION

E-mail notifications to CSEC staff are automatically generated once the incident reports are reviewed by the Manager or Assistant Manager. E-mail notification subject lines now include the incident type and the IR reference number.

## MISSING CHECKLISTS

There is a column in the Session Certification program that shows the number of SP Checklists missing for a particular session. A missing SP checklist will be counted for any one of the following circumstances:

Printed 7/14/2013     54
Located on the common drive (PHL PAMS 6)/policies, procedures, manuals/Incident Reporting Manual

CONFIDENTIAL - ECFMG/Ellis000240