# EXHIBIT 14

# ECFMG® New PT As Needed Employee Form

## Personal Information:

| | | |
|---|---|---|
| Name: Jackie Bryant | Social Security Number: [redacted] | |
| Address: [redacted] | | ECFMG |
| City, State, Zip: [redacted] | | HOUSTON |
| Home Phone: [redacted] | Alternate Phone (if available): [redacted] | |
| Date of Birth: [redacted] | Gender: ☐ Male ☒ Female | Marital Status: Married |
| Emergency Contact Name: Troi Bryant | Phone Number: [redacted] | Relationship: Spouse |

## Employment Status:

| | |
|---|---|
| Hire Date: 9/25/06 | (Rehire Only) Previous hire date: Previous termination date: |
| Job Status: ☐ full time regular ☐ part time regular ☒ as needed ☐ temporary employee (>6 mos) | |
| FLSA Status: ☐ Exempt ☒ Non-Exempt | Job Title: Proctor |
| Department Name: CSEC- Houston | Supervisor Name: Artis Ellis |
| Compensation Annual Salary: Per Pay Salary (÷26): $15.00 Hourly Rate (Non-Exempt): | |

**FAX THIS FORM AND THE W-4 TO HR/PAYROLL IMMEDIATELY!**

Send the original of this form with the following attachments in your weekly package: (Bolded Items in columns 1 & 2 are REQUIRED!)

**Column 1**
- ☒ Orig. Employment Application
- ☐ Completed Reference Checks
- ☒ Completed W-4 Form
- ☒ Completed I-9 Form
- ☒ Orig. Handbook Acknowledgement
- ☐ Orig. Signed Job Description

**Column 2**
- ☒ Criminal BG Check Author.
- ☒ Orig. Confidential Agreement
- ☒ Emergency Contact
- ☐ Orig. Signed Offer Letter (except for temps)
- ☐ Payroll Deduction Form
- ☐ Transportation Assistance Form

**Column 3**
- ☐ Health/Dental Enrollment Forms
- ☐ Life/Disability Enrollment
- ☒ Resume
- ☒ Direct Deposit Form
- ☐ MPN Predesignation Form **
- ☐ MPN Acknowledgement form **

** Items in Red apply to California employees only

Ellis
EXHIBIT NO. 13
P. Antone, CRR

B4H 3099

Hiring Manager Signature Aris Ellis Date 9/11/06

Human Resources Signature ______________________ Date ______________

EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES
PHILADELPHIA OFFICE
3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 • FAX: 215-222-9963 • WWW.ECFMG.ORG

*DATE:* August 25, 1998

ECFMG HOUSTON

*DATE REVIEWED AND REVISED:* September 16, 2004; May 26 2005

*JOB TITLE:* Proctor *FLSA:* Non-exempt

*DEPARTMENT:* Assessment Services

*REPORTS TO:* Center Manager, & Assistant Center Manager, Clinical Skills Evaluation Center

*RESPONSIBLE FOR:* N/A

*JOB SUMMARY*
Maintains the security and integrity of USMLE ™ Step 2 CS administration and materials. Provides assistance and direction to examinees in accordance with established policies and procedures.

*JOB SPECIFICATIONS*

*SCOPE OF RESPONSIBILITY*
Instructs examinees in basic exam logistics following on-site Orientation. Secures, maintains and sets up Examinee Instructions in the Examinee Hallway. Distributes, collects, and delivers all test-related materials according to written Step 2 CS procedures. Assists the examinees in the appropriate sequencing of patient encounters throughout the exam. Maintains an awareness of the Examinees' physical and mental status to the extent possible.

*FISCAL RESPONSIBILITY*
N/A

*EMPLOYEE INTERACTION*
Interacts with the Assistant Center Manager and Senior Proctors to receive training in proctoring, policies, and procedures. Maintains current knowledge of policy/procedure updates and changes in the administration of the exam. Coordinates the timing and patient encounter sequencing in conjunction with the Control Room. Works with the Administrator on Duty to resolve incidents arising during the course of the exam.

*POLICY AND PROCEDURE INTERPRETATION*
Maintains the integrity of Step 2 CS administration according to the policies and procedures as listed in the Proctor Manual.

*INTERNAL CLIENTS / CONTACTS*
Assistant Center Manager, Administrator on Duty, Trainer on Duty, Control Room Operators, and other staff as necessary

*EXTERNAL CLIENTS / CONTACTS*
CS Examinees

*PHYSICAL DEMANDS*
Long periods of standing

*JOB REQUIREMENTS*

*EXPERIENCE*
Service industry and/or education work environment preferred.

*EDUCATION & CERTIFICATION*
High School diploma or equivalent.

*SKILLS / ABILITIES*
Detail-oriented, excellent organizational and verbal skills, comfortable with speaking in front of small groups. Ability to maintain confidentiality of secured test materials. Ability to work with a diverse population.

*RESPONSIBILITIES AND DUTIES*

I. Assists in the training of new proctors

II. Oversees examinees
   - A. Registration Room – Registers the examinees for the exam
   - B. Orientation Room - Administers Proctor Orientation; Observes examinees during lunch and break periods. Sets up catered meals and snacks in the orientation area for the Examinees during the exam breaks
   - C. Examinee Hallway - Assists in the sequencing of the examinees
   - D. Other areas - Coordinates evacuations; Reports any exam irregularities.

III. Maintains the security of all Confidential Materials
   - A. Sets-up and removes the Examinee Instructions in the examinee hallway and exam rooms
   - B. Distributes the Patient Notes
   - C. Collects and files the Patient Notes (typed and written)
   - D. Collects all other materials involved in the exam administration
   - E. Returns all materials to the Administrator on Duty

IV. Maintains the security and integrity of the exam administration
   - A. Monitors examinees' mental/physical status
   - B. Assists examinees with routine questions and requests
   - C. Resolves incidents with assistance from the Control Room Staff, SP Trainer, and Administrator on Duty as needed.
   - D. Accounts for all sensitive materials involved in the exam administration.
   - E. Maintains the examination rooms and orientation room.

V. Other duties as assigned by management.

Immediate Supervisor — Date 9/11/06

Vice President — Date 9/19/06

Human Resources — Date 10/4/06

*I have been given a copy of this job description and have discussed its content with my immediate supervisor. I understand that I am expected to perform all of the duties listed in this document and that my performance will be evaluated based on its content.*

Incumbent — Date 9-11-06

EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES
3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-823-2117 • FAX: 215-386-3185 • www.ecfmg.org

## Telephone Reference Check Form

ECFMG HOUSTON

Two references should be completed on all applicants. If the applicant is currently working and he/she would prefer we not contact the current employer, then the reference on the current employer should be completed **AFTER** the individual is hired and has started the first day of work with ECFMG. Use additional paper for each question, if needed. If some questions are not relevant to the position hired for, then the bolded questions are the only required questions.

Applicant Name Jackie Bryant

Company Name Personal Reference Phone [redacted]

**1. What are the dates of employment?** ______

**2. What was the job title and main duties?** ______

3. Was the quantity of work acceptable, below, or above standards? above Standards

4. Was the quality of work acceptable, below, or above standards? above Standards

**5. Was the attendance and punctuality acceptable, below, or above standards?** ______

6. How well did he/she handle stress (high volume, tight deadlines, multiple tasks, customer service?
Works well under Stress

7. How well did he/she get along with others (employees, supervisors, clients)? ______

8. How well did he/she plan and organize work? ______

**9. Were there any misconduct or inappropriate behaviors?** N/A

**10. What was the reason for termination?** N/A

**11. Would you re-hire him/her at the same level?** N/A

13. What was your work relationship to him/her (supervisor, peer, subordinate)? Peer

12. Any other comments? I have known Jackie over 20 years and She has high Professional Standards and Strong work Ethics

Reference Check Completed By: Curtis Ellis Date: 9/14/12

*ECFMG® is an organization committed to promoting excellence in international medical education.*

Information Received From: Lillian Hall Title: Retired Teacher

EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES
3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-823-2117 • FAX: 215-386-3185 • www.ecfmg.org

# Telephone Reference Check Form

ECFMG
HOUSTON

Two references should be completed on all applicants. If the applicant is currently working and he/she would prefer we not contact the current employer, then the reference on the current employer should be completed **AFTER** the individual is hired and has started the first day of work with ECFMG. Use additional paper for each question, if needed. If some questions are not relevant to the position hired for, then the bolded questions are the only required questions.

Applicant Name Jackie Bryant

Company Name Almeda Dental Phone (713) 799-1400

1. **What are the dates of employment?** 9/2004
2. **What was the job title and main duties?** Treatment Counselor
3. Was the quantity of work acceptable, below, or above standards? above Standards
4. Was the quality of work acceptable, below, or above standards? above Standards
5. **Was the attendance and punctuality acceptable, below, or above standards?** above Standards
6. How well did he/she handle stress (high volume, tight deadlines, multiple tasks, customer service?
Excellent Work under Stress
7. How well did he/she get along with others (employees, supervisors, clients)? Above Standards
8. How well did he/she plan and organize work? Very organize
9. **Were there any misconduct or inappropriate behaviors?** None
10. **What was the reason for termination?** N/A
11. **Would you re-hire him/her at the same level?** Yes re-hire
13. What was your work relationship to him/her (supervisor, peer, subordinate)? Supervisor
12. Any other comments? Outstanding Worker

Reference Check Completed By: Artis Ellis Date: 9/14/06

*ECFMG® is an organization committed to promoting excellence in international medical education.*

Information Received From: Dr. Sabb Title: Dentist



**EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES**

**Assessment Services**

**Clinical Skills Evaluation Centers – Atlanta, Chicago, Los Angeles, Houston, Philadelphia**

ECFMG does not permit employees to discuss USMLE STEP 2 CS-related information with the media unless specifically authorized to do so. SPs should always report any such inquires to the Center

Manager who will refer the inquires to the Vice President of Assessment Services, at the central office in

Philadelphia Any inquiry or contact, whether written or oral, from the media will be addressed by the Vice President of Assessment Services.

The recipient of the inquiry may ask the media representative for their organizational affiliation, the general nature of the inquiry and the inquirer's contact information. The employee, however, shall not respond to any substantive questions of any kind or provide any information or opinion regarding ECFMG's policies, procedures, programs, or operations. This media policy shall apply to employees while in/or out of the regular workplace.

I acknowledge and agree that during the term of employment with ECFMG®, I will not accept employment, serve as a consultant, or act in any other capacity for any commercial or academic preparatory programs designed to or purporting to prepare individuals to take the USMLE® Step 2 CS examination. I further agree that with regard to any educational activities within any medical school or graduate medical education program, I will not use the Confidential Materials or my specific knowledge to the design or content of the USMLE™ Step 2 CS examination to prepare or otherwise aid students preparing for the USMLE™ Step 2 CS examination.

I acknowledge and agree that I will not use my affiliation with the ECFMG® and the USMLE™ Step 2 CS program for commercial exploitation, publicity, or advertisement.

The Parties agree that this Agreement may not be changed, modified or released, discharged, abandoned or otherwise terminated in whole or in part, except by agreement of the parties in writing.

In the event that any of the provisions of this Agreement shall be held by a court or other tribunal of competent jurisdiction to be unenforceable, the remaining portions thereof shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have signed this Agreement as of the date indicated below.

Signature: [redacted]

Print Name: Jackie Bryant

Date: 9-11-06

Educational Commission for Foreign Medical Graduates: Artis Ellis

Date: 9/11/06

1-PH/1892317.1
05/14/2004




EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES
Assessment Services
Clinical Skills Evaluation Centers – Atlanta, Chicago, Los Angeles, Houston, Philadelphia

ECFMG HOUSTON

## Personal Contact and Emergency Contact Information

Employee Name: Jackie Bryant

Home Phone Number: [redacted]

Alternate Phone (mobile etc.): [redacted]

Emergency Contact Person: Troi Bryant

Daytime Phone for Emergency Contact: [redacted]

Address of Emergency Contact: [redacted]

Relationship to Employee: Spouse

Employee Signature: [signature] Date: 9-11-06

# ECFMG® Personnel Information Change Form

**All changes must be approved by the employee's manager. Check all that apply:**

- ☐ Rehire
- ☐ Promotion
- ☐ Primary Job Change (Title)
- ☒ Pay Rate Change
- ☐ Job Reclassification (Hierarchy Level)
- ☐ Job Description – Attach new JD
- ☐ Transfer to another department/state
- ☐ Additional Job
- ☐ Demotion
- ☐ FLSA Category – Exempt or Non-exempt
- ☐ Employee Type – regular FT, regular PT, % of regular PT, PTAN, or temporary
- ☐ Employee Status – FMLA, personal leave, return to active, etc.
- ☐ *Layoff (no work available)
- ☐ *Resignation
- ☐ *Termination of Employment – Must be approved by HR prior to the action.
- ☐ Change or add to an Email distribution list

**Employee Name:** Jackie Bryant

**Old Information:** $15.00

**New Information:** $15.50

**Full Explanation of Reason for Change: (Attach all related documents)**

New pay rate in Proctors pay. Jackie will receive an increase in her salary to be in line with the recently pay rate increase.

**Effective Date:** ~~3/7/07~~ 3/26/07 **(Required for all changes)**

**Termination Code:** **(Required for layoff, resignation & terminations)**

*** For Resignation and Termination, List all ECFMG property returned:** (Kronos, ID, key, phone, laptop, etc)

X [signature] **Date** 3/2/07
**Manager's Signature**

X [signature] **Date** 3/22/07
**H.R. Director's Signature**

X ______ **Date**
**V.P. Signature**

***For H.R. Use Only:***

☐ Terminations & Resignations: Send an email to Help Desk to discontinue email and voicemail access.
☐ Terminations & Resignations: Check that all assigned property has been returned.

**Entered By:** KT **Date:** 4/5 **Checked By:** [initials] **Date:** 4/6

CONFIDENTIAL

ECFMG-ELLIS 006988

# ECFMG® Personnel Information Change Form

**All changes must be approved by the employee's manager. Check all that apply:**

- ☐ Rehire
- ☐ Promotion
- ☒ Primary Job Change (Title)
- ☒ Pay Rate Change
- ☐ Job Reclassification (Hierarchy Level)
- ☐ Job Description – Attach new JD
- ☐ Transfer to another department/state
- ☐ Additional Job
- ☐ Demotion
- ☐ FLSA Category – Exempt or Non-exempt
- ☐ Employee Type – regular FT, regular PT, % of regular PT, PTAN, or temporary
- ☐ Employee Status – FMLA, personal leave, return to active, etc.
- ☐ *Layoff (no work available)
- ☐ *Resignation
- ☐ *Termination of Employment – Must be approved by HR prior to the action.
- ☐ Change or add to an Email distribution list

**Employee Name:** Jackie Bryant

**Old Information:**

FT Proctor

$16.12

**New Information:**

FT Sr. Proctor/AOD
$16.62

**Full Explanation of Reason for Change: (Attach all related documents)**

To meet the demands that are needed for CSEC- Houston, Jackie Bryant is being promoted to FT Sr. Proctor/AOD. In her time as a proctor (PT since-----and FT since 12/1/07), she has proven to be a competent and reliable team member. Jackie has also cross-trained as an AOD and we have no reservations.

**Effective Date:** 6/2/08 **(Required for all changes)**

**Termination Code:** ____ **(Required for layoff, resignation & terminations)**

*** For Resignation and Termination, List all ECFMG property returned:** (Kronos, ID, key, phone, laptop, etc)

X Curtis Ellis — Date 5/29/08
**Manager's Signature**

X [signature] — Date 6/4/08
**H.R. Director's Signature**

NA 6/3/08

X ____ — Date
**V.P. Signature**

***For H.R. Use Only:***

☐ Terminations & Resignations: Send an email to Help Desk to discontinue email and voicemail access.
☐ Terminations & Resignations: Check that all assigned property has been returned.

**Entered By:** [initials] **Date:** 6/4/08 **Checked By:** [initials] **Date:** 6/4/08





NBME®

# CSEC

*Clinical Skills Evaluation Collaboration*

Administrative Offices
3750 Market Street, 2nd Floor
Philadelphia, PA 19104
215-386-5703 Fax



ECFMG®

In the event that any of the provisions of this Agreement shall be held by a court or other tribunal of competent jurisdiction to be unenforceable, the remaining portions thereof shall remain in full force and effect.

This Agreement shall be governed by and construed in accordance with the laws of the State of Pennsylvania, where the ECFMG® has its headquarters.

IN WITNESS WHEREOF, the parties have signed this Agreement as of the date indicated below.

Signature: [signature]

Print Name: Jackie Bryant

Date: 01/25/10

Supervisor or Manager: Artis Ellis

Date: 1/25/2010

CSEC Executive Director: [signature]

Date: 2-8-2010

Original to Executive Director's office
Original filed with respective employer's (ECFMG® or NBME®) Human Resources Department

Revised March 2009