# EXHIBIT 24

**To:** Ambrose, Nancy[NAmbrose@ECFMG.org]
**Cc:** Paul, Christopher[CPaul@ECFMG.org]
**From:** Ellis, Artis
**Sent:** Tue 1/3/2012 2:35:57 PM
**Importance:**      Normal
**Subject:** RE: Certify exams this week

Hi Nancy,

I'm back in the office and I will take care of this.

Thanks for your help.

Artis

**From:** Ambrose, Nancy
**Sent:** Tuesday, January 03, 2012 8:04 AM
**To:** Ellis, Artis
**Cc:** Paul, Christopher
**Subject:** RE: Certify exams this week

Hi Artis, I certified your sessions from last week. There are still a few outstanding sessions from the week before. Let me know if I can certify them.

12/21 AM1 and 2 both look ready to certify.

12/22 AM1 has one unreviewed IR but AM2 looks ready to certify.

12/28 AM1 has one unreviewed IR too.

CONFIDENTIAL                                    ECFMG-ELLIS 006902

*CSE Session Certification Program - Windows Internet Explorer*

http://cscp.hou.ecfmg.org/sessionList.asp

File  Edit  View  Favorites  Tools  Help

CSE Session Certification Program

Date From 12/19/2011 (mm/dd/yyyy)    Date To [ ] (mm/dd/yyyy)

[Get Sessions]  [Clear]

7 sessions found.

| Session Date | Session Name | Session Type | Session Status | Unreviewed Incidents | Missing Checklists | Missing Notes | Data Certification |
|---|---|---|---|---|---|---|---|
| 12/21/11 | AM1 | LIVE | COMPLETE | 0 | 0 | 0 | Certify |
| 12/21/11 | AM2 | LIVE | COMPLETE | 0 | 0 | 0 | Certify |
| 12/22/11 | AM1 | LIVE | COMPLETE | 1 | 0 | 0 | Session cannot be certified. Session has 1 unreviewed incident(s). |
| 12/22/11 | AM2 | LIVE | COMPLETE | 0 | 0 | 0 | Certify |
| 12/28/11 | AM1 | LIVE | COMPLETE | 1 | 0 | 0 | Session cannot be certified. Session has 1 unreviewed incident(s). |
| 01/03/12 | AM2 | LIVE | RUNNING | 0 | 144 | 0 | Session cannot be certified. Session is not in COMPLETE status. Session has 144 missing checklist(s). |
| 01/03/12 | AM1 | LIVE | RUNNING | 0 | 144 | 0 | Session cannot be certified. Session is not in COMPLETE status. Session has 144 missing checklist(s). |

* - Session has one or more TA candidates.

Done

-----Original Message-----
From: Ellis, Artis

CONFIDENTIAL                ECFMG-ELLIS 006903

Sent: Thursday, December 29, 2011 11:05 AM
To: Ambrose, Nancy
Subject: Certify exams this week

Hi Nancy,

Can you please certify this week exams. I am on vacation and Brent is on FMLA. I will send the AOD an email to let you know when the exam is ready to be certify for today.

Have a safe New Year.

Artis

"This transmission (including any attachments) may contain confidential information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmissions in error, please immediately reply to the sender and delete this information from your system

CONFIDENTIAL                                                    ECFMG-ELLIS 006904