# EXHIBIT 25

**To:**      Ambrose, Nancy[NAmbrose@ECFMG.org]
**From:**    Paul, Christopher
**Sent:**    Wed 10/10/2012 6:05:04 PM
**Importance:**    **Normal**
**Subject:**  RE: Who certified these sessions?

Had to be Sharon


Christopher Paul

Director of Center Operations-CSEC

Phone 215-590-9201

Cell 267-315-1474

FAX 215-590-9444

Email- cpaul@ecfmg.org


**From:** Ambrose, Nancy
**Sent:** Wednesday, October 10, 2012 12:34 PM
**To:** Paul, Christopher
**Subject:** FW: Who certified these sessions?


Checking the HST kronos inswipes for 9/13, these are the only people in around 7am.


| | |
|---|---|
| Sharon | 7:00am |
| Heiddi | 6:50am |
| Rupa | 7:08am |
| Lee Hardin | 7:15am |


Can you check building access swipes to see if she actually came into the office herself?

                    ECFMG-ELLIS 006974

**From:** Clark, Dennis
**Sent:** Wednesday, October 10, 2012 12:22 PM
**To:** Ambrose, Nancy
**Cc:** Paul, Christopher
**Subject:** RE: Who certified these sessions?


That is local time at the site – so 7 AM Central/ Houston time.


**From:** Ambrose, Nancy
**Sent:** Wednesday, October 10, 2012 12:21 PM
**To:** Clark, Dennis
**Cc:** Paul, Christopher
**Subject:** RE: Who certified these sessions?


Dennis, is that Eastern time or Central time?


**From:** Clark, Dennis
**Sent:** Wednesday, October 10, 2012 12:14 PM
**To:** Ambrose, Nancy; Rosenberg, Ray
**Cc:** Paul, Christopher
**Subject:** RE: Who certified these sessions?


Nancy,

It looks like someone has Artis's credentials.  Here is what the database is
showing for the sessions on 9/11:


| ID User | Status | Cert Date/Time | Cert |
|---------|--------|----------------|------|
| 33869 | CERTIFIED | 13-Sep-2012 07:00:58 | AELLIS |


CONFIDENTIAL                                      ECFMG-ELLIS 006975

33874   CERTIFIED        13-Sep-2012 07:01:07    AELLIS

35328   CERTIFIED        13-Sep-2012 07:01:12    AELLIS


For 9/12:


33870   CERTIFIED        13-Sep-2012 07:01:21    AELLIS

33871   CERTIFIED        13-Sep-2012 07:01:17    AELLIS


Regards,

Dennis


**From:** Ambrose, Nancy
**Sent:** Wednesday, October 10, 2012 11:57 AM
**To:** Rosenberg, Ray; Clark, Dennis
**Cc:** Paul, Christopher
**Subject:** Who certified these sessions?


Hi Ray and Dennis, I'm not sure who to direct this request to. If it's not either of you can you tell me who to contact?


Someone certified the Houston exam sessions for the 9/11 and 9/12 exams. The certification was probably done on 9/13 between 1:13am and 9:59am.


Can you tell us who (or what computer terminal) was responsible for this? We have a security concern because neither Chris or I did it and the Houston manager was out on medical leave.


Thanks,

Nancy


-----Original Message-----

From: Ambrose, Nancy

Sent: Thursday, September 13, 2012 9:59 AM

To: Paul, Christopher

Subject: FW: CSE SESSION_PROCESSING for 9/13/2012


That's strange, the 9/11 and 9/12 HSt sessions show as uncertified on this report but I just checked in the certification link and they've already been certified. Do you already take care of them? Thanks!


-----Original Message-----

From: John LaCasse [mailto:JLaCasse@NBME.org]

Sent: Thursday, September 13, 2012 5:13 AM

To: Ambrose, Nancy; John LaCasse; Dungan, Ruth; Paul, Christopher

Subject: FW: CSE SESSION_PROCESSING for 9/13/2012


_____

From: CovertService@nbme.org

Sent: Thursday, September 13, 2012 1:13:17 AM (UTC-05:00) Eastern Time (US & Canada)

To: Lola Greenwalt; Vernice Carr-Smith; Rose Garbin; Kenny Yu; William Walsh; John LaCasse; Lingjia Zeng; Marie Brown; Jeannette Sanger; Colette Scott; Peter Johnson; Lois Harwood; Shirley Regan; James Rossi; Kimberly A. Swygert; Susan Zawislak; Shaojie Hu; Kevin Balog; Suny Chen; Allison Sullivan

Subject: CSE SESSION_PROCESSING for 9/13/2012

User:    cvrt_service

Database: prod

Fault Count: 0

Certified Sessions:

| Session | Type | Date | Location | Session Name | Certified Date |
|---------|------|------|----------|--------------|----------------|

---

33742     LIVE   9/12/2012   PHL       AM1       9/12/2012 3:46:34 PM

SPs Processed:          16

Candidates Processed:      12

Encounters Processed:    144

Surveys Processed:       12

33743     LIVE   9/12/2012   PHL       AM2       9/12/2012 3:46:33 PM

SPs Processed:          22

Candidates Processed:      11

Encounters Processed:      132

Surveys Processed:         11


33473      LIVE      8/23/2012     ATL        PM1        8/24/2012 4:59:33 PM

SPs Processed:            14

Encounters Processed:      144 (only in CSEBM)

Session previously brought over. No Candidates/Encounters were modified in CLITE/TAPS.


33771      LIVE      9/4/2012      ATL        AM1        9/4/2012 3:46:46 PM

SPs Processed:            23

Encounters Processed:      144 (only in CSEBM)

Session previously brought over. No Candidates/Encounters were modified in CLITE/TAPS.


33775      LIVE      9/10/2012     ATL        AM2        9/10/2012 3:22:37 PM

SPs Processed:            20

Encounters Processed:      144 (only in CSEBM)

Session previously brought over. No Candidates/Encounters were modified in CLITE/TAPS.


33810      LIVE      9/11/2012     ATL        PM1        9/12/2012 6:10:15 AM

SPs Processed:            14

Candidates Processed:      12

Encounters Processed:      144

                    ECFMG-ELLIS 006979

Surveys Processed:        12


33777     LIVE     9/12/2012     ATL        AM1        9/12/2012 5:30:04 PM

SPs Processed:             17

Candidates Processed:        11

Encounters Processed:        132

Surveys Processed:          11


33785     LIVE     9/12/2012     ATL        AM2        9/12/2012 5:30:02 PM

SPs Processed:             15

Candidates Processed:        12

Encounters Processed:        144

Surveys Processed:          12


33823     LIVE     9/11/2012     LA         AM1        9/12/2012 8:13:02 AM

SPs Processed:             14

Candidates Processed:        12

Encounters Processed:        144

Surveys Processed:          12


33825     LIVE     9/11/2012     LA         AM2        9/12/2012 8:13:03 AM

SPs Processed:             17

Candidates Processed:        12

Encounters Processed:        144

Surveys Processed:        12


33901     LIVE     9/4/2012     CHI     AM1        9/5/2012 7:22:45 AM

SPs Processed:          19

Encounters Processed:     144 (only in CSEBM)

Session previously brought over. No Candidates/Encounters were modified in CLITE/TAPS.


33909     LIVE     9/11/2012     CHI     AM1        9/12/2012 8:59:46 AM

SPs Processed:          14

Candidates Processed:     10

Encounters Processed:     120

Surveys Processed:        2


33910     LIVE     9/11/2012     CHI     AM2        9/12/2012 8:59:48 AM

SPs Processed:          17

Candidates Processed:     11

Encounters Processed:     132

Surveys Processed:        0


33941     LIVE     9/11/2012     CHI     PM1        9/12/2012 8:59:50 AM

SPs Processed:          12

Candidates Processed:     12

Encounters Processed:     144

Surveys Processed:          12


33719     LIVE     9/11/2012     PH2       AM1        9/11/2012 3:38:37 PM

SPs Processed:              16

Encounters Processed:      132 (only in CSEBM)

Session previously brought over. No Candidates/Encounters were modified in CLITE/TAPS.

_____

_____


Summary:

Total Sessions Processed:     157

SPs Processed:          2216

Certified Sessions Processed: 15 (10 of which are new to CLITE)

Candidates Processed:     115

Encounters Processed:     2088


Following is a list of completed sessions which have not been certified:


| Session ID | Session Date | Location | Session Type | Session Name |
|---|---|---|---|---|
| 33869 | 9/11/2012 | HOU | LIVE | AM1 |
| 33874 | 9/11/2012 | HOU | LIVE | AM2 |

          ECFMG-ELLIS 006982

| | | | | |
|---|---|---|---|---|
| 35328 | 9/11/2012 | HOU | LIVE | PM1 |
| 35672 | 9/12/2012 | ATL | LIVE | SPE |
| 33824 | 9/12/2012 | LA | LIVE | AM1 |
| 33826 | 9/12/2012 | LA | LIVE | AM2 |
| 33911 | 9/12/2012 | CHI | LIVE | AM1 |
| 33912 | 9/12/2012 | CHI | LIVE | AM2 |
| 33947 | 9/12/2012 | CHI | LIVE | PM1 |
| 33870 | 9/12/2012 | HOU | LIVE | AM1 |
| 33871 | 9/12/2012 | HOU | LIVE | AM2 |
| 33720 | 9/12/2012 | PH2 | LIVE | AM1 |
| 35177 | 9/12/2012 | PH2 | LIVE | AM2 |

SP/Case Information:

Number of SP/Case's switched to live status (from approved for calibration): 0

This email is sent automatically as part of the daily CSE operations.  Please do not reply to this email.

If you are receiving this email in error or wish to be removed from the distribution list, please email: lgreenwalt@nbme.org

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

ECFMG-ELLIS 006983

ECFMG-ELLIS 006984