# EXHIBIT 26

**To:** Ellis, Artis[AEllis@ECFMG.org]
**From:** Ambrose, Nancy
**Sent:** Mon 9/24/2012 2:20:52 PM
**Importance:** Normal
**Subject:** RE: Thank you from the bottom of my heart.

Artis, you've got a fantastic team and it was a pleasure working with them last week! Take care and rest up!

n.

-----Original Message-----
From: Ellis, Artis
Sent: Saturday, September 22, 2012 1:49 PM
To: Ambrose, Nancy
Subject: Re: Thank you from the bottom of my heart.

Thanks for the prayers. I know work is going to be work. Thanks for all of your help again.

Love you more than you know.

Artis



Artis Ellis

CSEC-Houston Center Manager
400 N. Sam Houston PKWY E
Suite 700
Houston, Texas 77060
(281) 260-7400 ext 7226

"This transmission (including any attachments) may contain confidential information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmissions in error, please immediately reply to the sender and delete this information from your system

----- Original Message -----
From: Ambrose, Nancy
Sent: Friday, September 21, 2012 09:30 AM
To: Ellis, Artis
Subject: RE: Thank you from the bottom of my heart.

Artis, you're most welcome! I hope you have a speedy recovery. We're praying for you! And don't worry about anything at work. We've got you covered :)

Nancy

-----Original Message-----
From: Ellis, Artis
Sent: Friday, September 21, 2012 9:11 AM
To: Pullen Sandie; Ambrose, Nancy; Paul, Christopher
Subject: Fw: Thank you from the bottom of my heart.

------Original Message------
To: Artis Ellis
Subject: Thank you from the bottom of my heart.
Sent: Sep 21, 2012 8:07 AM

Hello Sandie, Nancy, and Chris-

I can't tell you how grateful I am for everyone stepping up and coming to assist Houston while we are going through this transition phase.

This experience has taught me not to take things for granted. I am still in awe how I was at work one day, and having major brain surgery two days later.

My recovery is going well as expected. I have to remind myself I had a major surgery and healing is now what's required of me.

Glad to hear team Houston is working together and respecting my healing time. Please note, I am forever grateful once again to all of the Houston team, CSEC management, HR, and all others that prayed for healing for me and my family. Those that are giving up time from their center and family to come help Houston. (I am overwhelmed) with this type of support. It truly shows the true meaning and dedication of team work.

I will stay in touched with everyone as I continue to reached the highest level of recovery that's expected of me.

May God's blessing continue to be upon all of you.

Most gracious, Thank you!

Artis Ellis



Artis Ellis

CSEC-Houston Center Manager
400 N. Sam Houston PKWY E
Suite 700
Houston, Texas 77060
(281) 260-7400 ext 7226

"This transmission (including any attachments) may contain confidential information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmissions in error, please immediately reply to the sender and delete this information from your system