# EXHIBIT 27

 EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-823-2289 | 215-966-3124 Fax
www.ecfmg.org

Via – Fed-ex tracking # 8009 7706 9787

October 19, 2012

Artis Ellis
3915 Oakside Drive
Houston, TX 77053

Dear Artis,

As you are aware, the Federal Medical Leave Act (FMLA) provides up to twelve weeks of an unpaid leave in a twelve-month period, and continuation of health benefits under certain circumstances. Your current approved FMLA leave began back on September 12, 2012 until October 19, 2012. We have received your Fit for Duty form completed by your physician; releasing you to return to work at full capacity as of October 22, 2012.

You previously used FMLA beginning January 18, 2012 until January 30, 2012, to care for your spouse. You currently have 4 weeks and 6 days of FMLA remaining in this 12 month period. If you have the need for additional FMLA time, please contact me.

Feel free to contact me if you have any questions.

Sincerely,


Sharon Trowell-Roman
HR Manager

Cc: File



EXHIBIT NO. 22
P. Antone, CRR

ECFMG® is an organization committed to promoting excellence in international medical education.

**FedEx Express** NEW Package US Airbill

FedEx Tracking Number: 8009 7706 9787

Form ID No.: 0200

**1 From** Please print and press hard.

Date: 10/19/12
Sender's FedEx Account Number: 0191305205

Sender's Name: Helen Ann Coin
Phone: (215) 823-2134

Company: ECFMG

Address: 3624 Market St.

City: Philadelphia  State: PA  ZIP: 19104

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Artis Ellis
Phone: (713) 434-7702

Company:

Address: 3915 Oakside Dr.

Address:

City: Houston  State: TX  ZIP: 77053

**4 Express Package Service**

- [x] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**

- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**

- [x] SATURDAY Delivery

- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:

- [x] Sender Acct No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages  Total Weight  Total Declared Value

644

CONFIDENTIAL   ECFMG/Ellis000399