# EXHIBIT 32

USMLE Step 2 Clinical Skills Examination

# Clinical Skills Evaluation Centers' Management Guide

## March 2012

This manual was developed for CSEC staff to use in administering the USMLE Step 2 Clinical Skills Examination. It contains confidential and proprietary information that is the property of the Clinical Skills Evaluation Collaboration. Do not remove this manual from the Clinical Skills Evaluation Center. The information in this manual may never be discussed, shared or disclosed in any manner or under any circumstances other than working with CSEC Staff. Failure to follow this policy may result in dismissal and prosecution. When updates are made, this manual should be shredded and replaced immediately with an updated copy.

Trainer on Duty and Administrator on Duty Absences / Shift Change Request

For the TODs and AODs, refer to the TOD and AOD Manuals.

Control Room Operators Absences / Shift Change Request

For the CROs, refer to the CRO Manual.

# Illness

### Standardized Patients

If an SP reports for work with a medical problem, the TOD will consult with Gail Furman and/or Thomas Rebbecchi, the CM, ACM and/or the Senior on Call to decide whether or not the SP should work in the exam.

If an SP requests to be removed from the exam for an unforeseen medical problem, the SP will be sent home and will be paid for that shift. SPs will be required to sign the *Acknowledgement of Removal from Exam Form*, which will detail the reason why s/he have left the exam early. Any SP who requests to leave the exam early a second time in a 3 month period will receive a verbal warning from Management  A third instance in a 3 month period will result in further corrective action.

If an SP reports to work with a medical problem (i.e. transient history) and is not allowed to work in the exam that day, the SP will be sent home and paid only for his/her actual required time on-site.

# ADA Accommodations

Please see the Test Accommodations Manual for procedures for administering a special accommodations exam session. ....Common\Policies, Procedures, Manuals\Accommodations

# Administrative Leave

When an incident occurs concerning an employee and the Manager perceives a potential threat for violence or other disturbance – the Manager should send the employee home on administrative leave pending investigation and consult with HR and the Director of Center Operations.

CONFIDENTIAL                                                                        EDFMG-ELLIS 006922

SPs will not swipe in more than 15 minutes (7:45 AM or 2:45 PM) before your scheduled starting time (8:00 AM or 3:00 PM for the exam) and will not swipe out later than 5 minutes after quitting time (approximately 3:00 PM or 10:00 PM for the exam), unless the exam administration has been delayed or you have received prior authorization from Center Management.

Calling ahead to alert the SP Message Line (or case Trainer for a training session) of lateness is required and is taken into consideration when/if disciplinary action is warranted.

If SPs are going to be late for an exam, they must call the SP Message Line by 8:00 (AM shift) or 3:00 (PM shift) and state estimated arrival time.

If SPs are going to be late for individual training, they should call at least a half hour in advance and speak directly with the case Trainer.

If SPs are going to be late for a mandatory workshop, they should leave a message on the SP Message Line explaining the specific reason for lateness at least a half hour in advance of the start time for the workshop.

If SPs arrive after the scheduled start time, they will be asked to complete an ACKNOWLEDGEMENT OF LATENESS FORM.

If SPs arrive late for a scheduled exam shift and have already been replaced, they will be sent home without pay.


## Corrective Action Procedures for SP Lateness

Follow the same Corrective Action process as it is written under the heading Corrective Action PTAN Attendance / Corrective Action Procedures for Attendance.


# Dress Code

## Standardized Patient

The Standardized Patient uniform for work during an exam shift and during designated training sessions consists of:

* 1 patient gown, worn with the opening in the back
* 1 robe, to be worn before or after an encounter and when not in the exam room.
* Footwear, to be worn before or after an encounter and when not in the exam room unless otherwise specified.
* Underpants, which the SP must provide.  Females must wear a bra and it must be a standard bra that opens in the back.  (An SP will be sent home without pay for failure to wear appropriate underwear). (See SP orientation in Ecase for more details)

CSEC will provide the patient gown and robes, although an SP may provide their own robe and/or slippers.  CSEC will provide laundry services for patient gowns, but SPs

are responsible for the laundering of their robes, whether CSEC or self provided, during their employment. For non-SP work, the style of dress is left to the discretion of individual employees. However, all ECFMG employees must present a clean, neat, professional appearance and dress according to the requirements of their duties.

### Proctor

As a professional, public service oriented collaboration, it is important to remember that CSEC staff members, especially Proctors, represent our organization to the examinees as well as all other external contacts.

Proctors are expected to dress in a neat, clean, tailored and presentable manner. Distracting jewelry and fashion accessories are not permitted. The Proctor dress code consists of a uniformed proctor shirt, which is provided; black, blue or tan pants, knee length or longer skirts and professional shoes. No sneakers, sandals, jeans, shorts or colored clothes are permitted.

### CROs, Trainers On Duty And Administrators On Duty

CROs, Trainers on Duty, and Administrators on Duty must follow the regular dress code as stated in the ECFMG Employee Handbook. Please refer to handbook for a full explanation.

# Drugs/ Drug Abuse

Please refer to this policy/procedure in the ECFMG Employee Handbook (See Public Folders in Outlook/*HR Folder*).

# Emergency

Please refer to this policy/procedure in the ECFMG Business Continuity Manual.

# Server Room procedure for temperature alerts

Please refer to the policy/procedure is located in the ECFMG Business Continuity Manual.

# Employee Files

### HR Personnel Files

The CSEC CM should keep and maintain the files for the Assistant Manager, Trainers, SPs and Operations Specialist. The Medical Advisor should keep and maintain medical files and Case Matching data for SPs.

USMLE Step 2 Clinical Skills Examination

# Clinical Skills Evaluation Centers' Management Guide

## September 2012

This manual was developed for CSEC staff to use in administering the USMLE Step 2 Clinical Skills Examination. It contains confidential and proprietary information that is the property of the Clinical Skills Evaluation Collaboration. Do not remove this manual from the Clinical Skills Evaluation Center. The information in this manual may never be discussed, shared or disclosed in any manner or under any circumstances other than working with CSEC Staff.  Failure to follow this policy may result in dismissal and prosecution. When updates are made, this manual should be shredded and replaced immediately with an updated copy.

ECFMG/Ellis 008365

Trainer on Duty and Administrator on Duty Absences / Shift Change Request

For the TODs and AODs, refer to the TOD and AOD Manuals.

Control Room Operators Absences / Shift Change Request

For the CROs, refer to the CRO Manual.

# Illness

### Standardized Patients

If an SP reports for work with a medical problem, the TOD will consult with Gail Furman and/or Thomas Rebbecchi, the CM, ACM and/or the Senior on Call to decide whether or not the SP should work in the exam.

If an SP requests to be removed from the exam for an unforeseen medical problem, the SP will be sent home and will be paid for that shift. SPs will be required to sign the *Acknowledgement of Removal from Exam Form*, which will detail the reason why s/he have left the exam early.  Any SP who requests to leave the exam early a second time in a 3 month period will receive a verbal warning from Management  A third instance in a 3 month period will result in further corrective action.

If an SP reports to work with a medical problem (i.e. transient history) and is not allowed to work in the exam that day, the SP will be sent home and paid only for his/her actual required time on-site.

# ADA Accommodations

Please see the Test Accommodations Manual for procedures for administering a special accommodations exam session. ....Common\Policies, Procedures, Manuals\Accommodations

# Administrative Leave

When an incident occurs concerning an employee and the Manager perceives a potential threat for violence or other disturbance – the Manager should send the employee home on administrative leave pending investigation and consult with HR and the Director of Center Operations.

ECFMG/Ellis 008372

the exam administration has been delayed or you have received prior authorization from Center Management.

Calling ahead to alert the SP Message Line (or case Trainer for a training session) of lateness is required and is taken into consideration when/if disciplinary action is warranted.

If SPs are going to be late for an exam, they must call the SP Message Line by 8:00 (AM shift) or 3:00 (PM shift) and state estimated arrival time.

If SPs are going to be late for individual training, they should call at least a half hour in advance and speak directly with the case Trainer.

If SPs are going to be late for a mandatory workshop, they should leave a message on the SP Message Line explaining the specific reason for lateness at least a half hour in advance of the start time for the workshop.

If SPs arrive after the scheduled start time, they will be asked to complete an ACKNOWLEDGEMENT OF LATENESS FORM.

If SPs arrive late for a scheduled exam shift and have already been replaced, they will be sent home without pay.

## Corrective Action Procedures for SP Lateness

Follow the same Corrective Action process as it is written under the heading Corrective Action PTAN Attendance / Corrective Action Procedures for Attendance.

# Dress Code

## Standardized Patient

The Standardized Patient uniform for work during an exam shift and during designated training sessions consists of:

- ✴ 1 patient gown, worn with the opening in the back
- ✴ 1 robe, to be worn before or after an encounter and when not in the exam room.
- ✴ Footwear, to be worn before or after an encounter and when not in the exam room unless otherwise specified.
- ✴ Underpants, which the SP must provide. Females must wear a bra and it must be a standard bra that opens in the back. (An SP will be sent home without pay for failure to wear appropriate underwear). (See SP orientation in Ecase for more details)

CSEC will provide the patient gown and robes, although an SP may provide their own robe and/or slippers. CSEC will provide laundry services for patient gowns, but SPs are responsible for the laundering of their robes, whether CSEC or self provided, during their employment. For non-SP work, the style of dress is left to the discretion of

ECFMG/Ellis 008388

individual employees.  However, all ECFMG employees must present a clean, neat, professional appearance and dress according to the requirements of their duties.

## Proctor

As a professional, public service oriented collaboration, it is important to remember that CSEC staff members, especially Proctors, represent our organization to the examinees as well as all other external contacts.

Proctors are expected to dress in a neat, clean, tailored and presentable manner. Distracting jewelry and fashion accessories are not permitted.  The Proctor dress code consists of a uniformed proctor shirt, which is provided; black, blue or tan pants, knee length or longer skirts and professional shoes.  No sneakers, sandals, jeans, shorts or colored clothes are permitted.

## CROs, Trainers On Duty And Administrators On Duty

CROs, Trainers on Duty, and Administrators on Duty must follow the regular dress code as stated in the ECFMG Employee Handbook.  Please refer to handbook for a full explanation.

# Drugs/ Drug Abuse

Please refer to this policy/procedure in the ECFMG Employee Handbook (See Public Folders in Outlook/*HR Folder*).

# Emergency

Please refer to this policy/procedure in the ECFMG <u>Business Continuity Manual</u>.

# Server Room procedure for temperature alerts

Please refer to the policy/procedure is located in the ECFMG <u>Business Continuity Manual</u>.

# Employee Files

## HR Personnel Files

The CSEC CM should keep and maintain the files for the Assistant Manager, Trainers, SPs and Operations Specialist. The Medical Advisor should keep and maintain medical files and Case Matching data for SPs.

25

Located on the common drive (PHL PAMS 10)/CSECCC Management/ CSECCC Manager's Guide   ECFMG/Ellis 008389