# EXHIBIT 33

- John Repasch

- Feb 21, 2014

To

- afharden

Well I'm glad you see my point now at least....

Have a good weekend and let me know how the job search goes.

---

On Fri, 2/21/14, afharden <afharden > wrote:

Subject: Re: Wedding
To: "John Repasch" <jrepasch >
Date: Friday, February 21, 2014, 11:54 AM

Thanks John,

You have no idea how much
shame I dealt with about that pregnancy. I wish I was half
the lady she is. I know longer hold myself in that type of
shame any longer. But, it's all good. I'm happy, my
health is better and things are starting to look up for me.
I wish you could have seen Chris face, it was like I busted
you. Never once thinking ok, I made a mistake. I own up to
it and it's all good. He gave her away on Friday so
theirs no connection now.

Just for the record....I wasn't hiding
anything from you; I really couldn't see the problem.
Now I can see your point how someone could have perceived
malice intent.

I thought
you were practicing don't ask don't tell.

Sent from my iPad

> On Feb 21, 2014, at 8:37 AM, John Repasch

EXHIBIT NO. 16
P. Antone, CRR

ELLIS - 000233

&lt;jrepasch@▉▉▉&gt;
wrote:
&gt;
&gt; First and
foremost, I'm talking to you as your friend and not as
an ECFMG employee.
&gt;
&gt; Second, know that I do not nor would I
ever judge you for your past. First, I am no saint and
second, I have a 24 year old stepdaughter and a 40 year old
wife...do the math. And like Patty, I have always had a
tremendous respect for you because you worked hard to build
yourself up while raising 3 amazing children.
&gt;
&gt; BUT, I wish you had
been straight with me when we hired Jackie. I can't
say, knowing this information now, whether we would have
hired Troi but we could have at least cleared either of
their hiring with Hite and HR. Doing that would have
eliminated any appearance of a conflict of interest or that
you had tried to hide your relationship with them. And you
have to know from other people's perspective that's
how it appears to them. I hope this makes sense.
&gt;
&gt;
&gt;
&gt;
&gt;
----------------------------------------
&gt; On Fri, 2/21/14, afharden▉▉▉
&lt;afharden▉▉▉&gt;
wrote:
&gt;
&gt; Subject:
Re: Wedding
&gt; To: "John
Repasch" &lt;jrepasch▉▉▉&gt;
&gt; Date: Friday, February 21, 2014, 9:04
AM
&gt;
&gt; Here's the
deal. Yes,
&gt; Troi is Brittan's bio
father. I met my ex-husband when
&gt;
Brittani was 3months. I got pregnant right after high
school
&gt; (prom) night. I didn't go to

the prom with Troi. I was
> young and
made a poor decision. Troi wasn't active in
> our lives because I had married and moved
on. Troi worked a
> lot so he didn't
get a chance to spend a lot of time
>
with her. Our paternity terms were 1,3 and 5th weekend.
> Troi/parents wife whomever would pick Brit
up from daycare
> and return her to my
mother's home. Troi and I was never
>
in a relationship.
>
> 25 years
> later Jackie
started working at ECFMG. Brittani is grown so
> I have no hard feelings about her or Troi.

>
> Troi asked you
if he could
> work there as an SP. I am
out on leave for the 1st kidney
>
transplant. Then we had Ike by the time I was back fully
at
> work Troi was hired as an SP. And
I was the manager. I
> didn't have no
feelings about Troi because I was not
>
related to him in any way. I couldn't have told you
> where Troi lived. 2years later he applies
for a full time
> job. Know one told me
he had applied for a trainer job. He
>
was there top pick as well as our. Troi worked and did hid
> job like everyone else. When this
was brought to my
> attention. Troi had
been gone over a year.
>
> Here's the issue for me,

ELLIS - 000235

> why should I have to disclose my past
sexual encounters with
> my employer.
Upon my hire it ask me was I related by blood,
> adoption and so on. I never had malice in
my heart to do
> wrong. And why should he
not be afforded an opportunity
> because
he me. Do you think That's right.
>

> First I was ashamed because I
> had a child out of wedlock and a teen
mother. I worked hard
> finished college
with two children after going through a
>
bitter divorce.
>
> I
made a
> mistake being a teen mother.
Where did I make the mistake
> with my
employer. According to their policy. Isn't
> it's something when it's my sin.
But everyday I know
> they fall short
daily how they treat people. I gain nothing
> when Troi worked their so it wasn't a
win for me while
> he was there. Brittani
had finish college so it wasn't
>
like I got child support. Is that not discriminating
against
> him and he meets all the
requirements and the one reason he
>
can't work there because we made a mistake nearly 30
> years ago. Can you say that's right
>
> Sent from my iPad
>
> >
> On Feb 21, 2014, at 7:26 AM, John Repasch
<jrepasch█████████>

ELLIS - 000236

```
> wrote:
>>
>> And what
> would I
testify since I wouldn't know until this
> week?
>>
>>
>>
>
-------------------------------------------
>> On Fri, 2/21/14, afharden
> <afharden            >
> wrote:
>>
>> Subject:
> Re:
Wedding
>> To: "John
> Repasch" <jrepasch          >
>> Date: Friday, February 21, 2014,
7:58
> AM
>>
>> This is one
> thing
I'm
>> in litigation for. I
told
> I will always be 100 with you.
Do
>> you
> really
want to know the truth knowing you might have to
>> testify. Your choice
>>
>
>> Sent
>> from
my
> iPad
>>
>>> On Feb
> 21,
2014, at
>> 6:52 AM, John Repasch
> <jrepasch
>> wrote:
```

```
>>>
>>> Is Troi
>>
> Brittani's
father?
>>>
>>
>
-------------------------------------
>>> On Thu, 2/20/14, afharden
>> <afharden           >
>> wrote:
>>>

>>> Subject:
>> Re:
> Wedding
>>> To: "John
>> Repasch" <jrepasch
>>> Date: Thursday, February 20,
2014,
> 4:06
>>
PM
>>>
>>> Sure, The
>>
wedding
> was
>>> very nice. Simply
>> beautiful!
>>>
>>>
>> Sent from my
>
iPad
>>>
>>>>
>
>>> On Feb 20, 2014,
>> at 1:39 PM, John Repasch <jrepasch          >
>>> wrote:
>>>>
>
>>>> Hey
>>>
> Artis,
```

```
> > > >
> > > > Thanks
> > for
> > >
sharing the pictures.  They looked
> >
wonderful and I hope
> > > everything
went
> >
> well.
> > > >
> > > > I
> >
need to ask
> you a serious
> > >
> >
> question.
```

ELLIS - 000239