# EXHIBIT 35

 **EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES**

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-823-2147 ● FAX: 215-386-3185 ● www.ecfmg.org

October 4, 2006

Artis Ellis

Dear Artis,

I was very sorry to hear that you needed surgery but hope all is well and wish you a quick recovery.

We are in receipt of your FMLA leave request and health care certification paperwork. The paperwork has been reviewed and your FMLA leave has been approved for the time period beginning September 29, 2006, and ending on approximately October 16, 2006. FMLA provides employees with up to twelve weeks of unpaid leave in a twelve-month period, and continuation of your health benefits under certain circumstances.

Any applicable available paid time off ("PTO") including sick time, vacation and optional holidays, must be utilized and will be counted as part of the twelve (12) week Family and Medical Leave time, unless STD benefits apply. The remainder of the leave shall be unpaid. Accruals for sick and vacation cease during an unpaid leave of absence.

### Short Term Disability (STD)

I have enclosed a STD packet for both you and your physician to complete. If you are out of work for illness or injury beyond a two (2) week period and you are eligible for STD benefits, you will need to complete the enclosed Sun Life claim packet. If approved, this benefit will provide income during your absence. The first two (2) week period of your disability, as determined by the insurance company is know as the "waiting period" in which you will be required to use any available sick, vacation or optional holiday time. If your claim is approved, you will receive a disability benefit check directly from Sun Life. STD pays employees 60% of their annual salary. At the time your claim is approved, you will have the option of supplementing your disability payment with any available/remaining sick, vacation or optional holiday time. You can use your available time to cover the remaining 40% of your net pay until your time has been exhausted.

The Sun Life, STD claim packet is nine (9) pages in length. You are responsible for completing Section B (employee's statement) and your attending physician is responsible for completing Section C. Once complete, please return the packet to Human Resources. We will complete Section A and fax the final document to Sun Life for underwriting review.

*Ellis*

EXHIBIT NO. *12*

P. Antone, CRR

*ECFMG® is an organization committed to promoting excellence in international medical education.*

CONFIDENTIAL    ECFMG/Ellis000371

**Returning to Work**

As previously mentioned, your expected return to work date is October 16, 2006. I have enclosed a "Fitness for Duty" form that your physician will need to complete indicating that you are fit to return to your duties. Please return this form to Human Resources at least two days prior to your return. Please also remember that your manager will need to complete a "Personnel Change" form (when your leave ends) to accurately reflect your change in status.

If you have any questions regarding this letter or FMLA in general, please do not hesitate to contact me. I can be reached at 215-823-2147.

Sincerely,


JillAdrienne Purdy
Manager, Human Resources


Cc:  Betty T. LeHew, HR Director
     File


Encl:  Fitness for Duty form
       STD packet

CONFIDENTIAL   ECFMG/Ellis000372

 **ECFMG**℠ EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-823-2126 | 215-966-3124 Fax
www.ecfmg.org

VIA:  US MAIL & Fed Ex # 8534 8007 7564

May 8, 2008



Dear Artis,

I was very sorry to hear that you/your husband will need surgery and wish you the best for a quick recovery.

Please be advised that your upcoming absence may fall under the parameters of the Family and Medical Leave Act of 1993 ("FMLA").  This act provides ECFMG employees with up to twelve weeks of unpaid leave in a rolling twelve-month period and continuation of you health benefits under certain circumstances.  FMLA also ensures that your current position (or an equivalent job offering similar pay, benefits, etc.) will be available upon your ability to return to work.

In order for ECFMG to determine if your leave should be designated as FMLA and apply your rights under the leave, it is necessary for you to complete the enclosed Request for Family and Medical Leave and have your physician complete the Certification of Health Care Provider. You must furnish certification before the leave begins, or if that is not possible, within 15 days of our request for the certification. If you fail to do so, we may: (a) delay the commencement of your leave; or (b) withdraw any designation of FMLA leave, in which case your leave of absence would be unauthorized, which may subject you to disciplinary action up to and including termination.  Please complete the employee portion and have your doctor complete the physician portion before returning them to me.  I have also enclosed a Fitness for Duty form.  When you are able to return to work, your physician will need to complete this document indicating that you are fit to return to your duties. Please return the Fitness for Duty form to Human Resources at least two days prior to your return to work. *Please note:  If in the next few weeks it is determined that only your husband needs surgery, then you would have his physician complete the Certification and return it back to us within 15 days.*

If ECFMG determines that your leave should be designated as FMLA, it will be unpaid unless you have available sick, vacation and/or optional holiday time or you qualify for Short Term Disability (STD) benefits. If you are out of work for illness or injury beyond a two (2) week period and you are eligible for STD benefits, you will need to complete the enclosed Sun Life claim packet.  If approved, this benefit will provide income during your absence.  The first two (2) week period of your disability, as determined by the insurance company is know as the "waiting period" in which you will be required to use any available sick, vacation or optional holiday time.  If your claim is approved, you will receive a disability benefit check directly from Sun Life.  STD pays employees 80% of their annual salary.  At the time your claim is approved, you will have the option of supplementing your disability payment with any available/remaining sick, vacation or optional holiday time. You can use your available time to cover the remaining 20% of your net pay until your time has been exhausted.

The Sun Life, STD claim packet is nine (9) pages in length.  You are responsible for completing Section B (employee's statement) and your attending physician is responsible for completing Section C.  Once complete, please return the packet to Human Resources.  We will complete Section A and fax the final document to Sun Life for underwriting review.

ECFMG® is an organization committed to promoting excellence in international medical education.
CONFIDENTIAL   ECFMG/Ellis000373

STD benefits are taxable under IRS regulations.  Because the payment of this benefit is issued by the insurance company, not ECFMG payroll, we are not able to take the appropriate tax deduction from the disability benefit check that you receive from Sun Life.  At the end of the year, you will be issued a 1099 tax form in which you will need to claim this additional income on your tax return.

There are several documents enclosed:

1. "Request for FMLA" form – Must be completed by the employee requesting a leave of absence (time off work) and submitted to Human Resources.

2. FMLA Healthcare Certification packet - Under the Federal guidelines, this information will be reviewed for approval and may hold your employment & benefits (with the same or equivalent position) and grant you the approved time off without penalty.

3. STD Request Form and Claim packet – Benefit claim for the insurance company that, if approved will help cover lost of income during the time you are out with an illness or injury.

4. "Fitness For Duty" form – Should you require surgery, your attending physician will need to complete this form indicating you are able to return to work and perform your duties.  This form should be returned to Human Resources at least two (2) days prior to your return.

I realize that this is a great deal of information enclosed in one letter.  Please call me if you have any questions regarding this letter, or FMLA leave in general.  I can be reached at 215-823-2147.

Sincerely,

JillAdrienne Purdy
Manager, Human Resources

Cc:     file;
        B. LeHew, Director of Human Resources

Encl:   FMLA Request form
        FMLA Certification;
        Fitness for Duty form;
        Sun Life claim packet

CONFIDENTIAL   ECFMG/Ellis000374



| ECFMG™ | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | 3624 Market Street<br>Philadelphia PA 19104-2685 USA<br>215-823-2126 | 215-966-3124 Fax<br>www.ecfmg.org |

VIA: Regular & Certified Mail 7007 0220 0002 7822 6090

June 25, 2008

Artis Ellis

███████████

Dear Artis:

I am sorry to hear you are not well.

We are in receipt of your FMLA leave request. The paperwork has been reviewed and your unpaid leave has been approved for the time period beginning June 30, 2008 and ending August 1, 2008. FMLA provides employees with up to twelve weeks of unpaid leave in a twelve-month period, and continuation of you health benefits under certain circumstances.

Any applicable available paid time off ("PTO") including sick time, vacation and optional holidays, must be utilized and will be counted as part of the twelve (12) week Family and Medical Leave time, unless STD benefits apply. The remainder of the leave shall be unpaid. Employees have the option to use sick time (provided they have accrued the time) when the leave is not for their own serious health condition. You have chosen to accept that option. Accruals for sick and vacation cease during an unpaid leave of absence.

Your healthcare provider has indicated a recovery period of approximately 6 weeks, with a return to work date of August 4, 2008. You will be required to notify us (prior to your return to work) if your end of leave date changes. Please also remember that your manager will need to complete a Personnel Change Form when your leave begins and ends to accurately reflect your status. If you have any questions regarding this letter, or your FMLA leave, I can be reached at 215-823-2126.

Sincerely,


Joe Plush, HR Benefits Generalist
Cc: John Repasch


EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-823-2126 | 215-966-3124 Fax
www.ecfmg.org

VIA: Regular & Certified Mail 7007 0220 0002 7822 6106

July 7, 2008

Artis Ellis
3915 Oakside Drive
Houston, TX 77053

Dear Artis:

We are in receipt of your medical documentation stating that your surgery, originally scheduled
for June 30, 2008, has been rescheduled for July 17, 2008. No additional documentation will be
needed from you at this time as your FMLA leave will be approved for the time period beginning
July 17, 2008. FMLA provides employees with up to twelve weeks of unpaid leave in a twelve-
month period, and continuation of you health benefits under certain circumstances.

Any applicable available paid time off ("PTO") including sick time, vacation and optional
holidays, must be utilized and will be counted as part of the twelve (12) week Family and
Medical Leave time, unless STD benefits apply. The remainder of the leave shall be unpaid.
Employees have the option to use sick time (provided they have accrued the time) when the leave
is not for their own serious health condition. You have chosen to accept that option. Accruals for
sick and vacation cease during an unpaid leave of absence.

Your healthcare provider has indicated a recovery period of approximately 6 weeks. You will be
required to notify us (prior to your return to work) if your end of leave date changes. Please also
remember that your manager will need to complete a Personnel Change Form when your leave
begins and ends to accurately reflect your status. If you have any questions regarding this letter,
or your FMLA leave, I can be reached at 215-823-2147.

Sincerely,

JillAdrienne Sampson, HR Manager
Cc: John Repasch

ECFMG® is an organization committed to promoting excellence in international medical education.
CONFIDENTIAL   ECFMG/Ellis000376

ECFMG® Personnel Information Change Form

ECFMG
HOUSTON

## All changes must be approved by the employee's manager. Check all that apply:

☐ Rehire
☐ Promotion
☐ Primary Job Change (Title)
☐ Pay Rate Change
☐ Job Reclassification (Hierarchy Level)
☐ Job Description – Attach new JD
☐ Transfer to another department/state
☐ Additional Job
☐ Demotion
☐ FLSA Category – Exempt or Non-exempt

☐ Employee Type – regular FT, regular PT, % of regular PT, PTAN, or temporary
X Employee Status – FMLA, personal leave, return to active, etc.
☐ *Layoff (no work available)
☐ *Resignation
☐ *Termination of Employment – Must be approved by HR prior to the action.
☐ Change or add to an Email distribution list

**Employee Name:** Artis Ellis

**Old Information:**

**New Information:**

**Full Explanation of Reason for Change:** (Attach all related documents)

Artis has been released by her physician to come back from FMLA approved leave.

**Effective Date:** 8/18/08      (Required for all changes)

**Termination Code:**      (Required for layoff, resignation & terminations)

**\* For Resignation and Termination, List all ECFMG property returned:** (Kronos, ID, key, phone, laptop, etc)

X _____       8/19/08
Manager's Signature                   Date

X _____       8/27/08
H.R. Director's Signature              Date

X _Betty ____ for Dr A Gobe _____   8/25/08
V.P. Signature                        Date

*For H.R. Use Only:*
☑ Terminations & Resignations: Send an email to Help Desk to discontinue email and voicemail access.
☑ Terminations & Resignations: Check that _____ has been returned.
Entered By: _____ Date _____ By: _____ Date: ____

EXHIBIT NO. 14

P. Antone, CRR

CONFIDENTIAL - ECFMG/Ellis000080

**ECFMG®** EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia, PA 19104-2685 USA
215-386-5900 | 215-966-3124 Fax
www.ecfmg.org

**RECEIVED** JAN 2 6 2012

ECFMG/HUMAN RESOURCES

### REQUEST FOR FMLA LEAVE OF ABSENCE

Complete the form and return it to Human Resources.

Name _Artis Ellis_          Home Phone ▮▮▮▮▮▮▮

Street Address: ▮▮▮▮▮▮▮

City: ▮▮▮▮▮▮   State: ▮▮   Zip: ▮▮▮▮▮

Job Title _Center Manager_   Dept & Ext. _CSEC- Houston_

I require a Leave of Absence due to the following reasons: (Check one)

_____   Birth and care of my child or placement for Adoption/Foster Care of Child

_____   Serious Health Condition that makes me unable to perform the essential functions of my job.

__X__   Serious Health Condition affecting my ⌐ spouse, ⌐ child, ⌐ parent, for which I need to provide care.

Please describe _Assist with the care of my husband after Kidney transplant_

I need this Leave of Absence to begin on _1/18/12_ and I expect to return on or about _1/30/12_.
                                          Date                                           Date

**ECFMG HOUSTON**

I realize that I will need to provide Medical Certification from my health care provider for reasons of my Serious Health Condition or that of a spouse, child or parent I will be caring for.

I understand that I will be informed in writing as to whether my request for Family Medical Leave of Absence has been approved. I will be required to utilize all available, applicable paid time off while I am out on this leave. I also understand that the FMLA leave can last no longer than twelve (12) weeks. Should I need time beyond the allotted FMLA leave, I will request a non-FMLA leave based on the ECFMG® policy.

Requestor's Signature _Artis Ellis_   Date _1/18/12_

Human Resources Signature _____   Date _1/26/12_

ECFMG® is an organization committed to _____ in international medical education.

EXHIBIT NO. _18_
Ellis
P. Antone, CRR

CONFIDENTIAL   ECFMG/Ellis000377

Certification of Health Care Provider for
Family Member's Serious Health Condition
(Family and Medical Leave Act)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



OMB Control Number: 1215-0181
Expires: 12/31/2011

**SECTION I: For Completion by the EMPLOYER**
INSTRUCTIONS to the EMPLOYER: The Family and Medical Leave Act (FMLA) provides that an employer
may require an employee seeking FMLA protections because of a need for leave to care for a covered family
member with a serious health condition to submit a medical certification issued by the health care provider of the
covered family member. Please complete Section I before giving this form to your employee. Your response is
voluntary. While you are not required to use this form, you may not ask the employee to provide more information
than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain
records and documents relating to medical certifications, recertifications, or medical histories of employees' family
members, created for FMLA purposes as confidential medical records in separate files/records from the usual
personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact:  ECFHG - Sharon Trowell-Roman

**SECTION II: For Completion by the EMPLOYEE**
INSTRUCTIONS to the EMPLOYEE: Please complete Section II before giving this form to your family
member or his/her medical provider. The FMLA permits an employer to require that you submit a timely,
complete, and sufficient medical certification to support a request for FMLA leave to care for a covered family
member with a serious health condition. If requested by your employer, your response is required to obtain or
retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and
sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer
must give you at least 15 calendar days to return this form to your employer. 29 C.F.R. § 825.305.

Your name:   Artis                                        Ellis
           First                Middle                Last

Name of family member for whom you will provide care:  Kenneth                    Ellis
                                                      First          Middle        Last

Relationship of family member to you:  Husband

If family member is your son or daughter, date of birth:          N A

Describe care you will provide to your family member and estimate leave needed to provide care:

I'm requesting 2 wks LOA to care for my
husband from having a kidney transplant
'18 12 - '30 12

Artis Ellis                                    '18 12
Employee Signature                   Date

Page 1                          CONTINUED ON NEXT PAGE          Form WH-380-F Revised January 2009

CONFIDENTIAL   ECEMG/Ellis000378

SECTION III: For Completion by the HEALTH CARE PROVIDER

INSTRUCTIONS to the HEALTH CARE PROVIDER:  The employee listed above has requested leave under the FMLA to care for your patient.  Answer, fully and completely, all applicable parts below.  Several questions seek a response as to the frequency or duration of a condition, treatment, etc.  Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient.  Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage.  Limit your responses to the condition for which the patient needs leave.  Page 3 provides space for additional information, should you need it.  Please be sure to sign the form on the last page.

Provider's name and business address: Dr. Whitson Etheredge

Type of practice / Medical specialty: Nephrology

Telephone: ( 832 ) 355-3128          Fax:( 832 ) 355-3664

PART A: MEDICAL FACTS

1. Approximate date condition commenced: 1/2/12

Probable duration of condition: _____

Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
___ No Yes X .  If so, dates of admission: 1/2/12

Date(s) you treated the patient for condition: 1/2/12

Was medication, other than over-the-counter medication, prescribed? ___ No X Yes.

Will the patient need to have treatment visits at least twice per year due to the condition? ___ No X Yes

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?

____No ____Yes.  If so, state the nature of such treatments and expected duration of treatment:

_____

2. Is the medical condition pregnancy? X No ___ Yes.  If so, expected delivery date: _____

3. Describe other relevant medical facts, if any, related to the condition for which the patient needs care (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

S/p Kidney Transplant 1/2/10

_____

_____

Page 2                    CONTINUED ON NEXT PAGE                Form WH-380-FRevised January 2009

CONFIDENTIAL   ECFMG/Ellis000379

PART B: AMOUNT OF CARE NEEDED: When answering these questions, keep in mind that your patient's need for care by the employee seeking leave may include assistance with basic medical, hygienic, nutritional, safety or transportation needs, or the provision of physical or psychological care.

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery? ___ No _X_ Yes.

Estimate the beginning and ending dates for the period of incapacity: _1/2/12_

During this time, will the patient need care? ___ No _X_ Yes.

Explain the care needed by the patient and why such care is medically necessary:

_He will have frequent medical followup in the clinic weekly for 1 month, then bi-weekly for 1 month then monthly for please unable to do any heavy lifting for 8 weeks._

5. Will the patient require follow-up treatments, including any time for recovery? ___ No _X_ Yes.

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

_Weekly visits starting 1/2/12 (based on finding/ complications) visits may increase_

Explain the care needed by the patient, and why such care is medically necessary: _Assistance with ADL's_
_transportation to + from appointments he is not able to drive or lift anything greater than 5 lbs_

6. Will the patient require care on an intermittent or reduced schedule basis, including any time for recovery?

___ No _X_ Yes.

Estimate the hours the patient needs care on an intermittent basis, if any:

_8_ hour(s) per day; _7_ days per week from _1/2/12_ through _3/15/12_

Explain the care needed by the patient, and why such care is medically necessary:

_Assistance with ADL's transportation to + from weekly clinic visits_
_Assistance with meal preparation_

CONFIDENTIAL   ECFMG/Ellis000380

7. Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities? ____ No ✓ Yes.

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):
Frequency: _____ times per _____ week(s) _____ month(s)

Duration: _____ hours or ___ day(s) per episode

Does the patient need care during these flare-ups? ___ No ✓ Yes.

Explain the care needed by the patient, and why such care is medically necessary: Pt may need to have hospital admission if there are complications kidney transplant like episodes of rejection or infection it is not possible to estimate how many times this may occur or the duration of require a treatment. (see p.1)

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER

_____

_____

_____

_____

_____

_____

_____

_____  _____
**Signature of Health Care Provider**          **Date** 9/12

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210.

DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.

CONFIDENTIAL   ECEMG/Ellis000381

JAN.14.2012  12:06PM    ECFMG    281 260 7477                 NO.725    P.1

 **ECFMG®**  EDUCATIONAL COMMISSION FOR    3624 Market Street
FOREIGN MEDICAL GRADUATES    Philadelphia PA 19104-2685 USA
215-386-5900 | 215-966-5124 Fax
www.ecfmg.org

### REQUEST FOR FMLA LEAVE OF ABSENCE

Complete the form and return it to Human Resources.

Name _Artis Ellis_    Home Phone ██████████

Street Address: ██████████████████

City: ████████    State: ████    Zip: ████████

Job Title _Center Manager_ Dept & Ext. _CSEC - Houston_

I require a Leave of Absence due to the following reasons: (Check one)

____ Birth and care of my child or placement for Adoption/Foster Care of Child

____ Serious Health Condition that makes me unable to perform the essential functions of my job.

__X__ Serious Health Condition affecting my 1 spouse, 1 child, 1 parent, for which I need to provide care.

Please describe _Assist with the care of my husband after Kidney transplant_

I need this Leave of Absence to begin on __1/18/12__ and I expect to return on or about
__1/30/12__
Date

I realize that I will need to provide Medical Certification from my health care provider for reasons of my Serious Health Condition or that of a spouse, child or parent I will be caring for.

I understand that I will be informed in writing as to whether my request for Family Medical Leave of Absence has been approved. I will be required to utilize all available, applicable paid time off while I am out on this leave. I also understand that the FMLA leave can last no longer than twelve (12) weeks. Should I need time beyond the allotted FMLA leave, I will request a non-FMLA leave based on the ECFMG® policy.

Requestor's Signature _Artis Ellis_    Date _1/18/12_

Human Resources Signature _Shawn Turnell_    Date _1/17/12_

_Recd 1/17/12_
_BMD_

ECFMG® is an organization committed to promoting excellence in international medical education.

01/14/2012  11:51AM (GMT-05:00)

CONFIDENTIAL   ECFMG/Ellis000382

Certification of Health Care Provider for
Family Member's Serious Health Condition
(Family and Medical Leave Act)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



OMB Control Number: 1215-0181
Expires: 12/31/2011

**SECTION I: For Completion by the EMPLOYER**
INSTRUCTIONS to the EMPLOYER: The Family and Medical Leave Act (FMLA) provides that an employer
may require an employee seeking FMLA protections because of a need for leave to care for a covered family
member with a serious health condition to submit a medical certification issued by the health care provider of the
covered family member. Please complete Section I before giving this form to your employee. Your response is
voluntary. While you are not required to use this form, you may not ask the employee to provide more information
than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain
records and documents relating to medical certifications, recertifications, or medical histories of employees' family
members, created for FMLA purposes as confidential medical records in separate files/records from the usual
personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact: _ECFMG - Sharon Trowell-Roman_

**SECTION II: For Completion by the EMPLOYEE**
INSTRUCTIONS to the EMPLOYEE: Please complete Section II before giving this form to your family
member or his/her medical provider. The FMLA permits an employer to require that you submit a timely,
complete, and sufficient medical certification to support a request for FMLA leave to care for a covered family
member with a serious health condition. If requested by your employer, your response is required to obtain or
retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and
sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer
must give you at least 15 calendar days to return this form to your employer. 29 C.F.R. § 825.305.

Your name: _Artis_____ _Ellis_____
      First                    Middle             Last

Name of family member for whom you will provide care: _Kenneth_____ _Ellis_
                                            First        Middle       Last
Relationship of family member to you: _Husband_____

If family member is your son or daughter, date of birth: _N/A_____

Describe care you will provide to your family member and estimate leave needed to provide care:
_I'm requesting 2 wks LOA to care for my_
_husband from having a kidney transplant_
_1/18/12 - 1/30/12_

_Artis Ellis_____ Date: _1/18/12_
Employee Signature

Page 1             CONTINUED ON NEXT PAGE          Form WH-380-F Revised January 2009

CONFIDENTIAL  ECFMG/Ellis000383

**SECTION III: FOR COMPLETION BY HEALTH CARE PROVIDER**

INSTRUCTIONS to the HEALTH CARE PROVIDER: The employee listed above has requested leave under the FMLA to care for your patient. Answer, fully and completely, all applicable parts below. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the patient needs leave. Page 3 provides space for additional information, should you need it. Please be sure to sign the form on the last page.

Provider's name and business address: _Dr. Whitson Etheredge_

Type of practice / Medical specialty: _Nephrology_

Telephone: (_832_) _355-3128_    Fax: (_832_) _355-3664_

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: _1/2/12_

Probable duration of condition: _____

Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
___No Yes_X_. If so, dates of admission: _1/2/12_

Date(s) you treated the patient for condition: _1/2/12_

Was medication, other than over-the-counter medication, prescribed? ___No _X_Yes.

Will the patient need to have treatment visits at least twice per year due to the condition? ___No_X_ ___Yes

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?

___No ___Yes. If so, state the nature of such treatments and expected duration of treatment:

_____

2. Is the medical condition pregnancy? _X_No ___Yes. If so, expected delivery date: _____

3. Describe other relevant medical facts, if any, related to the condition for which the patient needs care (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

_S/p Kidney Transplant 4/8/10_

_____

_____

Page 2                        CONTINUED ON NEXT PAGE                Form WH-380-F Revised January 2009

01/14/2012  11:51AM (GMT-05:00)

CONFIDENTIAL   ECFMG/Ellis000384

[redacted black bar text]

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery?  ___No  _X_Yes.

   Estimate the beginning and ending dates for the period of incapacity: ___1/3/12_____

   During this time, will the patient need care?  ___No _X_ Yes.

   Explain the care needed by the patient and why such care is medically necessary:

   _He will have frequent medical followup in the clinic weekly for_
   _1 month, then biweekly for 1 month then monthly for 1 year_
   _unable to do any heavy lifting for 8 weeks._

5. Will the patient require follow-up treatments, including any time for recovery?  ___No _X_ Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   _Weekly visits starting 1/10/12 (based on finding complications visits may increase._

   Explain the care needed by the patient, and why such care is medically necessary: _Assistance with ADL's_
   _transportation to + from appointments he is not able to drive or lift anything greater than 5 lbs_

6. Will the patient require care on an intermittent or reduced schedule basis, including any time for recovery?

   ___No _V_ Yes.

   Estimate the hours the patient needs care on an intermittent basis, if any:

   _8_ hour(s) per day; _X7_ days per week from __1/10/12__ through __3/15/12__

   Explain the care needed by the patient, and why such care is medically necessary: _Assistance with ADL's transportation to + from  Weekly clinic visits_
   _Assistance with meal preparation_

01/14/2012  11:51AM (GMT-05:00)

CONFIDENTIAL  ECFMG/Ellis000385

JAN.14.2012  12:07PM   ECFMG     281 260 7477                    NO.725   P.5

7. Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities? _____ No ✓ Yes.

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _____ times per _____ week(s) _____ month(s) •'

Duration: _____ hours or ___ day(s) per episode

Does the patient need care during these flare-ups? ___ No ✓ Yes.

Explain the care needed by the patient, and why such care is medically necessary: Pt may need to have hospital admission if there are complications kidney transplant like episodes of rejection or infection it is not possible to estimate how many times this may occur or the duration of require a treatment ____

ADDITIONAL INFORMATION: IDENTIFY CALENDAR QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER:

_____
_____
_____
_____
_____
_____
_____

_____        _1/9/12_____
Signature of Health Care Provider                Date

PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210.

DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.

Page 4                                                       Form WH-380-FRevised January 2009

01/14/2012  11:51AM (GMT-05:00)

CONFIDENTIAL   ECFMG/Ellis000386

**Notice of Eligibility and Rights & Responsibilities**
**(Family and Medical Leave Act)**

**U.S. Department of Labor**
Wage and Hour Division



OMB Control Number: 1235-0003
Expires: 2/28/2015

In general, to be eligible an employee must have worked for an employer for at least 12 months, have worked at least 1,250 hours in the 12 months preceding the leave, and work at a site with at least 50 employees within 75 miles. While use of this form by employers is optional, a fully completed Form WH-381 provides employees with the information required by 29 C.F.R. § 825.300(b), which must be provided within five business days of the employee notifying the employer of the need for FMLA leave. Part B provides employees with information regarding their rights and responsibilities for taking FMLA leave, as required by 29 C.F.R. § 825.300(b), (c).

**[Part A – NOTICE OF ELIGIBILITY]**

TO:    Artis Ellis
     Employee

FROM: Sharon Trowell-Roman, HR Manager
       Employer Representative

DATE:   September 5, 2012

On   September 5, 2012  , you informed us that you needed leave beginning on   TBD   for:

____   The birth of a child, or placement of a child with you for adoption or foster care;
✓   Your own serious health condition;
____   Because you are needed to care for your ____ spouse; ____ child; ____ parent due to his/her serious health condition.
____   Because of a qualifying exigency arising out of the fact that your ____ spouse; ____ son or daughter; ____ parent is on active duty or call to active duty status in support of a contingency operation as a member of the National Guard or Reserves.
____   Because you are the ____ spouse; ____ son or daughter; ____ parent; ____ next of kin of a covered servicemember with a serious injury or illness.

This Notice is to inform you that you:

✓   Are eligible for FMLA leave (See Part B below for Rights and Responsibilities)
____   Are not eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):
     ____   You have not met the FMLA's 12-month length of service requirement. As of the first date of requested leave, you will have worked approximately ____ months towards this requirement.
     ____   You have not met the FMLA's 1,250-hours-worked requirement.
     ____   You do not work and/or report to a site with 50 or more employees within 75-miles.

If you have any questions, contact   Sharon Trowell-Roman, HR Manager   or view the

FMLA poster located in:   See attached

**[PART B-RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE]**
As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period. However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by, September 20, 2012. (If a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances.) If sufficient information is not provided in a timely manner, your leave may be denied.

____   Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request ____ is/ ____ is not enclosed.
____   Sufficient documentation to establish the required relationship between you and your family member.
____   Other information needed: _____
     _____
     _____

✓   No additional information requested

Page 1        CONTINUED ON NEXT PAGE        Form WH-381 Revised January 2009

CONFIDENTIAL   ECFMG/Ellis000387

If your leave does qualify as FMLA leave you will have the following responsibilities while on FMLA leave (only checked blanks apply):

_____ Contact _____ at _____ to make arrangements to continue to make your share of the premium payments on your health insurance to maintain health benefits while you are on leave. You have a minimum 30-day (or, indicate longer period, if applicable) grace period in which to make premium payments. If payment is not made timely, your group health insurance may be cancelled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse, or at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work.

__✓__ You will be required to use your available paid _____ sick, _____ vacation, and/or _____ other leave during your FMLA absence. This means that you will receive your paid leave and the leave will also be considered protected FMLA leave and counted against your FMLA leave entitlement.

_____ Due to your status within the company, you are considered a "key employee" as defined in the FMLA. As a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us. We ___ have/___ have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us.

__✓__ While on leave you will be required to furnish us with periodic reports of your status and intent to return to work every _Every 6 months or when there is a significant change to the certification form._____ . (Indicate interval of periodic reports, as appropriate for the particular leave situation.)

If the circumstances of your leave change, and you are able to return to work earlier than the date indicated on the reverse side of this form, you will be required to notify us at least two workdays prior to the date you intend to report for work.

If your leave does qualify as FMLA leave you will have the following rights while on FMLA leave:

- You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as:
  - _____ the calendar year (January – December).
  - _____ a fixed leave year based on _____
  - __✓__ the 12-month period measured forward from the date of your first FMLA leave usage.
  - _____ a "rolling" 12-month period measured backward from the date of any FMLA leave usage.

- You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered servicemember with a serious injury or illness. This single 12-month period commenced on _____ .

- Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.
- You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)
- If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a covered servicemember's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.
- If we have not informed you above that you must use accrued paid leave while taking your unpaid FMLA leave entitlement, you have the right to have _____ sick, _____ vacation, and ___ other leave run concurrently with your unpaid leave entitlement, provided you meet any applicable requirements of the leave policy. Applicable conditions related to the substitution of paid leave are referenced or set forth below. If you do not meet the requirements for taking paid leave, you remain entitled to take unpaid FMLA leave.

_____ For a copy of conditions applicable to sick/vacation/other leave usage please refer to _____ available at: _____ .

_____ Applicable conditions for use of paid leave: _____

_____

_____

_____

_____

Once we obtain the information from you as specified above, we will inform you, within 5 business days, whether your leave will be designated as FMLA leave and count toward your FMLA leave entitlement. If you have any questions, please do not hesitate to contact: _Sharon Trowell-Roman,_ _HR Manager_ at _215-823-2147_ .

PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

It is mandatory for employers to provide employees with notice of their eligibility for FMLA protection and their rights and responsibilities. 29 U.S.C. § 2617; 29 C.F.R. § 825.300(b), (c). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION.

Form WH-381 Revised January 2009

CONFIDENTIAL   ECFMG/Ellis000388

**FedEx Express** — NEW Package US Airbill

FedEx Tracking Number: 8009 7707 0380

**1 From** Please print and press hard.

Date 9/6/12

Sender's FedEx Account Number: 0191305 25

Sender's Name: Helen Ann Coin   Phone (215) 823-2289

Company: ECFMG

Address: 3624 Market St

City: Philadelphia   State: PA   ZIP: 19104

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Artis Ellis   Phone: [redacted]

Company: [redacted]

Address: [redacted]

Address: [redacted]

City: [redacted]   State: [redacted]   ZIP: [redacted]

HOLD Weekday

HOLD Saturday

**Easy new Peel-and-Stick airbill! No pouch needed.**
Apply airbill directly to your package. See directions on back.

**4 Express Package Service**

- FedEx First Overnight
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx 2Day A.M.
- FedEx 2Day
- FedEx Express Saver

Sort code: 0200

**5 Packaging**

- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling and Delivery Signature Options**

- SATURDAY Delivery
- No Signature Required
- Direct Signature
- Indirect Signature

Does this shipment contain dangerous goods?

- No
- Yes (Shipper's Declaration not required)
- Yes (as per attached Shipper's Declaration)
- Dry Ice
- Cargo Aircraft Only

**7 Payment** Bill to:

- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages   Total Weight   Total Declared Value

6 44

10/03/2012  5:13PM (GMT-04:00)

 **ECFMG**  EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-966-3124 Fax
www.ecfmg.org

## REQUEST FOR FMLA LEAVE OF ABSENCE

Complete the form and return it to Human Resources.

Name _Artis Ellis_  Department _CSEC-Houston_

Job Title _Center Manager_  Phone Extension _(281) 260-7400 x-7036_

I require a Leave of Absence due to the following reasons: (Check one)

_____  Birth and care of my child or placement for Adoption/Foster Care of Child

_X_  Serious Health Condition that makes me unable to perform the essential
functions of my job.

_____  Serious Health Condition affecting my ⌐spouse, ⌐child, ⌐parent, for
which I need to provide care.

Please describe _Maybor Tumor removed from_
_the Brain_
_9/12/12_

I need this Leave of Absence to begin on _____ and I expect to return on or about
                                              Date
_10/22/12_
Date

I realize that I will need to provide Medical Certification from my health care provider for
reasons of my Serious Health Condition or that of a spouse, child or parent I will be caring for.

I understand that I will be informed in writing as to whether my request for Family Medical
Leave of Absence has been approved.  I will be required to utilize all available, applicable paid
time off while I am out on this leave.  I also understand that the FMLA leave can last no longer
than twelve (12) weeks.  Should I need time beyond the allotted FMLA leave, I will request a
non-FMLA leave based on the ECFMG® policy.

Requestor's Signature _Artis Ellis_  Date _10/2/12_

Human Resources Signature _Shari Snell_  Date _10 3 2012_

Ellis
EXHIBIT NO. _19_
P. Antone, CRR

ECFMG® is an organization committed t̶... ....rnational medical education.

@005

10/03/2012 16:03 FAX

Oct 02 2012 4:32PM HP Fax                          page 15

SEP-25-2012 13:48 From:                    To:17137983739          P.15/15

## EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

PHILADELPHIA OFFICE
3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 ● FAX: 215-222-0963 ● CABLE: EDCOUNCIL, PHA.

### REQUEST FOR SHORT TERM DISABILITY (STD)

Complete the form and return it to Human Resources.

Name _Artis Ellis_          Department _CSEC - Houston_

Job Title _Center Manager_   Phone Extension _(281) 260-7400 X7226_

ECFMG STD is a benefit that all regular full time employees are eligible for, after 90 days of employment, with an approved disability claim. STD benefits are paid out from Sun Life Assurance Company, not through ECFMG payroll. An STD claim packet must be completed by the employee and healthcare provider and returned to Human Resources for review/processing. An STD benefit claim approval is not guaranteed; the information provided must be reviewed and approved by the underwriting department at Sun Life Assurance Company. The benefit has a two (2) week unpaid waiting period during which any available sick time, vacation time or optional holiday time must be used. After the two week waiting period, if the claim is approved, a benefit of 80% of the weekly salary will be paid as the benefit. All employees have the option of supplementing the STD benefit with any accrued/remaining sick, vacation or optional holiday time up to the full amount of the base net weekly pay until all available time is exhausted. Sun Life Assurance Company will provide written claim approval/denial for the employee.

I understand the above information regarding an ECFMG STD benefit claim and authorize the following choice for my STD benefit claim:

____✓____ I agree to have ECFMG supplement my 80% STD with any/all of the available benefit time indicated below for each pay period of my disability, until exhausted.
    ( )Sick,
    ( ) Vacation and/or
    ( ) Optional Holiday time.

_____ I DO NOT wish to supplement my 80% STD claim with any available sick, vacation or optional holiday time. Any current time will remain available when I return from STD.

Employee's Signature _Artis Ellis_          Date _10/2/12_

Human Resources Signature _____          Date _10/3/2012_

_ECFMG is an organization committed to promoting excellence in international medical education._

10/02/2012  12:32PM (GMT-04:00)

CONFIDENTIAL  ECFMG/Ellis000391

Oct 02 2012 4:29PM HP Fax                          page 8

SEP-25-2012 13:37 From:                    To:17137583739          P.2/15

Certification of Health Care Provider for        U.S. Department of Labor        
Employee's Serious Health Condition              Wage and Hour Division
(Family and Medical Leave Act)

OMB Control Number: 1235-0003
(Expires 2/28/2015)

**SECTION I: For Completion by the EMPLOYER**
**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer
may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to
submit a medical certification issued by the employee's health care provider. Please complete Section I before giving
this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask
the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308.
Employers must generally maintain records and documents relating to medical certifications, recertifications, or
medical histories of employees created for FMLA purposes as confidential medical records in separate files/records
from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities
Act applies.

Employer name and contact: _Artis Ellis_

Employee's job title: _Center Manager_   Regular work schedule: _7 - 3:30 pm_

Employee's essential job functions: _____

Check if job description is attached: _X_

**SECTION II: For Completion by the EMPLOYEE**
**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical
provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical
certification to support a request for FMLA leave due to your own serious health condition. If requested by your
employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613,
2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA
request, 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R.
§ 825.305(b).

Your name: _Artis_                    _Ellis_
First               Middle              Last

**SECTION III: For Completion by the HEALTH CARE PROVIDER**
**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA.
Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or
duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical
knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime,"
"unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the
condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: _Daniel Yoshor   1709 Dryden   Houston Tx 77030_

Type of practice / Medical specialty: _Neurosurgery_

Telephone: (_713_) _798_ _4696_   Fax: (_713_) _798_ _3739_

Page 1                    CONTINUED ON NEXT PAGE          Form WH-380-E  Revised January 2009

10/02/2012   12:32PM (GMT-04:00)

CONFIDENTIAL   ECFMG/Ellis000392

Oct 02 2012 4:28PM HP Fax                              page 2

SEP-25-2012 13:37 From:                          To:17137983739          P.3/15

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: _____unknown_____

Probable duration of condition: _____unknown_____

Mark below as applicable:
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
___No _X_Yes. If so, dates of admission:

_____9/12/12_____                    St. Lukes episcopal hospital
                                                                    Houston TX 77030
Date(s) you treated the patient for condition:

_____9/14/12_____

Will the patient need to have treatment visits at least twice per year due to the condition? _X_No ___ Yes.

Was medication, other than over-the-counter medication, prescribed? _X_ No ___Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
_X_ No ___Yes. If so, state the nature of such treatments and expected duration of treatment:

_____

2. Is the medical condition pregnancy? _X_ No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to
provide a list of the employee's essential functions or a job description, answer these questions based upon
the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ___ No _X_ Yes.

If so, identify the job functions the employee is unable to perform:

_____Need to stay off 4-6 weeks to recover from surgery_____

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave
(such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use
of specialized equipment):

_____Patient underwent transphenoidal resection of_____
_____Pituitary macroadenoma on 9/14/12 - she would need_____
_____4-6 weeks to recover from surgery._____
_____
_____
_____
_____

Page 2                    CONTINUED ON NEXT PAGE          Form WH-380-E Revised January 2009

10/02/2012  12:32PM (GMT-04:00)

CONFIDENTIAL   ECFMG/Ellis000393

Oct 02 2012 4:28PM HP Fax                            page 3

SEP-25-2012 13:37 From:                    To:17137983739         P.4/15

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___ No __✓_Yes.

   If so, estimate the beginning and ending dates for the period of incapacity:   9|12|12 __ 10|22|12

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? _✓_No ___Yes.

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ___No ___Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   _____

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hours per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? _✓_ No ____Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   ____ No ____Yes.  If so, explain:

   _____

   _____

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency          : _____ times per _____ week(s) _____ month(s)

          Duration: _____ hours or ___ day(s) per episode

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

   _____

   _____

   _____

   _____

   _____

   _____

Page 3                    CONTINUED ON NEXT PAGE          Form WH-380-E  Revised January 2009

10/02/2012  12:32PM (GMT-04:00)

CONFIDENTIAL   ECFMG/Ellis000394

Oct 02 2012 4:28PM HP Fax                              page 4

SEP-25-2012 13:37 From:                                       To:17137983739          P.5/15

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signature of Health Care Provider          Date  9|25|12

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years, 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Page 4                                               Form WH-380-E Revised January 2009

10/02/2012  12:32PM (GMT-04:00)

CONFIDENTIAL   ECFMG/Ellis000395

Designation Notice                    U.S. Department of Labor
(Family and Medical Leave Act)        Employment Standards Administration
                                      Wage and Hour Division



OMB Control Number: 1215-0181
Expires: 12/31/2011

Leave covered under the Family and Medical Leave Act (FMLA) must be designated as FMLA-protected and the employer must inform the employee of the amount of leave that will be counted against the employee's FMLA leave entitlement. In order to determine whether leave is covered under the FMLA, the employer may request that the leave be supported by a certification. If the certification is incomplete or insufficient, the employer must state in writing what additional information is necessary to make the certification complete and sufficient. While use of this form by employers is optional, a fully completed Form H-382 provides an easy method of providing employees with the written information required by 29 C.F.R. §§ 825.300(c), 825.301, and 825.305(c).

To:   Artis Ellis

Date:   October 2, 2012

We have reviewed your request for leave under the FMLA and any supporting documentation that you have provided.
We received your most recent information on        October 2, 2012        and decided:

___X___  Your FMLA leave request is approved. All leave taken for this reason will be designated as FMLA leave.

The FMLA requires that you notify us as soon as practicable if dates of scheduled leave change or are extended, or were
initially unknown. Based on the information you have provided to date, we are providing the following information about the
amount of time that will be counted against your leave entitlement:

___X___  Provided there is no deviation from your anticipated leave schedule, the following number of hours, days, or weeks will be
         counted against your leave entitlement:   September 12, 2012  to October 22, 2012   .

_____  Because the leave you will need will be unscheduled, it is not possible to provide the hours, days, or weeks that will be counted
         against your FMLA entitlement at this time. You have the right to request this information once in a 30-day period (if leave
         was taken in the 30-day period).

Please be advised (check if applicable):
_____  You have requested to use paid leave during your FMLA leave. Any paid leave taken for this reason will count against your
         FMLA leave entitlement.

___X___  We are requiring you to substitute or use paid leave during your FMLA leave.

___X___  You will be required to present a fitness-for-duty certificate to be restored to employment. If such certification is not timely
         received, your return to work may be delayed until certification is provided. A list of the essential functions of your position
         ____ is ____ is not attached. If attached, the fitness-for-duty certification must address your ability to perform these functions.

_____  Additional information is needed to determine if your FMLA leave request can be approved:

         The certification you have provided is not complete and sufficient to determine whether the FMLA applies to your leave
         request. You must provide the following information no later than _____, unless it is not
                                                                          (Provide at least seven calendar days)
         practicable under the particular circumstances despite your diligent good faith efforts, or your leave may be denied.

         _____
         (Specify information needed to make the certification complete and sufficient)

_____  We are exercising our right to have you obtain a second or third opinion medical certification at our expense, and we will
         provide further details at a later time.

_____  Your FMLA Leave request is Not Approved.
_____  The FMLA does not apply to your leave request.
_____  You have exhausted your FMLA leave entitlement in the applicable 12-month period.

PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT
It is mandatory for employers to inform employees in writing whether leave requested under the FMLA has been determined to be covered under the FMLA. 29 U.S.C.
§ 2617; 29 C.F.R. §§ 825.300(d), (e). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. §
825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor
estimates that it will take an average of 10 – 30 minutes for respondents to complete this collection of information, including the time for reviewing instructions,
searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments
regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage
and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. DO NOT SEND THE COMPLETED FORM
TO THE WAGE AND HOUR DIVISION.

Form WH-382 January 200