# EXHIBIT 36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Artis Ellis                                        §
                                                   §
vs.                                                §          Civil Action No. 4:14-CV-02126
                                                   §
Educational Commission for Foreign Medical         §
Graduates                                          §

### DIRECT QUESTIONS TO BE PROPOUNDED TO
### CUSTODIAN OF RECORDS FOR:

SUN LIFE ASSURANCE COMPANY OF CANADA (Disability)        *781-446-1553*

1. Please state your full name, address, telephone number, occupation and official title.
   ANSWER *Lawrence R Griffin  1-SunLife Ex Park  Wellsley Ma 02481*

2. I am the custodian for *Sun Life*
   (Please insert facility or practitioner name.)

3. Have you received a subpoena duces tecum for the production of those documents listed in question number four?
   ANSWER *Yes*

4. Are you among those who have possession, custody, control of, or access to any and all disability records and/or documents, including but not limited to any and all applications for disability, medical records, requests for leave, requests for accommodation, job descriptions, communications with Artis Ellis, communications with medical providers, documents related to disability payments and/or wage replacement, pertaining to Artis Ellis; D.O.B. ■■■■■■; SSN: xxx-xx■■; Policy No.: 61296; Policy Holder: Educational Commission for Foreign Medical (ECFMG)?
   ANSWER *Yes*

5. Were the aforementioned records made in the regular course of business of your employer?
   ANSWER *Yes*

6. Was it in the regular course of business of the above listed for a person with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record?
   ANSWER *Yes*

7. State whether these records were made at the time or shortly after the time of the transactions recorded?
   ANSWER *Yes*

8. Were these records kept as described in the preceding questions?
   ANSWER *Yes*

9. Does the source of the information, and the method and circumstance of its preparation, establish the trustworthiness of the records?
   ANSWER *Yes*

10. Please release exact duplicates of the records as requested in the subpoena duces tecum or the originals thereof for photocopying for attachment to this deposition. Have you done as requested? If not, why not?
    ANSWER *Yes*

11. Are there any records, documents, papers, correspondence or tangible matters of any kind pertaining to Artis Ellis that you have not provided to the notary public taking your deposition?
    ANSWER *No*

12. Please describe all papers, documents, records, correspondence, or tangible matters of any kind that you have not provided to the notary public taking your deposition and explain why you have not provided them.
    ANSWER *None*

*Ellis*
EXHIBIT NO. *32*
P. Antone, CRR

ECFMG/Ellis_003883

13. Are you aware that it may be necessary to subpoena you or your employer to court at the time of the trial of this case, if you have not provided to the notary public taking your deposition all papers, documents, records, correspondence, or tangible matters of any kind pertaining to Artis Ellis?
ANSWER _Yes_

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _3-10-16_
_Lawrence R Griffin_____, custodian of records for the above listed, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this ___10th___ day of ___March_____,
20_16_.

_____
NOTARY PUBLIC

ANNA SANTOS
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 28, 2019

ECFMG/Ellis_003884

# Sun
# Life Financial®

Employee Benefits Group

175 Addison Road
Windsor, CT 06095
Tel: 860.737.1000
FAX: 860.737.1093
www.sunlife.com

GENWORTH FINANCIAL IS NOW
SUN LIFE FINANCIAL

| | | | |
|---|---|---|---|
| *To:* | Jennifer Burns | *From:* | Barbara Kinney |
| | US Legal Support | *Tel #:* | 860-737-6671 |
| | | *Fax #:* | 860-737-6598 |
| | | *Date:* | March 9, 2016 |

*Fax:*  281-552-8944          *This cover +*  ___19___          *page(s)*

*Message:*

Re:  Artis Ellis Records

○  Original will follow by mail

●  No other copy will be sent.

○  Please make copies and distribute.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any distribution or duplication of this communication is strictly prohibited. Any inadvertent receipt by you of such confidential information is not intended to constitute a waiver of any privilege. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

ECFMG/Ellis_003885

Print

| E-dm Certificate | | Claim Status | | Exam Type | |
| Policy # | | Class | | General Office | |
| Last Name | | First Name | | Claim Office | |
| Scan Date | | Due Date | | Priority | |

ECFMG/Ellis_003886

From:                                           03/09/2016  15:44      #412  P.003/020

Ultera - D-MAP Print Preview Dialog                                        Page 1 of 3

## D-MAP
Claim Control # 041012-02281-00

03/02/2016 4:41:11 PM                                      Norma Charles - FE

PRINTED FILE AS REQUESTED

03/01/2016 7:58:39 AM                                      Larry Griffin - FE

sent to request to have file printed
E-mail from Legal

From:      Barbara J Kinney/Legal/US/SunLife
To:        Larry Griffin/Group/US/SunLife@SunLife, Cynthia Johnston/Group/US/SunLife@SunLife, Yarimai
Lara/Group/US/SunLife@SunLife, Susan Krute/Group/US/SunLife@SunLife, Kim
McCraw/Group/US/SunLife@SunLife, Layna Koy/Group/US/SunLife@SunLife
Date:      02/29/2016 01:49 PM
Subject:   Subpoena Notice - Ellis

***Your Response is Mandatory and Required Immediately***

Subpoena Notice

Group Document Request

We have received a subpoena request for the following information listed below, please provide the documents
checked below by;
Due Date:  Immediately

Client Name: Artis Ellis          SSN/TIN: ████████
            DOB: ████████
Policy #: 61296       Claim #

Documents Requested
            Beneficiary Forms (designation/change)
            Benefit Payment Documentation
            Changes of Ownership
X           Claim File
            Copies of Benefit Checks
            Copy of Policy
X           Correspondence
X           Applications for benefits
X           Medical Records
X           Payment History
            Premium Payment documentation
            Surveillance Reports
            Current Status of policy

Additional Items Requested
            Video CDs
            Photographs

Please let me know if you are able to establish a relationship. If a relationship exists, please pull the requested
documentation and forward to my attention by the date above at SC 5500 / W499 (Windsor 4th Floor)

http://ultera.ca.sunlife/ultera/viewer/notepad/notepadprintpreview.asp?dotcap=D-MAP      03/02/2016

ECFMG/Ellis_003887

From:                                              03/17/2016 14:36      #417 P.002/004

Ultera - D-MAP Print Preview Dialog                                      Page 2 of 3

Barbara J. Kinney
Sun Life Financial
Law Department
175 Addison Road
Windsor, CT  06095
Tel: 860-737-6671
Fax: 860-737-6598
barbara.kinney@sunlife.com

02/25/2016 10:35:10 AM                             Kaitlyn Nickle - CSC

Jennifer Justiss called to see where she could submit request to subpoena all EEs docs. Gave email, fax # and
mailing address.

10/15/2012 10:18:13 AM                             Victoria Strout - MSTD

$1200 Report/ok vls

10/12/2012 8:53:07 AM                              Andrea Bayides - STDA

$1200 Audit/OK/AB

10/11/2012 1:56:36 PM                              Maura Harnois - STDA

From:     Maura Harnois/Group/US/SunLife
To:       STD QA@SunLife
Date:     2012/10/11 01:55 PM
Subject:  Approved: 1.2K - Artis Ellis  041012-02281-00


Approved: 1.2K - Artis Ellis  041012-02281-00

Maura Harnois
Claims Associate, Short Term Disability
Sun Life Financial Employee Benefits Group
Phone 1-800-451-2513 EXT 1188
Fax (781) 304-5519

10/11/2012 1:51:26 PM                              Maura Harnois - STDA

From:     Maura Harnois/Group/US/SunLife
To:       jplush@ecfmg.org
Date:     2012/10/11 01:49 PM
Subject:  Advice to Pay: Artis Ellis

Hello,

Attached you will find a SunAdvisor disability claim recommendation for the above referenced employee upon
a review of all information in our files.   Disability payments, if due, are mailed the business day following claim
approval and will continue weekly through the Approved To date.

Should you not accept this claim recommendation for any reason, please respond to this email within 24 business
hours.  Should you have any questions regarding this claim or your STD plan, please feel free to contact me directly
at any time.

[attachment "Artis Ellis ATP.doc" deleted by Maura Harnois/Group/US/SunLife]


http://ultera.ca.sunlife/ultera/viewer/notepad/notepadprintpreview.asp?dotcap=D-MAP          03/02/2016

ECFMG/Ellis_003888

From:                                              03/08/2016 15:46      #412 P.005/020

Ultera - D-MAP Print Preview Dialog                                Page 3 of 3

Maura Harnois
Claims Associate, Short Term Disability
Sun Life Financial Employee Benefits Group
Phone 1-800-451-2513 EXT 1188
Fax (781) 304-5519

10/11/2012 1:43:23 PM                                Maura Harnois - STDA

Occ: Center Mgr, light occ, no JD rec'd
LDW: 9/11/2012
DX: 227.3, pituitary macrodenima
TD date 9/12/2012
Expiry: 12/9/2012
LTD eligible: Y
MDA info: 227.3: Benign Neoplasm of Other Endocrine Glands and Related Structures; Pituitary Gland and
Craniopharyngeal Duct; Craniobuccal Pouch; Hypophysis; Rathke's Pouch; Sella Turcica, duration not listed
Special Instructions: Plan 80
EARNINGS DEFINITION - USE SUN LIFE STANDARD
15TH OF THE MONTH FOLLOWING 3 MONTHS OF EMPLOYMENT
W-2 SERVICE ADDED EFFECTIVE TAX YEAR 2005
PHILADELPHIA
PRIOR COVERAGE

*****************SUN ADVISOR ADMINISTRATIVE SERVICES ONLY*****
*************************************************
DEFINITION OF DISABILITY - USE PRIOR DEFINITION OF DISABILITY
State Dis?: no
STD Contrib: NC
Contribution/taxability in CHESS match ER section?: n/a
BA: Joseph Plush ███████
AP: Dr. Yorshon 713-798-4696
Mail Code: E001
Initial claim decision:

I have rev'd the contract for eligibility wording, doh, wp, and contributions - EE appears eligible for STD coverage.
I have reviewed Ultera for prior STD and LTD claims - this new claim is not successive.  I have verified no
outstanding overpayments

$1677.12 weekly earnings
EE rec'd sick pay 9/12 – 9/25/12, $1677.12, set offset in CHESS.

EE experiencing dizziness, HO confined 9/12 -9/15/12, EE underwent SX for resection of pituitary adenoma on
9/14/12,  R&Ls;  patient should stay off work 4 – 6 weeks to allow complete recovery. Severe limitation.
AP: RTW 10/22/2012

Reasonable to ATP to 10/21/12, closed claim, sent ATP
Called EE ███████████, phone rang, no VM picked up
Sent to 1.2 K Audit

http://ultera.ca.sunlife/ultera/viewer/notepad/notepadprintpreview.asp?dotcap=D-MAP        03/02/2016

ECFMG/Ellis_003889

From:                                        03/09/2016 16:46     #412 P.006/020

OCT-04-2012 11:28 From:
Oct 02 2012 4:28PM HP Fax                    To:USSLF RF10 CRO1     P.1/18
                                    page 5

SEP-25-2012 13:37 From:                      To:17137903739        P.6/15

## Sun Life Assurance Company of Canada
### Short Term Disability Claim Packet

Sun
Life Financial™

**Instructions for the Plan Administrator**

An initial claim for Short Term Disability benefits should be submitted when a disability absence has actually begun, and it first appears that the eligible employee's disability will extend beyond the required elimination period. To file a Short Term Disability Claim, prefill Section A: Employer's Statement. Then, provide the entire claim packet to the employee. The employee should make sure all of the sections are complete including the Physician Statement. Then, he or she should mail or fax the completed claim form to:

Sun Life Assurance Company of Canada
Group Short Term Disability Claims
P.O. Box 81015
Wellesley Hills, MA 02481

Tel: 1-800-247-6875
Fax: (781) 304-5599

**Failure to provide complete and accurate information could result in the need for additional claims investigation which could delay the initial benefit payment.**

## Section A: Employer's Statement

**1 General Information**

Please print clearly.

| Name of employer | | Group policy number | Class |
|---|---|---|---|
| ECFMG | | 61896 | |

| Name of employee (first, middle initial, last) | ☐ M ☐ F | Social Security number | Date of birth |
|---|---|---|---|
| Artis Ellis | | ▮▮▮▮ | ▮▮▮▮ |

| Name and address of Division where employee works | | | Employee phone no. |
|---|---|---|---|
| 4dd N. Sam Houston Pkwy East  Houston, TX | | | |

**2 Employment and Claim Information**

Be sure to include all salary information.

| Date hired (m/d/y) | Effective date of insurance | Date last worked | Hours worked last day |
|---|---|---|---|
| 4/8/05 | 7/1/05 | 9/11/12 | 7 |

| Job title / Major job duties (Or, attach employee's formal job description) |
|---|
| Center Mgr.- All functions of running a testing center |

| Regularly scheduled work week: | | How long had employee been in occupation? | |
|---|---|---|---|
| Days per week: 5 | Hours per day: 7 | Years: | Months: 9 |

Has the employee's employment been terminated?
☐ Yes ☑ No

If yes, provide termination date

Why did employee cease working?   Disibinay

XGP/432   •   STD Claim Packet                Page 1 of 9

10/02/2012  12:32PM (GMT-04:00)

ECFMG/Ellis_003890

From:                                                      03/09/2016 15:47    #442 P.007/020

OCT-04 2012 11:28 From:                           To:USSSLF RF1G HPO1      P.2/10

Oct 02 2012 4:28PM HP Fax                         page 5

SEP-25-2012 13:37 From:                           To:17137983739           P.7/15

---

**2 Employment and Claim Information continued**

How would you classify this employee's occupation?
☐ Sedentary (1-10 lbs)   ☑ Light (11-20 lbs)   ☐ Medium (21-50 lbs)   ☐ Heavy (51+ lbs)
Is the condition due to an injury or sickness arising out of employee's job?........☐ Yes ☑ No ☐ Disputed
Has a Workers' Compensation claim been filed? ................................................☐ Yes ☑ No
If "yes," please include the initial report of illness/injury and award/denial notice with this claim

| Name of your Workers' Compensation carrier: | Phone number |
|---|---|
| Has employee returned to work? ☐ Yes   ☐ No.   If yes: ☐ With restrictions   ☐ Full capacity | Date returned |

---

**3 Salary and benefits information**

Indicate whether or not the employee contributes to the STD premium on a pre- or post-tax basis.

| How was the employee paid? (check one) | | Provide information about other income: | | |
|---|---|---|---|---|
| ☐ Hourly   $ per hour | ☑ Salaried   $ per week 1,677.12 | Commissions $ | Bonuses $ | Overtime $ |

Does employee contribute toward the STD premium? .....................................☐ Yes ☑ No
• If "yes," attach a copy of employee's enrollment form to this claim and indicate percentage contribution ............

| | Employee % | Employer % |
|---|---|---|

• Are employee contributions made with pre-tax dollars? ......................☐ Yes ☐ No

---

**4 Information About Other Income**

Is employee currently receiving, or entitled to receive, benefits from any of the following sources?

Check all that apply and provide details for each source of income.

| Source of income | Amount of each payment | Weekly or monthly? | Period(date(s)) covered by payment |
|---|---|---|---|
| ☐ Vacation pay | $ | ☐ Wkly ☐ Mnly | |
| ☑ Sick pay | $1,677.12 | ☑ Wkly ☐ Mnly | 9/12 - 9/28 |
| ☐ State Disability | $ | ☐ Wkly ☐ Mnly | |
| ☐ Other: | $ | ☐ Wkly ☐ Mnly | |

---

**5 Certification and Signature**

Tip: To certify eligibility, mail or fax the employee's enrollment form with the claim.

I certify that the above statements are true and complete. I have read and understand the Fraud Warning on page 6 of this packet.

| Name of person completing this form | Telephone number | E-mail address |
|---|---|---|
| Joseph Pluk | | jue.pluk@ecfmg.org |

| Signature | Title | Date signed |
|---|---|---|
| X | Benefits Tming Mg. | 10/3/12 |

For more information about Short Term Disability, the claim process and the status of your employees' claims, log onto CustomerLink at https://customerlink.sunlife-usa.com

---

XGR/432   •  STD Claim Packet                 Page 2 of 9

ECFMG/Ellis_003891

From:                                        03/08/2016 16:48    #412 P.0007020

OCT-04-2012 11:28 From:                      To:0&SLF RF10 PRD1    P.3-10

(00:h0-IWO) Wd£1:S ZIOZ/£0/OI

# Sun Life Assurance Company of Canada
## Short Term Disability Claim Packet                     Sun Life Financial™

**Section B: Employee's Statement**

### 1 General Information

| | | | | |
|---|---|---|---|---|
| Provide your full address and Social Security number. | Your name (first, middle initial, last)  Artis Ellis | ☐ M ☑ F | Social Security number ▓▓▓ | Date of birth ▓▓▓ |
| Please print clearly | Full street address ▓▓▓ | | City ▓▓ | State ▓▓  Zip Code ▓▓ |

| | | |
|---|---|---|
| | Your occupation  Center Manager | Telephone Number  (281) 260-7508 |
| | Employer Name  ECFMG | Group Policy Number  61296 |

### 2 Information About the Condition Causing Your Disability

Reminder: Return completed claim packet (including Attending Physician Statement) and all required documentation to:

*Sun Life Assurance Company of Canada*
*Group STD Claims*
*P.O. Box 81515*
*Wellesley Hills, MA 02481*

Tel: 1 800 247 6875
Fax: (781) 304-5899

Type (check one):  ☐ Pregnancy   ☐ Motor vehicle accident   ☐ Work-related injury/sickness
                   ☑ Sickness     ☐ Other accident

Describe in detail how, when and where the accident occurred –OR– Describe the nature of your illness/condition and its first symptoms. If work-related, describe cause of injury/illness.
Major brain tumor remove from the brain

| Date you were first treated by a physician | Last day you worked prior to disability | Did you work a full day? |
|---|---|---|
| 9/11/12 | 9/12/12 | ☑ Yes  ☐ No |

| Name of your first treating physician | Physician phone number |
|---|---|
| Dr Joshnor   (713) 798-4686 | 713-7 |

St Lukes (832) 355-21  (713) 798-4686   9/12 - 9/15

| Date first unable to work | Date you expect to return to work | Do you expect to return full- or part-time? |
|---|---|---|
| 9/12/12 | 10/22/12 | ☑ Full-Time  ☑ Part-Time |

If work-related, have you filed/do you intend to file, a Workers' Compensation claim?...  ☐ Yes  ☑ No

### 3 Information About Other Income

Are you currently receiving, or entitled to receive, benefits from any of the following sources?

| | Source of Income | Amount of each payment | Weekly or monthly? | Period/date(s) covered by payment |
|---|---|---|---|---|
| Check all that apply and provide details for each source of income. | ☐ Vacation pay | $ | ☐ Wkly ☐ Mnthly | |
| | ☑ Sick pay | $  2 | ☑ Wkly ☐ Mnthly | |
| | ☐ State Disability | $ | ☐ Wkly ☐ Mnthly | |
| | ☐ Other: | $ | ☐ Wkly ☐ Mnthly | |

### 4 Signature

Reminder: Please be sure to sign and return any Authorization statements included in this packet.

I certify that the above statements are true and complete. I have read and understand the Fraud Warning on page 6 of this packet.

| Employee's signature  x Artis Ellis | Date signed  10/2/12 |
|---|---|

XGR/432   ▸ STD Claim Packet        Page 3 of 9

10/03/2012 16:04 FAX

ECFMG/Ellis_003892

From:                                          03/09/2016  12:49      #412 P.008/020

OCT-04-2012 11:28 From:                        To:USSLF RF18 PRD1      P.4/10

(00:00-GMT)(GMT-00:00)   10/03/2012 5:13PM From:          To:17137903739        P.9/15
SEP-25-2012 13:38 From:

# Sun Life Assurance Company of Canada
## Short Term Disability Claim Packet

**Section C: Attending Physician's Statement**

**1 Information About the Patient**

The patient is responsible for any costs associated with the completion of this form.

Please print clearly

| Name of Patient (first, middle initial, last) | ☐ M ☐ F | Social Security number | Date of birth (m/d/y) |

Artis Ellis   ☑F

| Name of Employer | Group Policy number | Employee phone no. |

ECFMG   67296

**2 Diagnosis and History**

Provide general information about diagnosis and history in this section. Then, please elaborate in section(s) 3 – 6 as appropriate.

Diagnosis including any complications and ICD-9 Code(s)   ICP 9 : 227.3
Pituitary macroadenoma

Objective findings (i.e. x-rays, EKGs, MRIs, laboratory data and any other clinical findings)
MRI with pituitary macroadenoma

Subjective Symptoms
patient with vision loss and headaches

Date symptoms first appeared or date of accident          Date Disability Commenced
August 30, 2012                                           9/12/12

Has patient ever had same or similar condition?....☐ Yes ☐ No  If Yes, when: Unknown

Is condition due to injury/sickness arising out of patient's employment?...☐ Yes ☑ No ☐ Unknown

Names and telephone numbers of Other Treating Physicians (if applicable)

If pregnancy, please provide the following information:  N/A
• Expected delivery date: _____ • Actual delivery date: _____ • C-Section? ☐ Yes ☐ No
Describe any complications that would extend this disability longer than a normal pregnancy

**3 Treatment**

Include in description any surgery, therapeutic modalities, psychological intervention and medications prescribed.

| Date of first visit | Date of last visit | Date of next examination |
| 9/12/12 | 9/25/12 | 9/25/12 |

Frequency of treatment............☐ Weekly ☐ Monthly ☑ Other (please specify) in 3 month

Description of Treatment
Patient underwent surgery for resection of pituitary adenoma on 9/14/12

**4 Progress**

Has patient:................ ☑ Recovered ☐ Unchanged ☐ Improved ☐ Retrogressed
Is patient:.................... ☐ Ambulatory ☐ Bed confined ☐ House confined ☐ Hospital confined

If unchanged or retrogressed, please explain:

Has patient been hospital confined?......☑ Yes ☐ No  From: 9/12/12 To: 9/15/12
If yes, provide name and address of hospital
St. Lukes Episcopal hospital + Houston, TX 770?0

*Continued on next page*

XGR/432  •  STD Claim Packet                                    Page 4 of 9

001                                                            10/03/2012 10:07 FAX

From:                                          05/09/2016 16:50     #442 P.010/020.

OCT-04-2012 11:28 From:                            To:USSLF RF10 PRD1      P.5/18

Oct 02 2012 4:25PM HP Fax                  page 9

SEP-25-2012 13:38 From:                    To:17137503739      P.9/15

# Sun Life Assurance Company of Canada
## Short Term Disability Claim Packet

**Section G: Attending Physician's Statement**

### 1 Information About the Patient

The patient is responsible for any costs associated with the completion of this form.

Please print clearly.

Name of Patient (first, middle initial, last)    ☐ M   Social Security number   Date of birth (m/d/y)
Artis  Ellis                                      ☑ F

Name of Employer   ECFMG                          Group Policy number   Employee phone no.

### 2 Diagnosis and History

Provide general information about diagnosis and history in this section. Then, please elaborate in section(s) 3 – 6 as appropriate.

Diagnosis including any complications and ICD-9 Code(s)   ICP 9 : 227.3
Pituitary macroadenoma
Objective findings (i.e. x-rays, EKGs, MRIs, laboratory data and any other clinical findings)
MRI with pituitary macroadenoma

Subjective Symptoms
Patient with vision loss and headaches

Date symptoms first appeared or date of accident     Date Disability Commenced
August 30, 2012                                      9/12/12
Has patient ever had same or similar condition? ..... ☐ Yes  ☐ No   If Yes, when: Unknown
Is condition due to injury/sickness arising out of patient's employment? ..... ☐ Yes  ☑ No  ☐ Unknown
Names and telephone numbers of Other Treating Physicians (if applicable)  N/A

If pregnancy, please provide the following information:   N/A
• Expected delivery date:_____  • Actual delivery date:_____  • C-Section? ☐ Yes ☐ No
Describe any complications that would extend this disability longer than a normal pregnancy

### 3 Treatment

Include in description any surgery, therapeutic modalities, psychological intervention and medications prescribed.

Date of first visit   Date of last visit   Date of next examination
9/12/12                9/25/12               9/25/12
Frequency of treatment ............ ☐ Weekly  ☐ Monthly  ☑ Other (please specify) in 3 month
Description of Treatment
Patient underwent surgery for resection of pituitary

### 4 Progress

Has patient: .............. ☑ Recovered  ☐ Unchanged   ☐ Improved   ☐ Retrogressed
Is patient: ................ ☐ Ambulatory  ☐ Bed confined  ☐ House confined  ☐ Hospital confined
If unchanged or retrogressed, please explain.

Has patient been hospital confined? ....... ☑ Yes ☐ No   From 9/12/12 To 9/15/12
If yes, provide name and address of hospital
St. Lukes Episcopal Hospital, Houston, TX 770

Continued on next page
XGR/432  •  STD Claim Packet                    Page 4 of 9

10/02/2012   12:32PM (GMT-04:00)

ECFMG/Ellis_003894

## 5 Restrictions and Limitations

**Restrictions and Limitations should be associated with the Objective and Subjective findings/symptoms noted in section 2.**

Restrictions (what the patient should not do)

*Patient should stay off work 4-6 weeks to allow complete recovery*

Limitations (what the patient cannot do)

Is the patient capable of working within these restrictions/limitations? ............ ☐ Yes ☒ No
Can the patient work an eight-hour day with these restrictions/limitations? ....... ☐ Yes ☒ No
If no, how many hours could he/she work? ........ *Not work now* ..... Hours
Is patient capable of working in another occupation? .......☐ Yes – Full-time  ☐ Yes - Part-time ☒ No

**Indicate class of physical impairment.**

**Physical Impairment**
☐ Class 1 – No limitation of functional capacity; capable of heavy work*  No restrictions (0-10%)
☐ Class 2 – Medium manual activity* (15-30%)
☐ Class 3 – Slight limitation; capable of light work* (35-65%)
☐ Class 4 – Moderate limitation; capable of clerical/administrative (sedentary*) activity (60-70%)
☒ Class 5 – Severe limitation; incapable of minimum (sedentary*) activity (75-100%)

**\* As defined in federal dictionary of occupation titles.**

**Indicate class of mental impairment.**

**Mental Impairment (if applicable)**
☒ Class 1 – No limitation              ☐ Class 4 – Marked limitation
☒ Class 2 – Slight limitation          ☐ Class 5 – Severe limitation
☐ Class 3 – Moderate limitation

**What is the patient's current DSM-IV-R diagnosis?**

Axis I _____                Axis IV _____
Axis II _____               Axis V _____
Axis III _____
Do you believe this patient is competent to endorse checks/direct the use of proceeds? .. ☒ Yes ☐ No

## 6 Return-to-Work

1. When will patient recover sufficiently to perform duties? (Specify date or check recovery period)
   ► Patient's occupation part-time:
     Date _____  • or ☐ <3 wks  ☐ 3-4 wks  ☐ 5-6 wks  ☐ 7-8 wks  ☐ 2 months or more  ☐ Never
   ► Patient's occupation full-time:
     Date 10/22/12 • or ☐ <3 wks  ☐ 3-4 wks  ☒ 5-6 wks  ☐ 7-8 wks  ☐ 2 months or more  ☐ Never

2. After reviewing the material and substantial duties of the patient's occupation, would you recommend vocational counseling and/or rehabilitation or job modification? ..... ☐ Yes ☒ No

## 7 Certification and Signature

**Remember to provide your full address and Tax ID number.**

**A stamp or signature of a person other than the examining physician is not acceptable.**

I certify that the above statements are true and complete. I have read and understand the Fraud Warning on page 6 of this packet.

Name of Attending Physician: *Daniel Yoshor*   Degree/Specialty: *MD*
Street address: *1709 Dryden*    City: *Houston*   State: *TX*  Zip Code: *77030*
Tax ID number: *74.1613878*   Telephone number: *() 798 4696*  Fax number: *() 798 3739*
Attending Physician Signature
X _____                    Date: *9/25/12*

XGN432-Y STD Cloth Packet                    Page 5 of 6

ECFMG/Ellis_003895

From:                                    03/09/2016 15:51        #412 P.012/020

OCT-04-2012 11:29 From:                           To:USSLF RF10 PRD1        P.7/10
    Oct 02 2012 4:30PM HP Fax              page 11

SEP-25-2012 13:39 From:                   To:17137903739        P.11/15


## Sun Life Assurance Company of Canada
Short Term Disability Claim Packet                         Sun Life Financial™

---

**Fraud Warnings**

State law requires that we notify you of the following:

**Fraud Warning:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Fraud Warning - California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Fraud Warning - Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Fraud Warning - Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Fraud Warning - Louisiana and Massachusetts:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Fraud Warning - Maryland:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime as determined by a court of competent jurisdiction.

**Fraud Warning - New Jersey:** Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**Fraud Warning - Oregon, Virginia and Washington:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may have violated state law.

**Fraud Warning - Vermont:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which may be a crime and subjects such person to criminal and civil penalties.

ECFMG/Ellis_003896

From:                                            03/09/2016 15:52    #412 P.010/020

OCT-04-2012 11:29 From:

Oct 02 2012 4:30PM HP Fax                                 page 12

SEP-25-2012 13:39 From:                              To:1713/9937X9        P.12/15

# Sun Life Assurance Company of Canada



**Authorization for Release and Disclosure of Health Related Information**

This Authorization complies with the HIPAA Privacy Rule. It is important for you to read, sign and submit all Authorizations in this packet. Failure to submit all Authorizations could result in a delay during the claims process.

Return to:
Sun Life Assurance
Company of Canada
Group STD Claims
P.O. Box 81915
Wellesley Hills, MA 02481
Fax: (781) 304-5509

I HEREBY AUTHORIZE any physician, health care provider, health plan, medical professional, hospital, clinic, laboratory, pharmacy or other medical or healthcare facility that has provided payment, treatment or services to me or on my behalf, to disclose my entire medical record and any other protected health information concerning me to the Claims Department of Sun Life Assurance Company of Canada ("the Company") its subsidiaries, affiliates, third party administrators and reinsurers.

I understand that such information may include records relating to my physical or mental condition such as diagnostic tests, physical examination notes and treatment histories, which may include information regarding the diagnosis and treatment of human immunodeficiency virus (HIV) infection, sexually transmitted diseases, mental illness and the use of alcohol, drugs and tobacco, but shall not include psychotherapy notes.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct my physician, health care professional, hospital, clinic, medical facility or other health care provider to release and disclose my entire medical record without restriction.

I understand that the Company will use the information it obtains to (a) administer claims; (b) determine or fulfill responsibility for coverage and provision of benefits; (c) administer coverage and/or (d) conduct other legally permissible activities that relate to any coverage I have or have applied for with the Company.

I understand that the Company will not disclose information it obtains about me except as authorized by this Authorization; as may be required or permitted by law; or as I may further authorize. I understand that if information is redisclosed as permitted by this Authorization, it may no longer be protected by applicable federal privacy law.

I understand that: (a) this Authorization shall be valid for 24 months from the date I sign it; (b) I may revoke it at any time by providing written notice to Sun Life Financial, Group Short Term Disability Claims, SC 3212, One Sun Life Executive Park, Wellesley Hills, Massachusetts, 02481, subject to the rights of any person who acted in reliance on it prior to receiving notice of its revocation; and (c) my authorized representative and I are entitled to receive a copy of the Authorization upon request.

A copy of this Authorization shall be as valid as the original.

| Print Name of Employee or Personal Representative of Employee | | Group Policy Number |
|---|---|---|
| If Representative, description of your authority or relationship to employee | | |
| Signature of Employee or Personal Representative  x | | Date 10/2/12 |

XGRU432 - STD Claim Packet                     Page 7 of 9

10/02/2012  12:32PM (GMT-04:00)

ECFMG/Ellis_003897

From:                                          03/09/2016 15:53    #412 P 014/020

OCT-04-2012 11:29 From:
Oct 02 2012 4:31PM HP Fax                  page 12          To:USSLF RF10 FH01    P.9/10

SEP-25-2012 13:48 From:                           To:17137003739    P.13/15

## Sun Life Assurance Company of Canada

Sun Life Financial

### Authorization for Release and Disclosure of Psychotherapy Notes

This Authorization complies with the HIPAA Privacy Rule. It is important for you to read, sign and submit all Authorizations in this packet. Failure to submit all Authorizations could result in a delay during the claims process.

Return to:
Sun Life Assurance Company of Canada
Group STD Claims
P.O. Box 81915
Wellesley Hills, MA 02481
Fax: (781) 304-5590

I HEREBY AUTHORIZE any physician, health care provider, health plan, medical professional, hospital, clinic, or other medical or health care facility that has provided payment, treatment or services to me or on my behalf; to disclose any psychotherapy notes relating to me to the Claims Department of Sun Life Assurance Company of Canada ("the Company") its subsidiaries, affiliates, third party administrators and reinsurers.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health care professional, hospital, clinic, medical facility or other health care provider to release and disclose all psychotherapy notes relating to me without restriction.

I understand that the Company will use the information it obtains to: (a) administer claims; (b) determine or fulfill responsibility for coverage and provision of benefits; (c) administer coverage; and/or (d) conduct other legally permissible activities that relate to any coverage I have or have applied for with the Company.

I understand that the Company will not disclose information it obtains about me except as authorized by this Authorization; as may be required or permitted by law; or as I may further authorize. I understand that if information is redisclosed as permitted by this Authorization, it may no longer be protected by applicable federal privacy law.

I understand that: (a) this Authorization shall be valid for 24 months from the date I sign it; (b) I may revoke it at any time by providing written notice to Sun Life Financial Group Short Term Disability Claims Department, SC1212, One Sun Life Executive Park, Wellesley Hills, Massachusetts, 02481, subject to the rights of any person who acted in reliance on it prior to receiving notice of its revocation; and (c) my authorized representative and I are entitled to receive a copy of the Authorization upon request.

A copy of this Authorization shall be as valid as the original.

| Print Name of Employee or Personal Representative of Employee | Group Policy Number |
|---|---|
| If Representative, description of your authority or relationship to employee: | |
| Signature of Employee/Personal Representative  X _Chris Ellis_ | Date 10/2/12 |

XGR/432  •  STD Claim Packet                        Page 8 of 9

10/02/2012  12:32PM  (GMT-04:00)

ECFMG/Ellis_003898

From:                                         03/09/2016  15:54    #412 P.015/020

OCT-04-2012 11:29 From:                        To:USELF RF18 FR01     P.10/10
Oct 02 2012 4:31PM HP Fax               page 14
SEP-25-2012 13:40 From:                        To:17137903739     P.14/15

Sun Life Assurance Company of Canada
Wellesley Hills, MA 02481
1-800-247-6875


Sun Life Financial"

## PRIVACY INFORMATION NOTICE

This notice explains why Sun Life Assurance Company of Canada ("the Company") collects personal information about you, how we use that information, and under what circumstances we disclose it to others.

**COLLECTION OF INFORMATION**
We need to obtain information about you to determine whether we can provide the insurance benefits you have requested. As part of the claims process, we may ask you to undergo a physical examination, submit a statement from your physician, or provide copies of medical tests or other information relating to your health, finances and activities.

We also may collect information about you from other sources. By signing the Authorization For Release And Disclosure of Health Related Information and/or the Authorization For Release And Disclosure of Psychotherapy Notes, you authorize us to obtain medical information about you that we need to underwrite your application. Depending upon your particular circumstances, we may collect additional information about you from the following sources:
* Physicians, health care providers, medical professionals, hospitals, clinics or other medical or health care related facilities
* Other insurance companies you have applied to for insurance
* Public records, such as Social Security and tax records

**DISCLOSURE OF PERSONAL INFORMATION**
When you sign the Authorization For Release And Disclosure of Health Related Information and/or the Authorization For Release And Disclosure of Psychotherapy Notes, you authorize us to disclose information we have about you:
* To our reinsurers
* As required or permitted by law

In the course of the claims process, we may need to disclose information about you to others. The law permits us to disclose such information, without obtaining authorization from you, to:
* Companies that help us conduct our business or perform services on our behalf
* Your physician or treating medical professional
* Comply with federal, state or local laws, respond to a subpoena or comply with an inquiry by a government agency or regulator

**ACCESS, CORRECTION AND AMENDMENT OF PERSONAL INFORMATION**
Upon written request to the Company, you can:
* Obtain a copy of the personal recorded information we have about you in our files (a fee may be charged to cover the cost of providing a copy of such information)
* Request that we correct, amend or delete any recorded personal information about you in our possession
* File your own statement of facts if you believe that the recorded personal information we have about you is incorrect

To take any of these actions, please contact us at the following address for further instructions:
    Sun Life Assurance Company of Canada
    Group Short Term Disability Claims
    P.O. Box 81915
    Wellesley Hills, MA 02481

Sun Life Assurance Company of Canada is a member of the Sun Life Financial group of companies.
© 2005 Sun Life Assurance Company of Canada, Wellesley Hills, MA 02481. All rights reserved.
Sun Life Financial and the globe symbol are service marks of Sun Life Assurance Company of Canada.
XGR/432  •  STD Claim Packet                      Page 8 of 9                             04/05

10/02/2012  12:32PM (GMT-04:00)

ECFMG/Ellis_003899

From:                                          03/17/2016 14:56    #417 P.003/004

## Sun
### Life Financial

Service Agreement: 61296

## SunAdvisor® Short Term Disability

| | | | |
|---|---|---|---|
| Date: | Thursday, October 11, 2012 | From: | Maura Hamois |
| To: | Joe Plush | Email: | jplush@ecfmg.org |
| Company: | Educ Com for Foreign Med Grads | Pages: | 1 |

Re:        **SICK LEAVE ADVICE NOTIFICATION 041012-02281-00**

We have completed our review of your request for advice regarding the following employee's absence.

| Employee: | Artis Ellis | Employee I.D. # | ▇▇▇▇▇ |
|---|---|---|---|

According to our review of the information received, we recommend that the disability approval commence effective **September 12, 2012** (date of hospitalization). Any payment would be subject to your plan elimination period for an illness. At this time we recommend, based on the employee's condition, that the disability payment continue through **October 21, 2012** (one day prior to the physician's return to work date).

If the employee does not return to work on a full-time basis by the aforementioned date, and would like to be considered for additional benefit review, a medical update should be submitted. **Specifically, the employee should have the treating physician submit a copy of the examination report(s) and any accompanying test results.** This information may be forwarded to this office by fax at **(781) 304-5519** or mailed to the above address. Upon receipt, we will advise you accordingly. **Please note: An out of work note is generally not effective in detailing evidence of ongoing disability.**

Should you have any questions or concerns, or if you require assistance obtaining information or otherwise, please feel free to call our Customer Service Department at (800)247-6875.

Sincerely,

Maura Hamois, *SunAdvisor®*

ECFMG/Ellis_003900

### SUN ADVISOR/ ECI ELIGIBILITY REVIEW

Work Type
SunAdvisor Eligibility

| Claim Control #: | Claim Status: | Claim Type: |
|---|---|---|
| 041012-02281-00 | Potential | Sun Advisor |
| Policy #: | Cert #: | Group Office: |
| 61296 | 458539208 | |
| Last Name: | First Name: | Claim Office: |
| ELLIS | ARTIS | Portsmouth |
| Last Payment Date: | | |
| Start Date: | Due Date: | Priority: |
| 5/Oct/2012 | 5/Oct/2012 | 1 |

### ELIGIBILITY REVIEW

| Mod#: | 4 | |
|---|---|---|
| Elim Period Accident: | | Elim Period Illness: |
| 1st Day Hospital: | | |
| # of Weeks in Plan: | | Eligible for LTD: |
| Has EE RTW: | | If Y, Date: |
| Employment Status: | | |
| Primary Diagnosis: | | Age: |
| Secondary Diagnosis: | | |
| Treatment Plan | | |
| ICD Code(s): | | |
| Disability Advisor Page #: | | Date Last Worked: | 11/Sep/2012 |
| Doctor's Dis Date: | 12/Sep/2012 | Date 1st Treat after DLW: |
| Date of Last OV: | | Date Hospitalized: | 12/Sep/2012 |

Work Related ***If Not Answered Call***
Employer:
__ Completed Phone Template
Physician:
__ Completed Phone Template

| Assigned To: | Created: | Work Item ID: |
|---|---|---|
| Maura Harnois - STDA | 5/Oct/2012 | 7885850 |

ECFMG/Ellis_003901

### ZSYS Chess Task

**Work Type**
ZSYS - AM Sent Task

| | | |
|---|---|---|
| Claim Control #: | Claim Status: | Claim Type: |
| 041012-02281-00 | Terminated | Sun Advisor |
| Policy #: | Cert #: | Group Office: |
| 61296 | 458539208 | PHILADELPHIA |
| Last Name: | First Name: | Claim Office: |
| ELLIS | ARTIS | Boston |
| Last Payment Date: | | |
| 21/Oct/2012 | | |
| Start Date: | Due Date: | Priority: |
| 12/Oct/2012 | 12/Oct/2012 | 1 |

Description:
Message:

* IMPORTANT We were pleased to learn that you returned to work on 221012. This payment represents the final benefit payment as of October 21, 2012. Your claim file is now closed. Thank you.

| Assigned To: | Created: | Work Item ID: |
|---|---|---|
| | 12/Oct/2012 | 7907082 |

ECFMG/Ellis_003902

From:                                              03/09/2016  15:56        #442  P.019/020

### TEAM LEAD/MANAGER REFERRAL

Work Type
   Team Lead / Manager Referral

| Claim Control #: | Claim Status: | Claim Type: |
|---|---|---|
| 041012-02281-00 | Terminated | Sun Advisor |
| Policy #: | Cert #: | Group Office: |
| 61296 | 458539208 | PHILADELPHIA |
| Last Name: | First Name: | Claim Office: |
| ELLIS | ARTIS | Boston |
| Last Payment Date: | | |
| 21/Oct/2012 | | |
| Start Date: | Due Date: | Priority: |
| 12/Oct/2012 | 19/Oct/2012 | 3 |

#### REFERRAL

\_\_ Complaint received dated:                    From
\_\_ See Second Appeal Dated:
and Medical Opinion Dated:
\_\_ See correspondence dated:                    From
\_\_ Cheque over authority level:
\_\_ See File Summary/D-MAP:
    \_\_ Handle Approval
    \_\_ Provide Recommendation
\_\_ See Comments
QC-Clear-AB

#### RESPONSE

Team Leader/Manager Response:
    \_\_ Agree with action plan
    \_\_ See Comments/Recommendations
\_\_ See Comments

| Assigned To: | Created: | Work Item ID: |
|---|---|---|
| Andrea Bayides - STDA | 12/Oct/2012 | 7907752 |

ECFMG/Ellis_003903

From:                                              03/09/2016  15:57      #412  P 020/020

## ZSYS Chess Task

Work Type
ZSYS - AM Sent Task

| | | |
|---|---|---|
| Claim Control #: | Claim Status: | Claim Type: |
| 041012-02281-00 | Terminated | Sun Advisor |
| Policy #: | Cert #: | Group Office: |
| 61296 | 458539208 | PHILADELPHIA |
| Last Name: | First Name: | Claim Office: |
| ELLIS | ARTIS | Boston |
| Last Payment Date: | | |
| 21/Oct/2012 | | |
| Start Date: | Due Date: | Priority: |
| 17/Oct/2012 | 17/Oct/2012 | 1 |

Description:
Message:

" IMPORTANT We were pleased to learn that you returned to work on 221012. This payment represents the final benefit payment as of October 21, 2012. Your claim file is now closed. Thank you.

| Assigned To: | Created: | Work Item ID: |
|---|---|---|
| | 17/Oct/2012 | 7921721 |

file:///C:/Users/KB05/AppData/Local/Microsoft/Windows/Temporary%20Internet%20Fil...  03/02/2016

ECFMG/Ellis_003904