# EXHIBIT 37

2012_Artis Ellis Kronos Time

Tue10/02 Unscheduled

Wed10/03 Unscheduled

Thu10/04 Unscheduled

Fri10/05 Unscheduled

Sat10/06 Unscheduled

Sun10/07 Unscheduled

Mon10/08 Unscheduled

Tue10/09 Unscheduled

Wed10/10 Unscheduled

Thu10/11 Unscheduled

Fri10/12 Unscheduled

Sat10/13 Unscheduled

Sun10/14 Sign-off

Sun10/14 Unscheduled

 Sign-off      238 10/14 1159p


---------------------------------------------------------------------------
---------------------------------------------

```
Ellis, Artis                          02618      920000
  ID   IN CC          ACTIVITY          OUT     ID IN    CC    ACTIVITY         OUT
TOTALS
Mon10/15 Unscheduled

Tue10/16 Unscheduled

Wed10/17 Unscheduled

Thu10/18 Unscheduled

Fri10/19 Unscheduled

Sat10/20 Unscheduled

Sun10/21 Unscheduled

Mon10/22     800a EX-REG
7.00
Tue10/23     800a EX-REG+N
7.00
Wed10/24     800a EX-REG+N
7.00
Thu10/25     800a EX-REG+N
7.00
Fri10/26     800a EX-REG+N
7.00
 Punch Detail
```

ECFMG/Ellis 008206

```
                          2012_Artis Ellis Kronos Time
                                   Page 0012
01/21/12 -> 12/31/12


Sat10/27 Unscheduled

Sun10/28 Sign-off

Sun10/28 Unscheduled

  Add Hours      27  10/22  800a EX-REG    [H]     7.00
  Add Hours      27  10/23  800a EX-REG    [H]     7.00
Administrative Leave
  Add Hours      27  10/24  800a EX-REG    [H]     7.00
Administrative Leave
  Add Hours      27  10/25  800a EX-REG    [H]     7.00
Administrative Leave
  Add Hours      27  10/26  800a EX-REG    [H]     7.00
Administrative Leave
  Sign-off      238 10/28 1159p


 Acct:920000
                  EX-REG:       35.00

------------------------------------------------------------------------------
--------------------------------------------------

Ellis, Artis                         02618      920000
   ID   IN CC          ACTIVITY         OUT    ID IN    CC    ACTIVITY        OUT
TOTALS
Mon10/29    800a EX-REG+N
7.00
Tue10/30    800a EX-REG+N
7.00
Wed10/31    800a EX-REG+N
7.00
Thu11/01    800a EX-REG+N
7.00
Fri11/02 Unscheduled

Sat11/03 Unscheduled

Sun11/04 Unscheduled

Mon11/05 Unscheduled

Tue11/06 Unscheduled

Wed11/07 Unscheduled

Thu11/08 Unscheduled

Fri11/09 Unscheduled

Sat11/10 Unscheduled

Sun11/11 Sign-off

Sun11/11 Unscheduled

  Add Hours      27  10/29  800a EX-REG    [H]     7.00
Administrative Leave
                                    Page 18
```

```
                          2012_Artis Ellis Kronos Time
 Add Hours       27  10/30  800a EX-REG    [H]    7.00
Administrative Leave
 Add Hours       27  10/31  800a EX-REG    [H]    7.00
Administrative Leave
 Add Hours       27  11/01  800a EX-REG    [H]    7.00
Administrative Leave
 Sign-off        20  11/11 1159p


 Acct:920000
                     EX-REG:       28.00

----------------------------------------------------------------------
------------------------------------------------

Ellis, Artis                       02618     920000
   ID    IN CC        ACTIVITY        OUT     ID IN   CC   ACTIVITY        OUT
TOTALS
Mon11/12 Unscheduled

Tue11/13 Unscheduled

 Punch Detail
                                   Page 0013
01/21/12 -> 12/31/12


Wed11/14 Unscheduled

Thu11/15 Unscheduled

Fri11/16 Unscheduled

Sat11/17 Unscheduled

Sun11/18 Unscheduled

Mon11/19 Unscheduled

Tue11/20 Unscheduled

Wed11/21 Unscheduled

Thu11/22 Unscheduled

Fri11/23 Unscheduled

Sat11/24 Unscheduled

Sun11/25 Sign-off

Sun11/25 Unscheduled

 Sign-off      20  11/25 1159p



----------------------------------------------------------------------
------------------------------------------------

Ellis, Artis                       02618     920000
   ID    IN CC        ACTIVITY        OUT     ID IN   CC   ACTIVITY        OUT
TOTALS
                                   Page 19
```

ECFMG/Ellis 008208