**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ARTIS ELLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-02126 |
| | § | |
| EDUCATIONAL COMMISSION OF | § | |
| FOREIGN MEDICAL GRADUATES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Educational Commission of Foreign Medical Graduates' Amended Motion for Complete Summary Judgment ("Motion").  The Court is of the opinion that the Motion is well taken and should be in all things GRANTED.

It is therefore ORDERED that Plaintiff Artis Ellis's claims against Defendant are hereby dismissed with prejudice.

SIGNED this _____day of _____, 2016.


_____
UNITED STATES DISTRICT JUDGE