# Exhibit "E"

10/03/2012 5:13PM (GMT-04:00)


**ECFMG**  | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-966-3124 Fax
www.ecfmg.org

## REQUEST FOR FMLA LEAVE OF ABSENCE

Complete the form and return it to Human Resources.

Name __Artis Ellis__         Department __CSEC-Houston__
Job Title __Center Manager__   Phone Extension __(281) 260-7400 x7226__

I require a Leave of Absence due to the following reasons: (Check one)

____ Birth and care of my child or placement for Adoption/Foster Care of Child

__X__ Serious Health Condition that makes me unable to perform the essential functions of my job.

____ Serious Health Condition affecting my ⁱ spouse, ⁱ child, ⁱ parent, for which I need to provide care.

Please describe __Major Tumor removed from the Brain__

I need this Leave of Absence to begin on __9/12/12__ and I expect to return on or about __10/22/12__
                                          Date                                               Date

I realize that I will need to provide Medical Certification from my health care provider for reasons of my Serious Health Condition or that of a spouse, child or parent I will be caring for.

I understand that I will be informed in writing as to whether my request for Family Medical Leave of Absence has been approved. I will be required to utilize all available, applicable paid time off while I am out on this leave. I also understand that the FMLA leave can last no longer than twelve (12) weeks. Should I need time beyond the allotted FMLA leave, I will request a non-FMLA leave based on the ECFMG® policy.

Requestor's Signature __Artis Ellis__           Date __10/2/12__
Human Resources Signature __Shan/mell__         Date __10/3/2012__

ECFMG® is an organization committed to promoting excellence in international medical education.

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

PHILADELPHIA OFFICE

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.

TELEPHONE: 215-386-5900 • FAX: 215-222-9963 • CABLE: EDCOUNCIL, PHA.

---

## REQUEST FOR SHORT TERM DISABILITY (STD)

Complete the form and return it to Human Resources.

Name: Artis Ellis                Department: CSEC - Houston

Job Title: Center Manager        Phone Extension: (281) 260-7400 x7226

ECFMG STD is a benefit that all regular full time employees are eligible for, after 90 days of employment, with an approved disability claim. STD benefits are paid out from Sun Life Assurance Company, not through ECFMG payroll. An STD claim packet must be completed by the employee and healthcare provider and returned to Human Resources for review/processing. An STD benefit claim approval is not guaranteed; the information provided must be reviewed and approved by the underwriting department at Sun Life Assurance Company. The benefit has a two (2) week-unpaid waiting period during which any available sick time, vacation time or optional holiday time must be used. After the two week waiting period, if the claim is approved, a benefit of 80% of the weekly salary will be paid as the benefit. All employees have the option of supplementing the STD benefit with any accrued/remaining sick, vacation or optional holiday time up to the full amount of the base net weekly pay until all available time is exhausted. Sun Life Assurance Company will provide written claim approval/denial for the employee.

I understand the above information regarding an ECFMG STD benefit claim and authorize the following choice for my STD benefit claim:

✓ I agree to have ECFMG supplement my 80% STD with any/all of the available benefit time indicated below for each pay period of my disability, until exhausted.

     [ ] Sick,

     [ ] Vacation and/or

     [ ] Optional Holiday time

___ I DO NOT wish to supplement my 80% STD claim with any available sick, vacation or optional holiday time. Any current time will remain available when I return from STD.

Employee's Signature: _Artis Ellis_    Date: 10/2/12

Human Resources Signature: _[signature]_    Date: 10/3/2012

*ECFMG is an organization committed to promoting excellence in international medical education.*

CONFIDENTIAL   ECFMG/Ellis000391

Oct 02 2012 4:29PM HP Fax     page 8

SEP-25-2012 13:37 From:                              To:17137983739       P.2/15

**Certification of Health Care Provider for**  **U.S. Department of Labor**  
**Employee's Serious Health Condition**  Wage and Hour Division
**(Family and Medical Leave Act)**

OMB Control Number: 1235-0003
Expires: 2/28/2015

### SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact: __Artis Ellis__

Employee's job title: __Center Manager__  Regular work schedule: __7 - 3:30 pm__

Employee's essential job functions: _____

Check if job description is attached: __X__

### SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: __Artis__        _____        __Ellis__
            First             Middle              Last

### SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: __Daniel Yoshor 1709 Dryden Houston TX 77030__

Type of practice / Medical specialty: __Neurosurgery__

Telephone: ( __713__ ) __798__  __4696__         Fax:( __713__ ) __798 3739__

Page 1                  CONTINUED ON NEXT PAGE          Form WH-380-E Revised January 2009

10/02/2012   12:32PM (GMT-04:00)

CONFIDENTIAL   ECFMG/Ellis000392

Oct 02 2012 4:28PM HP Fax                           page 2

SEP-25-2012 13:37 From:                      To:17137983739          P.3/15

**PART A: MEDICAL FACTS**
1. Approximate date condition commenced: __unknown__

   Probable duration of condition: __unknown__

   Mark below as applicable:
   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   ___No  _X_Yes. If so, dates of admission:

   __9/12/12__                        __St. Lukes Episcopal Hospital__
                                       __Houston TX 77036__
   Date(s) you treated the patient for condition:

   __9/14/12__

   Will the patient need to have treatment visits at least twice per year due to the condition? _X_No ___Yes.

   Was medication, other than over-the-counter medication, prescribed? _X_No ___Yes.

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   _X_No ___Yes. If so, state the nature of such treatments and expected duration of treatment:

2. Is the medical condition pregnancy? _X_No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section 1 to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to the condition: ___No _X_Yes.

   If so, identify the job functions the employee is unable to perform:

   __Need to stay off 4-6 weeks to recover from surgery__

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   __Patient underwent transphenoidal resection of__
   __pituitary macroadenoma on 9/14/12 — she would need__
   __4-6 weeks to recover from surgery.__

Page 2                      CONTINUED ON NEXT PAGE              Form WH-380-E Revised January 2009

10/02/2012 12:32PM (GMT-04:00)

CONFIDENTIAL   ECFMG/Ellis000393

Oct 02 2012 4:28PM HP Fax                              page 3

SEP-25-2012 13:37 From:                                To:17137983739      P.4/15

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No  _✓_Yes.

   If so, estimate the beginning and ending dates for the period of incapacity: __9/12/12__ — __10/22/12__

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? _✓_No ___Yes.

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ___No ___Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   _____

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? _✓_No ___Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   ___ No ___Yes. If so, explain:

   _____
   _____

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency       : _____ times per _____ week(s) _____ month(s)

               Duration: _____ hours or ___ day(s) per episode

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

_____
_____
_____
_____
_____
_____

Page 3                       CONTINUED ON NEXT PAGE        Form WH-380-E Revised January 2009

10/02/2012   12:32PM (GMT-04:00)

CONFIDENTIAL   ECFMG/Ellis000394

Oct 02 2012 4:28PM HP Fax page 4

SEP-25-2012 13:37 From: To:17137983739 P.5/15

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Signature of Health Care Provider**     **Date** 9/25/12

### PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Page 4     Form WH-380-E Revised January 2009

10/02/2012 12:32PM (GMT-04:00)

CONFIDENTIAL ECFMG/Ellis000395

| Designation Notice<br>(Family and Medical Leave Act) | U.S. Department of Labor<br>Employment Standards Administration<br>Wage and Hour Division |  |
|---|---|---|

OMB Control Number: 1215-0181
Expires: 12/31/2011

Leave covered under the Family and Medical Leave Act (FMLA) must be designated as FMLA-protected and the employer must inform the employee of the amount of leave that will be counted against the employee's FMLA leave entitlement. In order to determine whether leave is covered under the FMLA, the employer may request that the leave be supported by a certification. If the certification is incomplete or insufficient, the employer must state in writing what additional information is necessary to make the certification complete and sufficient. While use of this form by employers is optional, a fully completed Form H-382 provides an easy method of providing employees with the written information required by 29 C.F.R. §§ 825.300(c), 825.301, and 825.305(c).

To: __Artis Ellis__
Date: __October 2, 2012__

We have reviewed your request for leave under the FMLA and any supporting documentation that you have provided.
We received your most recent information on __October 2, 2012__ and decided:

__X__ **Your FMLA leave request is approved. All leave taken for this reason will be designated as FMLA leave.**

**The FMLA requires that you notify us as soon as practicable if dates of scheduled leave change or are extended, or were initially unknown. Based on the information you have provided to date, we are providing the following information about the amount of time that will be counted against your leave entitlement:**

__X__ Provided there is no deviation from your anticipated leave schedule, the following number of hours, days, or weeks will be counted against your leave entitlement: __September 12, 2012__ to October 22, 2012__.

____ Because the leave you will need will be unscheduled, it is not possible to provide the hours, days, or weeks that will be counted against your FMLA entitlement at this time. You have the right to request this information once in a 30-day period (if leave was taken in the 30-day period).

**Please be advised (check if applicable):**
____ You have requested to use paid leave during your FMLA leave. Any paid leave taken for this reason will count against your FMLA leave entitlement.

__X__ We are requiring you to substitute or use paid leave during your FMLA leave.

__X__ You will be required to present a fitness-for-duty certificate to be restored to employment. If such certification is not timely received, your return to work may be delayed until certification is provided. A list of the essential functions of your position ____ is ____ is not attached. If attached, the fitness-for-duty certification must address your ability to perform these functions.

____ **Additional information is needed to determine if your FMLA leave request can be approved:**

____ The certification you have provided is not complete and sufficient to determine whether the FMLA applies to your leave request. You must provide the following information no later than _____, unless it is not
(Provide at least seven calendar days)
practicable under the particular circumstances despite your diligent good faith efforts, or your leave may be denied.

_____
(Specify information needed to make the certification complete and sufficient)

____ We are exercising our right to have you obtain a second or third opinion medical certification at our expense, and we will provide further details at a later time.

____ Your FMLA Leave request is Not Approved.
____ The FMLA does not apply to your leave request.
____ You have exhausted your FMLA leave entitlement in the applicable 12-month period.

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
It is mandatory for employers to inform employees in writing whether leave requested under the FMLA has been determined to be covered under the FMLA. 29 U.S.C. § 2617; 29 C.F.R. §§ 825.300(d), (e). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 – 30 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION.**

Form WH-382 January 200

CONFIDENTIAL  ECFMG/Ellis000396

10/19/2012 08:13 FAX 97135517544      FIESTA 22                                ☑001

 **ECFMG®**   EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900   215-836-3124 Fax
www.ecfmg.org

# Fitness for Duty
## (Authorization to Return from Medical Leave.)

Employee Name: **Artis Ellis**       Job Title: **Center Manager**

Physician Name: **Dr. Tom M. Thom**

*MANAGER:*
*Highlight all essential functions of the job on a copy of the employee's JD and attach to this form for the employee to provide his/her physician. Be sure to review areas such as Job Summary, Physical Demands, Work Environment, Skills and Abilities and Duties and Responsibilities.*

**MUST BE COMPLETED BY PHYSICIAN:**

1. Is employee able to perform the essential functions of the position as highlighted on the attached job description with or without an accommodation? (Answer the question only after reviewing the attached job description and discussing with the employee/patient.) Check Yes or No:

   Yes ☑   No ☐

2. Date the employee is able to return and perform all job functions:

   **10/22/2012**

3. If an accommodation is needed for an ADA covered disability, please indicate suggestions for the type of accommodation that would enable the employee to perform the essential functions of his/her job:

Signature of Employee: *Artis Elli*                Date: **10/14/12**

Signature of Physician: *[signature]*              Date: **10/16/2012**

Type of Practice (Field of Specialization, if any): **Endocrinology**

FCFMG® is an organization committed to promoting excellence in international medical education.

10/19/2012  10:02AM (GMT-04:00)

CONFIDENTIAL   ECFMG/Ellis000397



EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-823-2289 | 215-966-3124 Fax
www.ecfmg.org

Via – Fed-ex tracking # 8009 7706 9787

October 19, 2012

Artis Ellis
3915 Oakside Drive
Houston, TX 77053

Dear Artis,

As you are aware, the Federal Medical Leave Act (FMLA) provides up to twelve weeks of an unpaid leave in a twelve-month period, and continuation of health benefits under certain circumstances. Your current approved FMLA leave began back on September 12, 2012 until October 19, 2012. We have received your Fit for Duty form completed by your physician; releasing you to return to work at full capacity as of October 22, 2012.

You previously used FMLA beginning January 18, 2012 until January 30, 2012, to care for your spouse. You currently have 4 weeks and 6 days of FMLA remaining in this 12 month period. If you have the need for additional FMLA time, please contact me.

Feel free to contact me if you have any questions.

Sincerely,


Sharon Trowell-Roman
HR Manager

Cc: File ✓

ECFMG® is an organization committed to promoting excellence in international medical education.

CONFIDENTIAL   ECFMG/Ellis000398

**FedEx Express** NEW Package US Airbill

FedEx Tracking Number: 8009 7706 9787

Form ID No. 0200

Sender's Copy

**1 From** Please print and press hard.

Date: 10/19/12

Sender's FedEx Account Number: 019130505

Sender's Name: Helen Ann Coin

Phone: (215) 823-2134

Company: ECFMG

Address: 3624 Market St.

City: Philadelphia    State: PA    ZIP: 19104

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Artis Ellis

Phone: (713) 434-7702

Address: 3915 Oakside Dr.

City: Houston    State: TX    ZIP: 77053

**4 Express Package Service**
- [X] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**
- [ ] SATURDAY Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

644

CONFIDENTIAL    ECFMG/Ellis000399