# Exhibit "F"

## Houston Issues

- It has been discovered that Artis may have had a personal relationship with a former employee, Troi A Bryant, (who is reportedly the father of her daughter). This employee was hired and subsequently promoted as a direct report to Artis. It is a violation of ECFMG policy to employ relatives or close, personal relations in the line of supervision. We are not aware that Artis disclosed her personal relationship this employee to her supervisor or HR.

- It has been reported that management was charging staff for new Kronos and/or security badges to replace ones that had either worn out or were lost. It is against what the company practice is. Members of the staff reported being charged double the actual cost of the badges.. After checking with AP they had received 1 check from an SP for the related funds, but none of the other monies from 3-4 other SP's that the FOC can remember replacing and charging, can be accounted for.

- Exam session of Thursday 9-13 was certified with Artis' password while Artis was out on FMLA leave and did not have access to her computer. It is a violation of policy to have an exam session certified by anyone other than center management or above. It is also a violation of policy to given login/password anyone, thus allowing that staff person access to confidential information.

- It has been discovered that the exam had been short scheduled of staff, which is risking the integrity and validity of the exam. It is the manager's responsibility to appropriately schedule the exam. There were also days when people where scheduled to work when there was no exam, thus wasting payroll dollars and possibly allowing preferential treatment to some employees, again the responsibility of the Center Manager.

- Artis did not follow policy when removing SP's from the exam in terms of paying them. Artis, after pulling people, forced them to "clock out" and leave which is against company policy.

- Artis abandoned the policy that required SP's to wear robes in all common areas of the building.

- Artis changed the policy, without authorization, of SP's returning to the exam room within 2 minutes of the next encounter. Artis changed it to 3 minutes.

- Artis violated policy by having 5 years of paper checklists stored at the center. These are to be kept for no longer than 90 days. Along with other confidential exam materials that should have been destroyed that were kept in a supply cabinet.

CONFIDENTIAL - ECFMG/Ellis000248

- It is the programs policy to supply basic needs such as tea, dish soap, and other items to SP's. Artis had the SP's buying their own supplies.

- A special exam, scheduled back in May of 2011, which was supposed to happen on Monday 9-17 was not communicated to staff nor was the center set up for the exam.

- Artis threw away SP's personal belongings such as food, dishes and clothing without notifying SP's.

- Artis would constantly threaten her team by saying "maybe this is not the right job for you"
- The physical condition of the building was unacceptable; server room had piles of "junk" in the corner. Ceiling tiles were mis-colored from issues that had happened months ago, there were boxes and boxes of things put in closets that the center had no use for that should have been thrown away long ago.

- Artis has developed an environment where "telling" on your coworker, instead of supporting each other, it is excepted and expected. There is no sense of team work. One example is that a trainer had left central station unlocked and instead of locking it the next staff member who tried to enter the room left a posted noted that said security violation on the door, but did not lock it, and a second ran to Nancy Ambrose and said the door is unlocked instead of locking the door themselves. There is a climate that everything that happens at the center must immediately be reported back to Artis, even though she is on leave, and there are several examples of this. If you do not call Artis the feeling is that you "do not have her back" and that there will be retribution.

- Artis was having conversations about one of her SP's with a trainer from a different center reporting "we are trying to fire him anyway" as they discussed how he was performing his case.

- Artis had instructed her FOC to "hoard/hide" supplies thus leaving the center staff to run around and try to patch things together rather than have the supplies they needed to run the exam.

- Artis would often go in and ask her SP's to provide her with food.

CONFIDENTIAL - ECFMG/Ellis000249