# Exhibit "I"

## Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION

 3  ARTIS ELLIS,              :
                              :
 4      Plaintiff,            :
                              :
 5  Vs.                       :
                              : CIVIL ACTION NO.
 6  EDUCATIONAL COMMISSION    : 4:14-cv-02126
    FOR FOREIGN MEDICAL       :
 7  GRADUATES,                :
                              :
 8      Defendant.            :

 9  **********************************************************

10           VIDEOTAPED / REALTIMED DEPOSITION OF

11                      TROI A. BRYANT

12                    SEPTEMBER 8, 2016

13  **********************************************************

14      VIDEOTAPED / REALTIMED DEPOSITION of TROI A.
15  BRYANT, produced as a witness at the instance of the
16  Defendant, and duly sworn, was taken in the
17  above-styled and numbered cause on Thursday, the 8th
18  day of September, 2016, from 11:18 a.m. to 1:09 p.m.,
19  before Pat English-Arredondo, CSR, RMR, CRR in and for
20  the State of Texas, reported by machine shorthand in
21  realtime translation, at the law offices of Morgan,
22  Lewis & Bockius, LLP, 1000 Louisiana Street,
23  Suite 4000, Houston, Texas, pursuant to the Federal
24  Rules of Civil Procedure; that the Witness will read
25  the deposition.
```

## Page 2

```
 1                    A P P E A R A N C E S

 2  COUNSEL FOR PLAINTIFF ARTIS ELLIS:

 3      Ms. Keenya R. Harrold
        KENNARD
 4      2603 Augusta Drive, 14th Floor
        Houston, Texas 77057
 5      Phone: 713.742.0900
        e-mail:  keenya.harrold@kennardlaw.com
 6
    COUNSEL FOR DEFENDANT EDUCATIONAL COMMISSION FOR
 7  FOREIGN MEDICAL GRADUATES:

 8      Ms. Erin E. O'Driscoll
        MORGAN, LEWIS & Bockius, LLP
 9      1000 Louisiana, Suite 4000
        Houston, Texas 77002
10      Phone: 713.890.5000
        e-mail:  codriscoll@morganlewis.com
11
    ALSO PRESENT:
12
        Ms. Artis Ellis
13
    VIDEOGRAPHER:
14
        Mr. Jamie Rodgers
15
    COURT REPORTER:
16
        Ms. Pat English-Arredondo, CSR, RMR, CRR, CLR
17
```

## Page 3

```
                        I N D E X

                                                  PAGE

APPEARANCES.....................................   2


WITNESS:   TROI A. BRYANT


    EXAMINATION BY MS. O'DRISCOLL ...............   6


    EXAMINATION BY MS. HARROLD ..................  85

    FURTHER EXAMINATION BY MS. O'DRISCOLL .......  90

    FURTHER EXAMINATION BY MS. HARROLD ..........  93

    FURTHER EXAMINATION BY MS. O'DRISCOLL .......  95

    FURTHER EXAMINATION BY MS. HARROLD .......... 101



CHANGES AND SIGNATURE............................ 103


REPORTER'S CERTIFICATE........................... 104
```

## Page 4

```
                    E X H I B I T S   I N D E X
                VIDEOTAPED / REALTIMED DEPOSITION OF
                            TROI A. BRYANT
                          SEPTEMBER 8, 2016
                                NOS.

NUMBER            DESCRIPTION                       PAGE

EXHIBIT 1    Subpoena issued to Mr. Bryant,          9
             with attachments, 8 pages

EXHIBIT 2    Personnel files for Mr. Bryant         49
             at ECFMG, top document titled
             "Notice to All Standardized
             Patients and Acknowledgement
             of Receipt," dated 11-3-08 and
             signed by Troi Bryant, Bates
             Nos. ECFMG-ELLIS 007267 - 239

EXHIBIT 3    ECFMG Personnel Information            63
             Change Form, Bates ECFMG-ELLIS
             007235 - 223

EXHIBIT 4    Clinical Skills Evaluation             68
             Collaboration (CSEC)
             Ownership, Confidentiality,
             and Non-Disclosure Agreement,
             Bates ECFMG-ELLIS 007227-7231
```

### Page 13

| Time | # | Text |
|---|---|---|
| 11:25:33 | 1 | Q. And then also, as you know, you're under oath |
| 11:25:36 | 2 | today as if you're testifying before a judge and jury |
| 11:25:38 | 3 | and you understand that that's under penalty of |
| 11:25:41 | 4 | perjury? |
| 11:25:41 | 5 | A. Yes, ma'am. |
|  | 6 | Q. Okay, great. |
| 11:25:52 | 7 | And when you said just a moment ago, when |
| 11:25:53 | 8 | I asked you about what this lawsuit was about, you said |
| 11:25:56 | 9 | you had a vague knowledge about that. |
| 11:25:58 | 10 | A. Uh-huh. |
| 11:25:58 | 11 | Q. You referenced that it was -- that it was |
| 11:26:03 | 12 | your understanding that it was about your relationship |
| 11:26:04 | 13 | with Ms. Artis Ellis. |
|  | 14 | A. Uh-huh. |
| 11:26:05 | 15 | Q. How did you know that? |
| 11:26:10 | 16 | A. I'm not sure. I don't remember how I know |
| 11:26:12 | 17 | that. I just know that. |
| 11:26:13 | 18 | Q. Was it through talking with Ms. Keenya |
| 11:26:15 | 19 | Harrold? |
| 11:26:16 | 20 | A. It could have been -- |
|  | 21 | Q. Okay. |
| 11:26:16 | 22 | A. -- part of that conversation, I guess. I'm |
| 11:26:18 | 23 | not sure. |
| 11:26:19 | 24 | Q. And do you remember anything else that might |
| 11:26:21 | 25 | have been discussed about the relationship with |

### Page 14

| Time | # | Text |
|---|---|---|
| 11:26:25 | 1 | Ms. Keenya or anybody else in her office? |
| 11:26:31 | 2 | A. No, I haven't spoken to anyone else in her |
| 11:26:34 | 3 | office. |
| 11:26:34 | 4 | Q. Have you spoken with Ms. Artis Ellis at any |
| 11:26:37 | 5 | time in the last two years prior to coming today, this |
| 11:26:41 | 6 | morning? |
| 11:26:41 | 7 | A. On occasion. During the holidays, I guess. |
| 11:26:44 | 8 | Q. Okay. And is that normal, for you-all to |
| 11:26:50 | 9 | talk during the holidays? |
| 11:26:52 | 10 | A. Well, at least text or -- yeah. |
|  | 11 | Q. Okay. |
|  | 12 | A. Yes. |
| 11:27:04 | 13 | Q. And do you-all text each other back pretty |
| 11:27:06 | 14 | freely? |
| 11:27:07 | 15 | A. I'm not sure what you mean by that. |
| 11:27:08 | 16 | Q. Well, how often? What's a normal week for |
| 11:27:11 | 17 | you-all to communicate as far as number of times? |
| 11:27:13 | 18 | A. It wouldn't be weekly. I would say |
| 11:27:16 | 19 | seasonally during the holidays. |
| 11:27:17 | 20 | Q. So during any of the holidays? |
| 11:27:20 | 21 | A. Christmas, Thanksgiving, New Year. Happy New |
| 11:27:23 | 22 | Year's. |
| 11:27:24 | 23 | Q. Okay. Mr. Bryant, are you currently married? |
| 11:27:34 | 24 | A. Yes. |
| 11:27:34 | 25 | Q. And what is your wife's name? |

### Page 15

| Time | # | Text |
|---|---|---|
| 11:27:36 | 1 | A. Jacquelyn. |
| 11:27:39 | 2 | Q. And how long have you been married to her? |
| 11:27:42 | 3 | A. 27, 28 years. |
| 11:27:48 | 4 | Q. And have you ever been married before that? |
| 11:27:49 | 5 | A. No. |
| 11:27:49 | 6 | Q. And do you have any children? |
| 11:27:50 | 7 | A. Yes. |
| 11:27:51 | 8 | Q. And how many children do you have? |
| 11:27:53 | 9 | A. Three. |
| 11:27:54 | 10 | Q. And what are their names? |
| 11:27:55 | 11 | A. Brittani, Troi and Ervin. |
| 11:28:00 | 12 | Q. And how old are they? |
| 11:28:01 | 13 | A. 29, 22 and 20. |
| 11:28:13 | 14 | Q. And -- |
| 11:28:13 | 15 | A. Or 19. He will be 20 soon. |
| 11:28:16 | 16 | Q. Sorry. Who will be -- |
| 11:28:17 | 17 | A. My youngest will be 20 in October. |
| 11:28:22 | 18 | Q. And what are their last names? |
| 11:28:24 | 19 | A. Bryant. |
| 11:28:26 | 20 | Q. And who are the mothers of those children? |
| 11:28:29 | 21 | Mother or mothers? |
| 11:28:30 | 22 | A. Jacquelyn is the mother of Troi and Ervin, |
| 11:28:35 | 23 | and Artis is the mother of Brittani. |
| 11:28:37 | 24 | Q. Okay. When did you meet Artis Ellis? |
| 11:28:51 | 25 | A. 20-plus years ago. 28 years ago, 29 years |

### Page 16

| Time | # | Text |
|---|---|---|
| 11:28:54 | 1 | ago, something. |
| 11:28:54 | 2 | Q. Okay. And how did you meet Ms. Ellis? |
| 11:29:01 | 3 | A. I can't recall exactly how I met her. I'm |
| 11:29:04 | 4 | not sure. Kind of like knew the same people, I guess. |
| 11:29:07 | 5 | Q. Did you-all go to school together? |
| 11:29:12 | 6 | A. Not really. |
| 11:29:13 | 7 | Q. I mean -- |
| 11:29:14 | 8 | A. We attended the same school, but we didn't go |
| 11:29:16 | 9 | to school together. |
| 11:29:17 | 10 | Q. But you attended the same school? |
| 11:29:19 | 11 | A. I'm older than her, so I think I was gone |
| 11:29:22 | 12 | already. I'm not sure how much older I am than her. I |
| 11:29:26 | 13 | vaguely remem -- I didn't know her very well. When we |
| 11:29:28 | 14 | were young people, I didn't know her very well. |
| 11:29:30 | 15 | Q. Okay. So you said you went to school -- but |
| 11:29:32 | 16 | you did attend the same schools? |
| 11:29:34 | 17 | A. Yes. |
| 11:29:35 | 18 | Q. Was it high school? |
| 11:29:35 | 19 | A. High school, yes. |
| 11:29:36 | 20 | Q. What about middle school? |
| 11:29:37 | 21 | A. No. Not that I know of. |
| 11:29:39 | 22 | Q. What about college? |
| 11:29:40 | 23 | A. No. |
| 11:29:44 | 24 | Q. Elementary school? |
| 11:29:45 | 25 | A. No. |

### Page 17

```
11:29:49  1    Q.   And what high school did you attend?
11:29:53  2    A.   Ross Shaw Sterling.
11:29:56  3    Q.   And did you attend that school for all four
11:29:58  4  years of high school?
11:29:58  5    A.   Yes.
11:29:58  6    Q.   You said that you and Artis knew some of the
11:30:02  7  same people.
11:30:03  8    A.   I would imagine because we went to the
11:30:06  9  same -- yes, I'm sure we did.
         10    Q.   Okay. .
11:30:08 11    A.   I'm not sure who they were, but...
11:30:11 12    Q.   You don't remember their names?
11:30:12 13    A.   No, no.
11:30:14 14    Q.   You think that you may be a year or two older
11:30:17 15  than her?
11:30:20 16    A.   At least.
11:30:26 17    Q.   And did you-all attend the same church?
11:30:28 18    A.   No.
11:30:37 19    Q.   And did you and Ms. Ellis ever date?
11:30:42 20    A.   No.
11:30:44 21    Q.   Did you ever have any romantic involvement at
11:30:46 22  all?
11:30:46 23    A.   Yes.
11:30:46 24    Q.   And how long was that romantic involvement?
11:30:50 25    A.   Once.
```

### Page 18

```
11:30:54  1    Q.   Okay.  And when was that?
11:30:57  2    A.   I don't recall exactly when it was, but just
11:31:03  3  prior to my daughter being conceived.
11:31:06  4    Q.   Okay.
11:31:07  5    A.   Yeah, but I don't know dates and times.
11:31:08  6    Q.   Okay.  So you -- when you say "once," was
11:31:11  7  that one period of time?  Was that --
11:31:14  8    A.   One encounter.
11:31:16  9    Q.   Okay.  And when you say "encounter," you mean
11:31:19 10  sexual encounter?
11:31:20 11    A.   Sexual encounter, yes.
11:31:23 12    Q.   And so you and Ms. Artis -- and when was this
11:31:24 13  romantic involvement?
11:31:27 14    A.   What do you mean by "when"?
11:31:29 15    Q.   Was it -- you said it was -- you said
11:31:35 16  Brittani is 29 years old.  And that's currently, right?
11:31:36 17    A.   Yeah.  I think she is, yes.
11:31:37 18    Q.   And was she born in -- was it 1987?
11:31:45 19    A.   Yes.
11:31:45 20    Q.   And so does -- do you know when you were
11:31:47 21  romantically involved?  Was it just prior to Brittani
11:31:51 22  being born?
11:31:52 23    A.   It was in spring of that year, I guess.  I
11:32:05 24  don't remember exactly.
11:32:07 25    Q.   Okay.  When you say "that year," would that
```

### Page 19

```
11:32:08  1  be -- if she was -- was she born in March of 1987?
11:32:12  2    A.   She was born in March of '87, so just
11:32:17  3  previous, the previous year, a few months.  So it was
11:32:21  4  nine months.  I don't remember the month.  We can do
11:32:24  5  the math.  It was nine months before that.  I don't
11:32:27  6  know.
11:32:27  7    Q.   Okay.  And do you remember -- I know you said
11:32:30  8  you went to the same high school and that you-all knew
11:32:32  9  some of the same people.  But do you remember how you
11:32:34 10  met her, how you met Ms. Ellis, back during that spring
11:32:39 11  time frame when you had the sexual encounter?
11:32:42 12    A.   Are you asking me for an event or something?
11:32:46 13    Q.   Well, how you met her.  I'm just wondering,
11:32:48 14  did friends introduce you?  Did you see her in the
11:32:52 15  hallway?  Do you remember?
11:32:52 16    A.   No, I don't.  I think it was at a party or
11:32:56 17  something.  I'm not sure.
11:32:58 18    Q.   Okay.  You think you met her at a party?
11:33:02 19    A.   I don't remember.  I don't recall.
11:33:04 20    Q.   Okay.
11:33:05 21    A.   I have no idea where I met her.
11:33:07 22    Q.   Did you-all go to the prom together?
11:33:09 23    A.   No.  Actually, I went with someone else.
11:33:12 24    Q.   Okay.  And do you remember if the sexual
11:33:15 25  encounter with Ms. Artis was before, during or after
```

### Page 20

```
11:33:18  1  the prom?
11:33:19  2    A.   It was later that -- yeah.  Later that night,
11:33:23  3  yeah.
11:33:24  4    Q.   And where was that?
11:33:26  5    A.   What do you mean?
11:33:27  6    Q.   Location-wise, geographically, where was
11:33:29  7  that?
11:33:30  8    A.   In Houston.
11:33:33  9    Q.   Okay.  Was it in a house?  Was it in a
11:33:35 10  school?
11:33:37 11    A.   It was --
11:33:37 12         MS. HARROLD:  Objection, relevance.
11:33:38 13    A.   Yeah, I'm not sure where you're going.  I'm
11:33:42 14  sure it was in a house, but I don't know exactly the
11:33:45 15  details.
11:33:45 16    Q.   (By Ms. O'Driscoll)  Okay.  After that house,
11:33:47 17  did you -- you said that you-all had sex.  Did you talk
11:33:52 18  to her the next day?
11:33:56 19    A.   I don't remember.  I'm not sure.
11:33:59 20    Q.   Well, do you remember talking to her after
11:34:02 21  that evening of the prom?
11:34:03 22    A.   Oh, yeah.
11:34:05 23    Q.   And how often would you talk to her?
11:34:08 24    A.   When she told me she was pregnant.
11:34:10 25    Q.   Okay.
```

Page 85

```
12:54:34  1   A.  Yes.
12:54:34  2   Q.  And Jackie worked with you, also, and
12:54:36  3   Ms. Ellis --
          4   A.  Yes.
12:54:37  5   Q.  -- to raise Brittani?
12:54:38  6   A.  Yes.
12:54:38  7   Q.  Have you understood all of my questions, sir?
12:54:59  8   A.  I think I have.
          9   Q.  Okay.
12:55:01 10   A.  I've tried to.
12:55:01 11   Q.  Okay.
12:55:04 12       MS. O'DRISCOLL:  I will pass the
12:55:06 13   witness.
12:55:06 14       (Following proceeding commenced at 12:55 p.m.)
12:55:08 15                 EXAMINATION
         16   BY MS. HARROLD:
12:55:11 17   Q.  Hi, Mr. Bryant.  How are you?
12:55:13 18   A.  Tired.
12:55:15 19   Q.  I understand, and I'm not going to try to
12:55:17 20   keep you here very long.  But my name is Keenya
12:55:19 21   Harrold.  I represent Ms. Ellis in the legal matter
12:55:22 22   against ECFMG.
12:55:23 23       I'm going to ask you a couple of
12:55:25 24   questions, follow-up questions, but I understand that
12:55:28 25   you have to get back to work.
```

Page 86

```
12:55:31  1   A.  Uh-huh.
12:55:32  2   Q.  Let me first apologize for even you having to
12:55:34  3   take out time to come down here and do a deposition,
12:55:40  4   one, about a one-night-stand that happened when you
12:55:43  5   were 19 years old and a relationship with your daughter
12:55:45  6   that had nothing to do with your employment.  So I
12:55:48  7   apologize for making you come downtown.
12:55:49  8   A.  Thank you.
12:55:49  9       MS. O'DRISCOLL:  Objection, form.
12:55:52 10   Assumes facts in evidence and mischaracterizes
12:55:52 11   evidence.
12:55:53 12   Q.  (By Ms. Harrold)  During our five-minute
12:55:54 13   conversation on yesterday you remember that I told you
12:55:56 14   just to be honest in your deposition.  Correct?
12:55:58 15   A.  Yes.
12:55:59 16   Q.  And I told you that the phone call was not to
12:56:00 17   persuade you in any way.  Is that right?
12:56:04 18   A.  Yes, ma'am.
12:56:04 19   Q.  You testified earlier that you found out
12:56:07 20   about the part-time position from your wife.  Is that
12:56:10 21   correct?
12:56:10 22   A.  Yes.
12:56:11 23   Q.  Not from Ms. Ellis?
12:56:13 24   A.  I did not, yes.
12:56:14 25   Q.  And Ms. Ellis did not interview you for that
```

Page 87

```
12:56:17  1   part-time position.  Is that correct?
12:56:19  2   A.  That's correct.
12:56:20  3   Q.  And do you remember reporting to Ms. Ellis
12:56:23  4   when you were working part-time?
12:56:26  5       MS. O'DRISCOLL:  Objection, asked and
12:56:28  6   answered.
12:56:28  7   A.  No, I remember reporting to the trainer and
12:56:32  8   John.  That's what I remember.
12:56:33  9   Q.  (By Ms. Harrold)  And you testified that
12:56:35 10   Ms. Ellis did not interview you for the promotion,
12:56:37 11   right?  It was someone in Philadelphia?
12:56:42 12       MS. O'DRISCOLL:  Objection, form.
         13   A.  That's true.
12:56:43 14       MS. O'DRISCOLL:  Mischaracterizes
12:56:43 15   evidence.
12:56:44 16   Q.  (By Ms. Harrold)  Also, in regards to the
12:56:46 17   promotion, you found out about that promotion
12:56:49 18   from -- did you find out from your wife?  Or how did
12:56:52 19   you find out about that promotion opportunity as a
12:56:56 20   trainer?
12:56:56 21   A.  Through the other trainers.
12:56:58 22   Q.  So Ms. Ellis did not encourage you or tell
12:57:00 23   you about that position.  Is that right?
12:57:03 24   A.  No.
12:57:05 25   Q.  Were you terminated from ECFMG?
```

Page 88

```
12:57:08  1   A.  No.
12:57:10  2   Q.  So you were not terminated for not listing
12:57:12  3   Ms. Ellis on your application as a relative.  Is that
12:57:16  4   right?
12:57:16  5   A.  No.
12:57:17  6   Q.  And you were not terminated for not telling
12:57:21  7   John about Brittani.  Is that right?
12:57:22  8   A.  No.
12:57:24  9   Q.  In fact, what caused you to leave ECFMG?
12:57:27 10   A.  I resigned.
12:57:29 11   Q.  And what caused you to resign?
12:57:31 12   A.  I was going back to industry.  I had a better
12:57:35 13   opportunity.
12:57:37 14   Q.  And you listed Jackie on your application
12:57:40 15   because she was your wife.  Right?
12:57:42 16   A.  Yes.
12:57:43 17   Q.  So you consider your wife your relative.  Is
12:57:46 18   that right?
12:57:46 19   A.  Yes, yes.
12:57:49 20   Q.  Are you and Ms. Ellis relatives?
12:57:51 21   A.  No, we're not.
12:57:52 22   Q.  Were you guys ever married?
12:57:54 23   A.  No.
12:57:55 24   Q.  In a domestic partnership of any kind?
12:57:58 25   A.  No.
```

| | Page 89 | | Page 91 |
|---|---|---|---|
| 12:57:59 1 | Q. Are you guys related by blood? | 12:59:30 1 | A. Right. |
| 12:58:01 2 | A. No. | 12:59:30 2 | Q. -- you testified that you then interviewed |
| 12:58:02 3 | Q. Adoption? | 12:59:32 3 | with Ms. Ellis to receive that promotion. Correct? |
| 12:58:02 4 | A. No. | 12:59:35 4 | A. Brent and Ms. Ellis, according to this |
| 12:58:06 5 | Q. So she's never been your spouse? | 12:59:39 5 | (indicating). |
| 12:58:08 6 | A. No. | 12:59:39 6 | Q. And you testified, in fact, that you recalled |
| 12:58:09 7 | Q. She definitely is not your child, right? | 12:59:42 7 | interviewing with Ms. Ellis for that promotion, |
| 12:58:11 8 | A. No, no. | 12:59:44 8 | correct? |
| 12:58:12 9 | Q. Not your grandchild? | 12:59:45 9 | A. Brent and Ms. Ellis, yes. |
| 12:58:13 10 | A. No. | 12:59:46 10 | Q. But Ms. Ellis was there? |
| 12:58:14 11 | Q. Not your parent? | 12:59:47 11 | A. Yes. |
| 12:58:15 12 | A. No. | 12:59:48 12 | Q. And to your knowledge, she approved the |
| 12:58:16 13 | Q. Grandparent? | 12:59:50 13 | promotion. Correct? |
| 12:58:17 14 | A. No. | 12:59:51 14 | A. I would assume so. |
| 12:58:17 15 | Q. Are you and Ms. Ellis siblings? | 12:59:54 15 | Q. Well, I mean, based on the paperwork that we |
| 12:58:20 16 | A. No. | 12:59:56 16 | looked at, she signed off as your supervisor, didn't |
| 12:58:20 17 | Q. Are you her uncle? | 01:00:02 17 | she? |
| 12:58:22 18 | A. No. | 01:00:03 18 | A. Okay, yeah, sure. |
| 12:58:22 19 | Q. Is she your aunt? | 01:00:04 19 | Q. You also mentioned that you and Ms. Ellis |
| 12:58:23 20 | A. No. | 01:00:09 20 | were co-parenting Brittani throughout her childhood -- |
| 12:58:24 21 | Q. What about, is she your niece? | 01:00:14 21 | A. Yes. |
| 12:58:26 22 | A. No. | 01:00:14 22 | Q. -- and throughout growing up and throughout |
| 12:58:26 23 | Q. Are you her nephew? | 01:00:17 23 | college, correct? |
| 12:58:27 24 | A. No. | 01:00:17 24 | A. Sure. |
| 12:58:28 25 | Q. Are you guys cousins? | 01:00:19 25 | Q. I mean, is that correct? |
| | Page 90 | | Page 92 |
| 12:58:29 1 | A. No. | 01:00:20 1 | A. Yes. |
| 12:58:30 2 | Q. Have you guys ever lived together? | 2 | Q. Okay. |
| 12:58:32 3 | A. No. | 01:00:22 3 | A. I've never ceased my relationship with my |
| 12:58:32 4 | Q. In an intimate, personal committed | 01:00:25 4 | daughter. |
| 12:58:35 5 | relationship? | 01:00:25 5 | Q. Okay. And that relationship with your |
| 12:58:36 6 | A. No. | 01:00:26 6 | daughter was also tied to Ms. Ellis because that was |
| 12:58:36 7 | Q. Were you guys in a relationship when you guys | 01:00:29 7 | her mother, correct? |
| 12:58:38 8 | were teenagers? | 01:00:31 8 | A. Not as an adult. No, that wouldn't be true |
| 12:58:39 9 | A. No. | 01:00:35 9 | as an adult. My daughter was away at college. I had |
| 12:58:41 10 | Q. Were you ever engaged to be married? | 01:00:39 10 | very little interaction with Ms. Ellis. |
| 12:58:43 11 | A. No. | 01:00:41 11 | Q. Well, you texted her on holidays and you |
| 12:58:44 12 | Q. Do you consider Ms. Ellis to be your | 01:00:43 12 | talked with her on holidays. Correct? |
| 12:58:46 13 | significant other? | 01:00:44 13 | A. That's not a relationship. To me, that's not |
| 12:58:47 14 | A. No. | 01:00:47 14 | a relationship. |
| 12:59:03 15 | MS. HARROLD: I will pass the witness. | 01:00:49 15 | Q. Do you text strangers? |
| 12:59:04 16 | (Following proceeding commenced at 12:59 p.m.) | 01:00:50 16 | A. Absolutely not. |
| 12:59:05 17 | FURTHER EXAMINATION | 01:00:52 17 | Q. So co-parenting with someone, that is a |
| 18 | BY MS. O'DRISCOLL: | 01:00:56 18 | relationship, when you're co-parenting with someone, |
| 12:59:07 19 | Q. Mr. Bryant, I just have a couple of follow-up | 01:00:59 19 | correct? |
| 12:59:09 20 | questions. | 01:00:59 20 | A. Okay. Sure. |
| 12:59:10 21 | Was Ms. Ellis involved in the orientation | 01:01:01 21 | Q. Do you agree with me? |
| 12:59:12 22 | and the paperwork when you were hired? | 01:01:02 22 | A. Sure. |
| 12:59:14 23 | A. I don't recall. | 01:01:03 23 | Q. And it would be also intimate to have a |
| 12:59:21 24 | Q. After the Philadelphia person interviewed you | 01:01:07 24 | sexual encounter with someone, wouldn't it? |
| 12:59:25 25 | for the promotion to trainer -- | 01:01:09 25 | A. Oh, yes. |