# Exhibit "K"

**Ellis, Artis**

**From:** Lehew, Betty
**Sent:** Wednesday, June 27, 2012 1:07 PM
**To:** Ellis, Artis
**Subject:** Re: My meeting with Ann

That's great Artis, it's always god to share your concerns so that she can be aware, everyone can learn and develop their skills and feedback helps with that. And, by the way, There has never been any talk of replacing the Houston manager to my knowledge and you know our process requires that!

Hope all is well!

Betty LeHew
Director of Human Resources
ECFMG

On Jun 25, 2012, at 5:19 PM, "Ellis, Artis" <AEllis@ECFMG.org> wrote:

> Hi Betty,
>
> I hope you are having a stress free vacation. I spoke with Ann today, and it went really well. She pledge to me she will continue to coach and counsel Chris as it relates to allowing me to manage Houston center and she verbalize she is committed to getting the Directors to be more in a support role and to stay in their lane. These are my words not hers. I pledged to her to always remaining professional and be forthcoming when things are not going well and to speak up, and not wait too long or allow things to get out of control. She also stated under no circumstance are they looking to replace a manager for Houston. ☺
>
> Thanks for all of your support.
>
> Artis



1

ELLIS - 000126