IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. |
| VS. | § § | |
| | § | 4:14-cv-02126 |
| EDUCATIONAL COMMISSION OF FOREIGN MEDICAL GRADUATES, | § § § | |
| Defendant. | § § | |

## PROPOSED ORDER

On this _____ day of _____, 2016 came to be considered Defendants' Motion for Summary Judgment and Plaintiff's Response to Defendants' Motion for Summary Judgment.

After considering the arguments of counsel for the respective parties, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment be **DENIED** in full.

SIGNED ON THIS _____ DAY OF _____2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE