IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ARTIS ELLIS,** | § § | |
| Plaintiff, | § § | |
| | § | **CIVIL ACTION NO.** |
| VS. | § § | |
| | § | **4:14-cv-02126** |
| **EDUCATIONAL COMMISSION OF FOREIGN MEDICAL GRADUATES,** | § § § § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

The Court, having considered Plaintiff's Motion for Leave to file Sur-Reply to Defendant's Reply in Support of its Motion for Summary Judgment, is of the opinion that Plaintiff's Motion for Leave should be GRANTED. It is therefore:

**ORDERED** that Plaintiff may file a Sur-Reply to Defendant's Reply in support of its Motion for Summary Judgment.

SIGNED on _____, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE