United States District Court
Southern District of Texas
**FILED**
JAN 9 2017
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTIS ELLIS § | |
| § | |
| V. § | CIVIL ACTION NO. 4:14-CV-02126 |
| § | |
| EDUCATIONAL COMMISSION § | |
| FOR FOREIGN GRADUATES § | |

## ADR MEMORANDUM TO CLERK OF COURT
## REPORT OF APPOINTMENT AND FEES

ADR METHOD:   Mediation  _X_     Arbitration ____
              Mini-trial ____    Summary Jury Trial ____

TYPE OF CASE:

1. Please check one of the following:
   The case referred to ADR settled _✓_ or did not settle ____.

2. My total fee and expenses were: $ 3400.00
   **(If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)**

Please list names, addresses and telephone numbers of all parties and all counsel of record:

Plaintiffs:
Ms. Keenya R. Harrold
Kennard Richards, P.C.
2603 Augusta Drive, Suite 1450
Houston, Texas 77057
346-980-8255

Defendants:
Ms. Erin O'Driscoll
Morgan, Lewis & Bockius, LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713-890-5169

ADR Provider:
Susan Perin
Mediator
Texas Bar No. 15780500
3203 Mercer, Suite 200
Houston, Texas 77027
713-572-5000

Signature: _Susan B. Perin_
Date: December 21, 2016