**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ARTIS ELLIS, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:14-cv-02126 |
| § | |
| EDUCATIONAL COMMISSION OF § | |
| FOREIGN MEDICAL GRADUATES, § | |
|     Defendant. § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Artis Ellis and Defendant Educational Commission of Foreign Medical Graduates have amicably resolved all issues in this civil action and agree to a dismissal of all parties and actions, with prejudice, and each party being responsible for its own costs and attorneys' fees.

Based upon the foregoing, the parties to this action request that this Honorable Court issue an Order of Dismissal with Prejudice.

Respectfully submitted this 3rd day of April 2017.

| | |
|---|---|
| */s/ Alfonso Kennard Jr.* | */s/ Stefanie R. Moll* |
| Alfonso Kennard, Jr. | Stefanie R. Moll |
| Texas Bar No.: 24036888 | State Bar No. 24002870 |
| Federal ID No: 713316 | Federal ID No. 22861 |
| alfonso.kennard@kennardlaw.com | stefanie.moll@morganlewis.com |
| Keenya R. Harrold | MORGAN, LEWIS & BOCKIUS LLP |
| Texas Bar No. 24039664 | 1000 Louisiana, Suite 4000 |
| Federal ID No: 897938 | Houston, Texas 77002 |
| keenya.harrold@kennardlaw.com | (713) 890-5000 - Telephone |
| KENNARD RICHARD P.C. | (713) 890-5001 – Facsimile |
| 2603 Augusta Drive, Suite 1450 | |
| Houston, Texas 77057 | ATTORNEYS FOR DEFENDANT |
| (713) 742-0900 (main) | |
| (713) 742-0951 (facsimile) | |

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April 2017, the foregoing was served via CM/ECF to the following:

Alfonso Kennard, Jr.
Keenya R. Harrold
KENNARD RICHARD P.C.
2603 August Drive, Suite 1450
Houston, Texas 77057

*/s/ Stefanie R. Moll*
Stefanie R. Moll