United States District Court
Southern District of Texas
**ENTERED**
April 06, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTIS ELLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civ. A. H-14-2126 |
| | § | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | § § § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal (instrument #41) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Plaintiff Artis Ellis and Defendant Educational Commission of Foreign Medical Graduates, the Court

ORDERS that the above referenced case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

**SIGNED** at Houston, Texas, this 6th day of April, 2017.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE